IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 NOV -4 A 9:43

LARRY W. Heath B/111835 )
Full name and prison number )
of plaintiff(s) )
)
v. )
) CIVIL ACTION NO. 2:05CV1068-F
Dr. Jean Darhouze ) (To be supplied by Clerk of
) U.S. District Court)
Head R.N Mrs. Floyd )
)
Nurse McKenzie )
)
Prison Health Services, Inc. )
)
E.T.A.L, Ala. Dept. Of Corr. )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____
         _____N/A_____

         Defendant(s) _____N/A_____
         _____

      2. Court (if federal court, name the district; if state court, name the county) _N/A_
         _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_
_N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_
_N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_.

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility 200 Wallace Dr. Clio, AL. 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Dr. Jean Darbouze — 200 Wallace Dr. Clio, AL. 36617
2. Nurse Floyd — 200 Wallace Dr. Clio, AL. 36617
3. Nurse McKenzie — 200 Wallace Dr. Clio, AL. 36617
4. Prison Health Services, Inc.
5. Ala. Dept. of Corrections.
6. ___

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _January 2005 until_ *Negligence and *Fraud

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I have a serious health problem. Called "Lupas" it is a very serious condition that acquires_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Very Special Attention, In which I am not receiving. I keep getting the run around, my Body Aches real bad and I'm Not getting proper Medications And Dr. Jean Darbouze is not A Lupas Specialist so He can't understand my serious Issues.

GROUND TWO: Prison Health Service Fails to Adequate train, supervise, & Discipline their employee's.

SUPPORTING FACTS: this Administration, that PHS HAS At Easterling Cannot, Contribute to my Serious Health need. I need Help real Bad & I don't get nothing but the Run Around All the time it seems to me that the nurses will tell you one thing Like Mrs. Floyd & Mrs McKinzie to keep you quiet

GROUND THREE: ALABAMA Department of Corrections Suppose to Make Sure these People At PHS. do their Job but don't.

SUPPORTING FACTS: the prison system Fails to Make Sure PHS gives Me Adequate treatment. they never try to get involved with what the Nurses And Doctor do for ME. Even After they see me so Swollen. it does'nt Matter. They Are Negligent towards My serious Health needs. I went to A specialist & got prescribed Celebrax. But they won't give them to Me. Once A Doctor prescribes Medicine. No one is to interfere.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Order the defendants to Pay Me 1 Million Dollars for My Pain & Suffering. And trans fer Me to Hamilton A & I in Hamilton Al. Where I can get the Medical Assistance I need.

_Larry W. Heath_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 11-2-05
(Date)

_Larry W. Heath_
Signature of plaintiff(s)

4