**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse McKenzie
   East. Corr. Fac.
   200 Wallace Dr.
   Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1-10-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05 CV 1068
   cmp + pro
   orc

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6989

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Floyd
   East. Corr. Fac.
   200 Wallace Dr.
   Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1-10-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05 CV 1068-F
   Pro order
   cmp

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6972

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Dean Darbouze
   East. Corr. Fac
   200 W. Drive
   Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *[signature]*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1-10-06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   05 CV 1068
   cmp + proc ord

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 2260 0005 4584 6965

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540