**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Prison Health Services
105 Westpoint Dr.
Suite 200
Brentwood, TX
37027

2. Article Number
(Transfer from service

7003 2260 0005 4584 6996

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X R. Sa...    ☐ Agent
              ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
R. Sauer                          1-12-06

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

05-1068
Pro order cmp

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☑ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes