IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY W. HEATH #111835, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1068-F |
| ) | (WO) |
| DR. JEAN DARBOUZE, et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 6, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that plaintiff's claims against the Department of Corrections are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I), and this entity is DISMISSED as a defendant to this complaint.

It is further ORDERED that this case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

Done this the 27th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE