IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIVISION OF ALABAMA
MIDDLE DISTRICT

LARRY W. Heath, #111835          ✗
        PLAINtiFF,

                                    * Civil NO: 2:05-CV-1068-F
  Vs.                                        (WO)

                                *

Dr. JEAN DARBOUZE, E.T. AL
        Defendants.              *


                    Motion For Physical
                         EXAMiNATion


        Defendants has neglected to provide the
plaintiff with the proper Attention to His serious
Health needs thats been Provided through Funds
by the state OF ALABAMAS Three Year Contract
With P.H.S. $143 Million Dollars Paid services. This
Violates The 8th Amendment Rights of the Plaintiffs
Because His Condition OF LUPAS is A Serious
overlooked Problem & All the Plaintiffs Avenues
to be examined Are Closed. therefore The plaintiff
Moves this Honorable Court to order the plaintiff
to Have A physical examination by A Physician
Appointed by this Honorable Court, At such

Times or Time As this Court MAy Direct, to determine what exactly type treatment is needed. For His very serious Health issues being neglected by the defendants, Defendants Are in A position to Make sure The Plaintiff do not receive proper Attention because of this suit. There is no other remedy besides this Honorable Court that the Plaintiff Could possibly use to prove His Claim besides this Order. The DEPARTMENT OF Corrections will upon An LAWFUL ORDER provide this Plaintiff with proper Transportation to see A specialist As soon As this Honorable Court order A physical examination. Repeated examples of delayed or denied medical Care MAy Indicate A deliberate indifference by Prison Authorities to the suffering that results. Todaro v. WArd 565F. 2d. 48. 52. (2d. Cr. 1977).

Wherefore, the only Avenue For this Plaintiff is An Order For examination by this Honorable Court.

Done this 29th day of January 2006

Larry HeAth # 111835

Larry W. Heath

Pro-SE.

Certificate of Service

I hereby Certify that a Copy of the
Above And Foregoing has been served by U.S.
Mail to, Rushton, Stakely, Johnston, And
Garrett, P.A. Post Office Box 270, Montgomery,
Al. 36101-0270 Counsel For Defendants.

Larry W. Heath
Pro-Se.