IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY W. HEATH, #111 835 | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1068-MEF |
| DR. JEAN DARBOUZE, *et al.*, | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Plaintiff seeks an order from this court directing prison officials to transport him for a physical exam by a court-appointed physician. Plaintiff's request has been read, considered, and shall be denied.

Accordingly, it is ORDERED that Plaintiff's Motion for Court-Ordered Physical Exam (Doc. No. 9) be and is hereby DENIED.

DONE, this 9th day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE