# AFFIDAVIT

STATE OF ALABAMA )
)
_Barbour_ COUNTY )

     I, _Beth H Long_, hereby certify and affirm that I am a _Medical Records Clerk_, at _Easterling Correctional Facility_; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one _Larry W. Heath_, AIS# _111 835_; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

     I further certify and affirm that said documents are maintained in the usual and ordinary course of business at _Prison Health Service_; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

     This, I do hereby certify and affirm to on this the _23th_ day of _January_, 2006.

                _Beth H Long_

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
_23rd_ Day of _January_, 2006.

_Linda A Wilkinson_
Notary Public
_9/16/2007_
My Commission Expires



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Heath Lang | D.O.B.: 11 18 54 |
|---|---|---|

4/19/05 2200 — Vitals - T 97², P 64 R 14, B/P 132/86 — [signature]

4-2005 5ᵒᵒ — S- "I feel better"

O - B/m amb'd from HCU Aₑo #3. Swelling is face p̄ ② Sat @ 2:00 - 98.  T - 98. B/P 124/78 - 63 - 28
O2 Sat @ 5:00 - 99.

A - alt in comfort
P - cont to monitor   [signature] H Gordon, RN

4-2005 0820 — O- B/m A & O x 3 - Swelling observed in
R side of face - s̄ c/o stated @ present
Vitals - T - 97.4 P - 72 R - 18 BP 130/82
A - Alt in Comfort
P - To see MD   [signature] RN

4/20/05 10 am — P- Seen per MD - D/C to pop -
New orders explained & verbalized
understanding   [signature] S. Bisher



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Heath, Larry | D.O.B.: 1 / 18 / 54 |
|---|---|---|

| | |
|---|---|
| 4/19/05<br>930am | Seen by Ms. Ilaya CRNP. Orders Given for Benadryl 50mg IM q̄4° x 3doses, Solumedrol 40mg IM q̄4° x 3doses, O₂ Sat q̄ 2°, Vitals q̄4°. 1ˢᵗ dose of Benadryl & Solumedrol Given. O₂ sat 97% Vitals - BP 120/82 P 80 R 18 T 98⁸ ————————————————— M Pacque RN |
| 4/19/05<br>1130am | Lying in bed on Ⓡ side c̄ eyes closed O₂ sat 97% - No complaints voiced ——— M Pacque RN |
| 130pm | Lying in bed asleep. O₂ sat 97%. BP 124/80 P 90 R 18 T 98⁴. States he is able to move tongue a little. Benadryl & Solumedrol injections Given M Pacque RN |
| 4/19/05<br>600pm | S-"I'm OK" |
| | O- B/m lying in bed. Alert et oriented x 3. Skin warm et dry to touch. Resp even et unlabored. O₂ Sat 97%. Swelling noted to tongue and Ⓡ side of face. Speech slurred. No c/o voiced. No acute distress noted. 130/88 - 71 - 20 - 97.¹ No c/o voiced. |
| | A- alert in comfort |
| | P- Continue to observe. Medication and Benadryl and Solumedrol injections given as ordered. — J Scott RN |
| 4/19/05 | late entry - O₂ Sat @ 1730 - 95% ——— S/m |
| 4/19/05 | 2130 O₂ 1930 - O₂ Sat 96% ——— S/m |
| 4/19/05 | 2130 - O₂ Sat 96% ——— S/m |

01/25/2005  15:53    2562365637                                                        PAGE  01

# FAX TRANSMITTAL

TO: *Easterling Correct Facility*

FROM: *Medical Records*

## ANNISTON MEDICAL CLINIC
### 1010 CHRISTINE AVE.
### ANNISTON, AL 36207
### PHONE:  256-236-5631

## NOTICE OF CONFIDENTIALITY

The documents accompanying this notice contain confidential information belonging to the sender which is legally and/or medically privileged.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action on the contents of this facsimile information is strictly prohibited.  If you have received this notice in error, please immediately notify us by telephone to arrange for return of the documents to us.

### 1st Floor / FAX: 256-236-5637

Dr. M. Babiker                              Dr. C. K. Jin
Dr. V. Chindalore                           Dr. A. Zayed
Dr. L. Divalentin
Dr. M. Hanna

### 2nd Floor / FAX: 256-236-5335

Dr. A. Free                                 Dr. J. Ready
Dr. K. Gehi

# OF PAGES EXCLUDING COVER SHEET:_____

## COMMENTS:

*No Dutta.*          *CVS Midt.*

| ALLERGIES: *NKDA* | | | | Name: *Larry Thayne Smith* | | | |
|---|---|---|---|---|---|---|---|
| | | | | Birthdate: *1-18-54* | | | |
| | | | | Phone: *238 8311    2  -1263* | | | |
| | | | | Chart #: *110892* | | | |

| START DATE | MEDICATION | NO. | # REF | DATES REFILLED | | | | | PROBLEM |
|---|---|---|---|---|---|---|---|---|---|
| *10/27/95* | *Prednisone 5mg qam* | *100* | *5* | *11/1/96* | | | | | |
| | *Ibuprofen 800 qid* | *100* | *5* | *3/25/96* | *D/C Stomach Upset 7/28/99* | | | | |
| | *Doxyzidin 100 810 (rid) 84 troble* | | | | | | | | |
| *11/8/95* | *Plaquenil 200 BID* | | | | | | | | |
| *4/15/01* | *Clonidine 0.1mg  ii BID* | | | | | | | | |
| *rest* | | | | | | | | | |
| *"* | *Prednisone 5mg  i qd* | *31* | *5* | *3/22/01* *10/11/01* *9/6/02* *8/28/03* | | | | *D/C* | |
| *3/26/01* | *Celebrex 200mg  BID* → *D/C Inadeq* | | | | | | | | |
| *4/30/01* | *Vioxx 25 qd*      *D/C Stomach Cramps 5/23/01* → *D/C* | | | | | | | | |
| *5/23/01* | *Lorcet Plus #  i qd* | *30* | *0* | *6/21/01* *10/25/01* *1/4/02* *11/27/01* | *1/02* | *2/19/02* | | | |
| | *Solsolate 750  ii BID* → *D/C Inadeq Resp* | | | | | | | | |
| | *Lorcet Plus* | *30* | *0* | *3/19/02* *4/8/02* *5/24/02* *4/4/02* *8/5/02* | *7/02* | | | *———* | |
| *4/15/02* | *Viagra 100mg* | *4* | *3* | *4/15/02* *5/24/02* *6/3/02* *8/23/02* | | | | | |
| *11-4-02* | *Lorcet Plus* | *30* | *0* | *11/4/02* *12/15/02* *1/3/03* *1/31/03* *2/28/03* | *03* | | | | |
| *4/25/03* | *"      "* | *60* | *0* | *4/23/03* *5/1/03* *6/1/03* *3/2/03* | | | | | |
| *"* | *Bextra 10* → *D/C* | | | | | | | | |
| *8/22/03* | *Voltaren 75 BID* | | | | | | | | |
| *8/20/04 update* | *Clonidine 0.2mg BID* | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**MEDICATION RECORD**

McDaniel Printing Service 205-236-8858    Reorder # 59 Revised 8-15-95

*Noted 1/26/05*

4-11-03  Pt didn't keep appt c Ds. Ready  Kx

4/25/03        168         132/70

Larry Heath            110892
04/25/03
S:  Larry comes in today to follow up on his mixed connective tissue disease and osteoarth is with
    associated soft tissue rheumatism problems.
    Last time we tried to put Larry back on Vioxx but unfortunately, it was the same story, pretty soon it
    started bothering his stomach and GI system and he had to leave it off.  He has been using Lorcet Plus
    and Prednisone, which it appears that he has been taking it intermittently.
    Larry describes a number of aches and pains, but he does not describe skin rash, stom :tis or
    inflamed joints.
O:  Skin shows no rash.  HEENT: benign.  Musculoskeletal exam is quite benign today.  Neurological exam
    is intact.
A:  Mixed connective tissue disease.   Osteoarthritis with associated soft tissue rheumatism problems.
    Hypertension.   ED.
P:  We will discontinue Larry's Prednisone and next give him a trial of Bextra 10 mg. daily.  I have just
    given him some samples to start with and I have told him to give me a call and let us know how that
    does.  We will also increase his pain medication contract to one pill b.i.d.   Larry will return to see me
    in four months so I can see how he is doing. (JMR/tlp.)

8/22/03       Wt 161         BP 154/96      P 84

Larry Heath            110892
08/22/03
S:  Larry comes in today to follow up on his mixed connective tissue disease.  At this time Larry is off of all
    of medications because he missed his last appointment.  He was on Bextra, but he does continue to
    take his Lorcet Plus.  He is not on any steroids or remittives at this time.
    For the most part Larry has been doing okay.  He describes some aches and pains but he doesn't
    describe inflamed joints or skin rashes.  He does tell me something interesting.   A couple of weeks
    back he developed some "knots" on his head, which kind of moved down into his neck.  He says that
    they were about walnut size, but they were not inflamed or tender.
O:  Skin shows no rash.  HEENT: is benign.  Musculoskeletal exam is fairly benign today, no active joints.
    Neurological exam is intact.
A:  Mixed connective tissue disease.  Soft tissue rheumatism.  Hypertension.
P:  We will give Larry a trial of Voltaren to see if that will be helpful for his rheumatic symptoms.  We will
    also send him by to get a urine drug screen.  He will return to see me in six months for a routine
    check. (JMR/tlp.)

**PROGRESS NOTES**

01/25/2005  15:53    2562365637                                           PAGE  04

AMC-MR-3                                         McDaniel Printing Serv.  A·P 256-236-8858 AMC Reorder # 135

## PROGRESS NOTES

2/27/04   Pt didn't keep his appt c Dr. Ready he

8/20/04              183        140/90        (2)

Larry Heath            60072641
08/20/04

S:  Larry comes in today after about a year interval.  Larry is back in jail at this time.  He is currently off
    of all of his medications except that they give him some Tylenol at the jail.
    Larry is describing a fair level of arthralgias, but he doesn't describe skin rash, oral lesions, or hair
    loss.  He describes occasional subcutaneous nodules but I think he may be talking about
    lymphadenopathy; he seems to associated them with pharyngitis and other infections.
O:  Skin shows no rash.  HEENT: Is benign.  The eyes are PERRL.  Nose and throat are clear, there are
    no ulcers and salivation is normal.  Neck is supple, no adenopathy.  Thyroid gland is not palpable.
    Chest is clear.  Heart regular rate and rhythm.  Musculoskeletal exam is fairly benign today, no
    active joints.  Neurological exam is intact.
A:  Mixed connective tissue disease, no clinical evidence for reactivation at this time.  Osteoarthritis.
    Hypertension.
P:  I have given Larry a prescription for Voltaren 75 mg. b.i.d. to take at the jail.  We will send him by to
    get some lab work on the way out and he will return to see me as needed.  He tells me that he has an
    eight-month sentence currently.  (James M. Ready, M.D. Rheumatology -- JMR/tlp.)

AMC-MR-3

McDaniel Printing Service ( 1-v-236-8858 AMC Reorder # 135

**PROGRESS NOTES**

Larry Wayne Heath        110892
02/08/02
S:  Larry comes in today to follow up on his mixed connective tissue disease.  But also because he has been having increased symptoms here lately, mostly increased and diffuse arthralgias and myalgias, but just in the last week he has been having some chest pains.  Apparently it got bad enough that he went to the emergency room last night, so they asked him to follow up with me today.  He tells me that they did an EKG and a CXR in the emergency room and although he is not sure what they did, they didn't do anything about these studies, other than given him a shot of pain medicine and told him to follow up with me.  So I presume that they didn't find anything of significance there.  Larry has not had any cough, chest congestion, or fever, or other signs of infection, just increased pain. He does not report any symptoms to suggest activation of his rheumatic disease process.  He hasn't had any skin rash, no inflamed joints, morning stiffness, stomatitis, et cetera.
O:  Skin shows no rash.  HEENT: benign.  Musculoskeletal exam does not show any inflamed joints, but there is some gingerness in the shoulders and there is some tenderness in the anterior chest wall with movement.
A:  Mixed connective tissue disease, appears stable.  Chest wall pain.
P:  I have asked Larry to continue on his Salsalate and Lorcet.  I have given him some samples of Skelaxin today and I have reviewed physical modalities with him that would be helpful for this condition.  Larry has his regular appointment coming up in just a few weeks, so I told him to cancel that and make a new appointment to see me in six months.  (JMR/tlp.)

10/11/02        169½        134/80

Larry Heath        110892
10/11/02
S:  Larry comes in today to follow up on his mixed connective tissue disease.  Overall, Larry has been doing well in recent months.  He doesn't report any significant rheumatic symptoms and no particular joint complaints.
    Larry does tell me that he developed a rash in the peritoneal area, which started about two weeks ago. He initially put some Neosporin crème on it and that didn't help, so he went to the emergency room where I think they gave him some kind of antifungal crème and he tells me that that has been quite helpful.  The rash is significant improved.  They did tell him in the emergency room to follow up with me to make sure the rash was not related to his connective tissue disease or to his Prednisone. However, I think that is very unlikely, he is on a very small dose, just 5 mg. plus the fact that the rash is localized.
O:  Skin does not show any generalized eruptive rash.  In examining the scrotum and the peritoneum and rectal area, there are just a few little local eruptions here and there.  Apparently things are much better at this time.  Musculoskeletal exam is benign today, no active joints.
A:  Mixed connective tissue disease.  Rash, appears to be a tinea, which is responding to the crème.  ED. Hypertension.
P:  I have told Larry to continue with the crème until the rash has completely cleared up and then to continue it for a few days longer than that to make sure.  He is to let me know if the rash comes back and if it does we will get him further evaluated.  Otherwise, we are going to get him started back on Vioxx and he will continue with his low-dose Prednisone.  He will return to see me in six months for a routine check.  (JMR/tlp.)

| Specimen # 233-112-0014-0 | Type S | Primer MB | Report Status FINAL | PG | 1 | 03 | 1 | LabCorp® |
|---|---|---|---|---|---|---|---|---|

TIME 1016                                                          08/23/04  16:35 ET
DO CATT-JS                          DOB:
                                    01/18/54        Clinical Information
            CD- 41009744694        FASTING N    | Physician ID | READY    J | Patient I. |
Patient Name: 256-236-6395                                        READY         1  892
HEATH, LARRY W              | Sex M | Age (Yr/Mos) 050/07 | Account
Patient Address: 00 W 8TH ST                     Anniston Medical Clinic        01200870
Anniston        , AL  36201-                                                    05
| Date Collected 08/20/04 | Date Entered 08/20/04 | Date Reported 08/23/04 | 3600 | 1010 Christine Avenue        05
                                                  Anniston        , AL  207-5710
                                                  256-236-5631    ALG

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Anti-dsDNA Antibodies | | | | | |
| Anti-DNA (DS) Ab Qn | 45 | | U/mL | 0 - 99 | MB |
| | | | | Negative   <100 | |
| | | | | Equivocal  100 - 120 | |
| | | | | Positive   >120 | |
| TSH | 3.055 | | uIU/mL | 0.50 - 5.500 | MB |
| Complement C4, Serum | 11 | | mg/dL | Adult  9 - 36 | MB |

LAB: MB LabCorp Birmingham        DIRECTOR: Arthur Kell, MD
      1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 256-543-2990 | B: 205-581-3500
                        LAST PAGE OF REPORT

©2004 Laborate y Corporation of America® Holdings
All Rights Reserved

20 Aug 04
14:10:17
PAGE 1

LabCorp - Anniston
1010 Christine Avenue Ste 100
ANNISTON, AL  36207
Dr. Lawrence Alligood, M.D.

```
=================================================================================
        NAME: HEATH, LARRY                    SAMPLE ID: 2331340012
  PATIENT ID: 110892                        SAMPLE TYPE: Serum
         AGE:                                     DOCTOR: REAM
DATE OF BIRTH: Jan 18 54                  DRAW DATE/TIME: Aug 20 04  10:16
         SEX: M                            RUN DATE/TIME: Aug 20 04  13:56
    LOCATION:                               SEC/CUP/REP: 2/3
 PAT. COMMENT:
SAMPLE COMMENT:
   INST CODES:
=================================================================================
```

| CHEMISTRY | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| NA | 138 | mEq/L | 135 - 148 | |
| K | 4.1 | mEq/L | 3.5 - 5.1 | |
| CL | 109 | mEq/L | 101 - 111 | |
| CO2 | 26 | mEq/L | 22 - 32 | |
| GLU- | 80 | mg/dL | 65 - 99 | |
| BUN- | 4 | mg/dL | 6 - 20 | LOW |
| CRE- | 1.0 | mg/dL | 0.5 - 1.2 | |
| TP | 7.7 | g/dL | 6.5 - 8.1 | |
| ALB | 3.2 | g/dL | 3.5 - 5.0 | LOW |
| TBIL | 0.7 | mg/dL | 0.2 - 1.0 | |
| ALP | 96 | IU/L | 42 - 92 | HIGH |
| AST | 28 | IU/L | 10 - 40 | |
| ALT | 19 | IU/L | 10 - 40 | |
| CA- | 9.4 | mg/dL | 8.4 - 10.4 | |

| CALCULATED VALUES | RESULTS | UNITS | REFERENCE RANGE | REMARKS |
|---|---|---|---|---|
| OSMOLALITY (1) | 271.6 | mOsm/L | * - * | |
| ANION GAP (2) | 7.1 | | * - * | |
| A/G RATIO | 0.0 | | * - * | |
| BUN/CREA RATIO | 4.0 | | * - * | |

```
=================================================================================
```

08/20/04  11:13:08        LAWRENCE ALLIGOOD,MD         L   orp. of America
AA08068    OPR                                          fl  Christine  e.
                                                        NISTON, AL 3  07



| | RBC | | | | |

Cass/Pos                ID# 1              DATE:        TIME:
000201   CBC+Diff       ------------      08/20/04     11:12:56

ID# 2  HEATH LARRY                        Sequence #
                                          Date & Time  08/20/04 10:2)
Location  110892                          User field 1  00
Physician  READY                          User field 2
Date of Birth  01/18/1954       Sex  M    User field 3
Comments

Abnormal WBC Pop          Normal RBC Pop          Normal PLT Pop

WBC   2.7   L 10^3/uL    RBC  4.78   10^6/uL    PLT  149   10^3/uL
NE%  45.4     %          HGB  13.4   g/dL       MPV  8.7   fL
LY%  30.5     %          HCT  39.9   %
MO%  16.2   H %          MCV  83.4   fL
EO%   7.6   H %          MCH  28.0   pg
BA%   0.3     %          MCHC 33.5   g/dL
NE#   1.3   L 10^3/uL    RDW  12.4   %
LY#   0.8     10^3/uL
MO#   0.4     10^3/uL
EO#   0.2     10^3/uL
BA#   0.0     10^3/uL

SUSPECT  FLAGS:
---------WBC----------------RBC----------------PLT---------
                    DEFINITIVE  FLAGS:
Monocytosis %

NORMAL RANGES                              Microscopic
                                        WBC Diff    47
WBC  MF  4.0- 10.5   RBC M  4.10- 5.60 F  3.80- 5.10  PLT MF 140- 415     Neut  47       Meta
NE%  MF 40.0- 74.0   HGB M 12.5- 17.0 F 11.5- 15.0  MPV MF  7.4- 10.4     Band           Myelo
LY%  MF 14.0- 46.0   HCT M  36.0- 50.0 F 34.0- 44.0                       Lymph  40      Pro
MO%  MF  4.0- 13.0   MCV M  80.0- 98.0 F 80.0- 98.0                       Mono           Blast
EO%  MF  0.0- 7.0    MCH MF 27.0- 34.0                                    Eos   9        Atyp
BA%  MF  0.0- 3.0    MCHC MF 32.0- 36.0                                   Baso           NRBC
                     RDW MF 11.7- 15.0                                                   Toxic Gran
NE#  MF  1.8- 7.8
LY#  MF  0.7- 4.5                                                     RBC Morph          Baso Stip
MO#  MF  0.1- 1.0                                                     Aniso              Sphero
EO#  MF  0.0- 0.4                                                     Macro              Target
BA#  MF  0.0- 0.2                                                     Micro
                                                                     Hypo               PLT Est
                                                                     Poly
                                                                     Poik

                                                                     Comments
                                                                     Sig/Rev           Date 20  04

01/25/2005  15:53    2562365637                                PAGE  09

**LabCorp**
*A Laboratory Corporation of America*                          70-

LAB CORP
1010 CHRISTINE AVE
ANNISTON AL 36207
256 239 6929
MEDICAL DIRECTOR LAWRENCE ALLGOOD

  

51 5335 454    51 5335 4540    51 5335 4540 1

**51 5335 4540 1**

51 5335 4540 1    51 5335 4540 1    51 5335 4540 1

| Patient's Name (Last) | (First) | (MI) | Sex | Date of Birth | Collection | Fasting | Collection Date |
|---|---|---|---|---|---|---|---|
| Heath | Larry | | M | | | Yes ☐ No ☐ | |

| NPI / UPIN | Physician's ID # | Patient's SS # | Pat ID # | Urine hrs/vol |

| Physician's Name (Last, First) | | Patient's Address | Phone |
| Physician's Signature | X | | |

| Medicare # (Include Prefix/Suffix) | ☐ Primary ☐ Secondary | City | State | ZIP |

| Medicaid # | State | Physician's Provider # | Name of Responsible Party (if different from patient) |

| Diagnosis/Signs/Symptom in ICD-9 Format (Highest Specificity) | Address of Responsible Party | APT # |

## REQUIRED

| | City | State | ZIP |

| Patient's Relationship to Responsible Party | 1 - Self | 2 - Spouse | 3 - Child | 4 - Other |

| Insurance Company Name | Plan | Carrier Code |
| Subscriber/Member # | Location | Group # |
| Insurance Address | Physician's Provider # |
| City | State | ZIP |
| Employer's Name or Number | Insured SS# (If Not Patient) | Workers Comp ☐ Yes ☐ No |

| CHEMISTRY | RESULTS |
|---|---|
| 310900 ☐ COMP METABOLIC PANEL (18) | |
| A/G RATIO | |
| 001081 ☐ ALBUMIN  (3.5-5.5g/dL) | |
| 001107 ☐ ALKALINE PHOSPHATASE (40-150IU/L) | |
| 001123 ☐ AST (SGOT)  (0-45IU/L) | |
| 001099 ☐ BILIRUBIN, TOTAL  (0.1-1.2mg/dL) | |
| 001040 ☐ BUN  (5-26mg/dL) | |
| BUN/CREATININE | |
| 001016 ☐ CALCIUM  (8.5-10.6) | |
| 001370 ☐ CREATININE  (0.5-1.5mg/dL) | |
| GLOBULIN | |
| 001032 ☐ GLUCOSE  (65-109mg/dL) | |
| 001073 ☐ PROTEIN, TOTAL  (6.0-8.5g/dL) | |
| 303754 ☐ ELECTROLYTE PANEL | |
| 001198 ☐ SODIUM  (135-148mmol/L) | |
| 001180 ☐ POTASSIUM  (3.5-5.5mmol/L) | |
| 001206 ☐ CHLORIDE  (96-109mmol/L) | |
| 001578 ☐ CO₂  (21-32mmol/L) | |
| ☐ OTHER | |

| SEROLOGY | RESULTS |
|---|---|
| 004556 ☐ PREGNANCY TEST, SERUM  (Neg) | |
| 004036 ☐ PREGNANCY TEST, URINE  (Neg) | |
| 006189 ☐ MONONUCLEOSIS, QUAL  (Neg) | |
| 162444 ☐ STREP SCREEN  (Neg) | |
| ☐ OTHER | |

| COAGULATION | RESULTS |
|---|---|
| 005199 ☐ PT | |
| PATIENT TIME | |
| INR | |
| 005207 ☐ PTT | |
| TEST(S) PERFORMED BY: | |

| COAGULATION CONTINUED | RESULTS |
|---|---|
| ☐ OTHER | |

| HEMATOLOGY | RESULTS |
|---|---|
| 005009 ☐ CBC w DIFF w PLT | |
| 028142 ☐ CBC wo DIFF w PLT | |
| 005025 ☐ WBC  (4.1-10.3x10³/µL) | |
| 005033 ☐ RBC  (M 4.30-5.60x10⁶/µL) | |
| | (F 3.85-5.00x10⁶/µL) | |
| 006041 ☐ HGB  (M 13.5-17.0 g/dL) | |
| | (F 11.4-15.2 g/dL) | |
| 005058 ☐ HCT  (M 40-51%) | |
| | (F 34-46%) | |
| 015065 ☐ MCV  (80-98fl) | |
| 015073 ☐ MCH  (27.0-34.0pg) | |
| 015081 ☐ MCHC  (32.0-36.0g/dL) | |
| ☐ DIFFERENTIAL | |
| 015909 ☐ POLYS  (1.8-7.8x10³/µL) | |
| 015917 ☐ LYMPHS  (0.7-4.5x10³/µL) | |
| 015925 ☐ MONO  (0.1-1.0x10³/µL) | |
| 015933 ☐ EOS  (0.0-0.4x10³/µL) | |
| 015941 ☐ BASO  (0.0-0.2x10³/µL) | |
| 006249 ☐ PLT COUNT  (140-440x10³/mm³) | |
| ☐ PLT ESTIMATE | |
| ☐ RBC MORPHOLOGY | |
| 005215 ☐ ESR  NRO-15mm/hr  55 | |

| DRUGS | RESULTS |
|---|---|
| 007385 ☐ DIGOXIN  (0.9-2.0ng/mL) | |
| 070763 ☐ PHENYTOIN  (1.0-2.0µg/mL) | |
| 007704 ☐ LITHIUM  (0.0-1.4mEq/L) | |
| 007419 ☐ CARBAMAZEPINE  (4.0-12.0µg/mL) | |
| ☐ OTHER | |

| MISCELLANEOUS | RESULTS |
|---|---|
| 008136 ☐ WET PREP  (Neg) | |
| WBC | |
| BACT | |
| CELLS | |

| URINALYSIS | RESULTS |
|---|---|
| 003772 ☐ URINALYSIS w MICROSCOPIC | |
| 003038 ☐ URINALYSIS w REFLEX | |
| COLOR  (Yellow) | |
| APPEARANCE  (Clear) | |
| SP. GR.  (1.005-1.030) | |
| PH  (5.0-7.5) | |
| LEUKOCYTES  (Neg) | |
| NITRITE  (Neg) | |
| PROTEIN  (Neg/Trace) | |
| GLUCOSE  (Neg) | |
| KETONES  (Neg) | |
| UROBILINOGEN  (0.0-2.0) | |
| BILIRUBIN  (Neg) | |
| BLOOD  (Neg) | |
| 003384 ☐ MICROSCOPIC | |
| WBC/hpf  (0-5/hpf) | |
| RBC/hpf  (0-5/hpf) | |
| EPITHELIAL CELL  (0-5/hpf) | |
| BACTERIA  (None) | |
| YEAST  (None) | |
| CRYSTALS | |
| CASTS  (0-1 hyaline/hpf) | |
| MUCUS | |
| ☐ OTHER | |

OTHER TESTS AND/OR COMMENTS



11  pgs                    000684
**********AUTO** MIXED ADC 300
000000684 03 MB    0.750
ATTN: KCF PHYSICALS DEPT
KCF PYHSICALS DEPT
PO BOX 11
MOUNT MEIGS AL  36057-0011

# ATTENTION
## Confidential information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding these records or any other information you have requested from Smart, please call the phone number on the attached invoice

The enclosed health information was reproduced by Smart Document Solutions, a health information outsourcing service.  Your health care facility contracts with Smart to process authorized copies of medical records.

The reproductions have been made from the medical facility 's original records.  The confidentiality of these records is protected by federal and state laws and regulations, including the Health Insurance Portability and Accountability Act (HIPAA).

If you requested items that are not maintained in the medical record, your request for those items was forwarded to the appropriate department and will be sent under separate cover.

Some medical records contain sensitive information that cannot be released without specific patient authorization.  If you need this information, please provide such authorization.  If the patient has questions about the need for specific authorization, he/she must contact the medical records department of the facility.

Since this facility has chosen to outsource its medical records reproduction function, Smart serves at the facility 's instruction. Future requests for medical records must continue to be directed to the facility.

**Smart Document Solutions, LLC**
P.O. Box 1812
Alpharetta, GA 30023-1812
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Date |
| --- |
| 12/13/2004 |
| Request ID # |
| 0024688636 |

| Ship to: |
| --- |

KCF PHYSICALS DEPT
KCF PYHSICALS DEPT
PO BOX 11
MT MEIGS, AL 36057

**Requested By:** KCF PHYSICALS DEPT
**Patient Name:** HEATH LARRY
**DOB:** 010854
**SSN:** 421706599

| Records from: |
| --- |

Anniston Medical Clinic, P.C.
1010 Christine Avenue
Anniston, AL 36207

# Request Delivery Notification

# This is NOT a bill!

**Enclosed please find the document you requested. This is
not a bill. No payment is required.  If you have received this
information in error, please contact our customer service
department immediately for instructions on
returning this document.**

# 1-770-754-6000

Smart Document Solutions processes thousands of requests for health information at
over 6,500 health care facilities nationwide. If you would like to learn more about Smart
or how our services can benefit your facility, please visit our website at:

**www.SmartDocumentSolutions.net**

*256-236-5631-P*
*256-841-2291-F*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

110892 - Ready
FAX (334) 215-9126
Phone (334) 215-6197P

## Authorization for Release of Information

To: Dr. Ready
Anniston/Al
SHIP

From: KCF- Physicals Dept
P.O. Box 11
Mt. Meigs, Al 36057

Patient: Heath, Larry

Alias: _____

Date of Birth: 1-8-54

Inmate ID No: 111835

Social Security No: 421 70 6577

Date(s) of Service: 1994 - 2002

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission      [ ] Discharge      [ ] Operative Summary Reports

[ ] X-Ray      [ ] Special Studies Reports      [ ] HIV Test      [ ] TB Test

[ ] Laboratory Reports      [ ] Immunization History      [ ] Dental Treatment Records

[ ] Psychiatric Summary Report   [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records   Records of Lupus _____
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _Larry W. Heath_
(Patient's Signature)

_Marla Nji_
(Witness' Signature)

12-6-04
(Date)

12-6-04
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_
(Signature and Title for PHS)

12-...-04

4-11-03  Pt didn't keep appt c̄ Dr. Ready  K

4/25/03    168    132/70

Larry Heath          110892
04/25/03
S:  Larry comes in today to follow up on his mixed connective tissue disease and osteoarthritis with
     associated soft tissue rheumatism problems.
     Last time we tried to put Larry back on Vioxx but unfortunately, it was the same story, pretty soon it
     started bothering his stomach and GI system and he had to leave it off.   He has been using Lorcet Plus
     and Prednisone, which it appears that he has been taking it intermittently.
     Larry describes a number of aches and pains, but he does not describe skin rash, stomatitis or
     inflamed joints.
O:  Skin shows no rash.  HEENT: benign    Musculoskeletal exam is quite benign today.  Neurological exam
     is intact.
A:  Mixed connective tissue disease.    Osteoarthritis with associated soft tissue rheumatism problems.
     Hypertension.   EO.
P:  We will discontinue Larry's Prednisone and next give him a trial of Bextra 10 mg. daily.  I have just
     given him some samples to start with and I have told him to give me a call and let us know how that
     does.   We will also increase his pain medication, contract to one pill b.i.d.    Larry will return to see me
     in four months so I can see how he is doing.  (JMR, tlp.)  ✗ labwk   anti-ds-DNA - Neg.
                                                                              C4-WNL

8/22/03    Wt  161    BP  154/96    P  84

Larry Heath          110892
08/22/03
S:  Larry comes in today to follow up on his mixed connective tissue disease.   At this time Larry is off of all
     of medications because he missed his last appointment.   He was on Bextra, but he does continue to
     take his Lorcet Plus.   He is not on any steroids or remittives at this time.
     For the most part Larry has been doing okay.   He describes some aches and pains but he doesn't
     describe inflamed joints or skin rashes.   He does tell me something interesting.   A couple of weeks
     back he developed some "knots" on his head, which kind of moved down into his neck.   He says that
     they were about walnut size, but they were not inflamed or tender.
O:  Skin shows no rash.  HEENT: is benign.  Musculoskeletal exam is fairly benign today, no active joints.
     Neurological exam is intact.
A:  Mixed connective tissue disease.  Soft tissue rheumatism.  Hypertension.
P:  We will give Larry a trial of Voltaren to see if that will be helpful for his rheumatic symptoms.   We will
     also send him by to get a urine drug screen.   He will return to see me in six months for a routine
     check.  (JMR/tlp.) ✗  Ur. Scr. Opiods — NEg

**PROGRESS NOTES**

McDaniel Printing Service M-P 256-236-8858 AMC Reorder # 135

McDaniel Printing Service M-P 256-236-8858 AMC order # 135

AMC-MR-3

**PROGRESS NOTES**

*[handwritten]* 8/27/04 Pt didnt keep his appt c Dr Ready he

*[handwritten]* 8/20/04      183      140/90      (2)

Larry Heath          60072641
08/20/04

S: Larry comes in today after about a year interval.   Larry is back in jail at this time.   He is currently off of all of his medications except that they give him some Tylenol at the jail.
   Larry is describing a fair level of arthralgias, but he doesn't describe skin rash, oral lesions, or hair loss.     He describes occasional subcutaneous nodules but I think he may be talking about lymphadenopathy, he seems to associated them with pharyngitis and other infections.

O: Skin shows no rash.   HEENT: Is benign.   The eyes are PERRL.   Nose and throat are clear, there are no ulcers and salivation is normal.   Neck is supple, no adenopathy.   Thyroid gland is not palpable. Chest is clear.     Heart regular rate and rhythm.     Musculoskeletal exam is fairly benign today, no active joints.  Neurological exam is intact.

A: Mixed connective tissue disease, no clinical evidence for reactivation at this time.     Osteoarthritis. Hypertension.

P: I have given Larry a prescription for Voltaren 75 mg. b.i.d. to take at the jail.   We will send him by to get some lab work on the way out and he will return to see me as needed.   He tells me that he has an eight-month sentence currently.   (James M. Ready, M.D. Rheumatology -- JMR/tlp. *[handwritten initials]* inbox

AMC-MR-3

McDaniel Printing Service 256-236-8838 AMC Recorder

## PROGRESS NOTES

**Larry Wayne Heath     110892**
**02/08/02**

S:  Larry comes in today to follow up on his mixed connective tissue disease.  But also because he has been having increased symptoms here lately, mostly increased and diffuse arthralgias and myalgias, but just in the last week he has been having some chest pains.  Apparently it got bad enough that he went to the emergency room last night, so they asked him to follow up with me today.  He tells me that they did an EKG and a CXR in the emergency room and although he is not sure what they did, they didn't do anything about these studies, other than given him a shot of pain medicine and told him to follow up with me.  So I presume that they didn't find anything of significance there.  Larry has not had any cough, chest congestion, or fever, or other signs of infection, just increased pain. He does not report any symptoms to suggest activation of his rheumatic disease process.  He hasn't had any skin rash, no inflamed joints, morning stiffness, stomatitis, et cetera.

O:  Skin shows no rash.  HEENT: benign.  Musculoskeletal exam does not show any inflamed joints, but there is some gingerness in the shoulders and there is some tenderness in the anterior chest wall with movement.

A:  Mixed connective tissue disease, appears stable.  Chest wall pain.

P:  I have asked Larry to continue on his Salsalate and Lorcet.  I have given him some samples of Skelaxin today and I have reviewed physical modalities with him that would be helpful for this condition.  Larry has his regular appointment coming up in just a few weeks, so I told him to cancel that and make a new appointment to see me in six months.  (JMR/tlp.)

---

10/11/02                              169½                      134/80

**Larry Heath                110892**
**10/11/02**

S:  Larry comes in today to follow up on his mixed connective tissue disease.  Overall, Larry has been doing well in recent months.  He doesn't report any significant rheumatic symptoms and no particular joint complaints.

Larry does tell me that he developed a rash in the peritoneal area, which started about two weeks ago. He initially put some Neosporin crème on it and that didn't help, so he went to the emergency room where I think they gave him some kind of antifungal crème and he tells me that that has been quite helpful.  The rash is significant improved.  They did tell him in the emergency room to follow up with me to make sure the rash was not related to his connective tissue disease or to his Prednisone. However, I think that is very unlikely, he is on a very small dose, just 5 mg. plus the fact that the rash is localized.

O:  Skin does not show any generalized eruptive rash.  In examining the scrotum and the peritoneum and rectal area, there are just a few little local eruptions here and there.  Apparently things are much better at this time.  Musculoskeletal exam is benign today, no active joints.

A:  Mixed connective tissue disease.  Rash, appears to be a tinea, which is responding to the crème.  ED.  Hypertension.

P:  I have told Larry to continue with the crème until the rash has completely cleared up and then to continue it for a few days longer than that to make sure.  He is to let me know if the rash comes back and if it does we will get it further evaluated.  Otherwise, we are going to get him started back on Vioxx and he will continue with his low-dose Prednisone.  He will return to see me in six months for a routine check.  (JMR/tlp.)

*12/6/95 Cont. Larry Heath*

O: The skin does show some discolored patchy, but not eruptive, rash on the medial aspect of the ankles bilaterally, but there is no other rash. Musculoskeletal exam is benign. No active synovitis. There are no oral lesions. Initially we have received the records from the infirmary at Ventura Correctional Facility in Clayton, AL. A summary of the lab work showed normal CBC, normal Sed. rate, normal chem. profile and thyroid studies did have a positive ANA and a positive RPR. The follow-up FTA was negative. No E&A's were done. Several imaging studies were done. A number of joint films showed no significant findings. There was a chest x-ray done in 1994 which was normal.

A: 1. MCTD

P: We will continue Larry on the Plaquenil. He will go by the lab on the way out for some routine lab screening and he will return to see me in 2 months. We will try to make a determination at that time whether or not to continue the Plaquenil. JMR/rc

*2/7/96 2H 176  B/p 138/88  T. 98.4°*

HEATH, LARRY WAYNE #110892
2/7/96

S: Larry has MCTD and comes in for scheduled follow-up. We have had Larry on Plaquenil for about 4 mos. now but it is hard to tell whether it has helped him because of Larry's social and financial situation. He tells me since I have seen him last he ran out of Prednisone and didn't have any money to buy it. As a result of that he is having increased arthralgias and myalgias and also the rash is worse. Also because of these increased symptoms, he doubled up on the Plaquenil. He has been taking 2 pills twice a day. Perhaps, as a result of this he has been having some problems with diarrhea.

O: The skin does show a little bit of the disruptive rash on the feet and ankles but there is no facial rash. HEENT: no mucosal lesions. Chest clear, heart rate regular. M.S. exam shows no inflammed joints.

A: 1. MCTD.

P: I have discussed with Larry the right way to take the medications and that he should not change his doses without talking with me first. I have asked him to leave of the Plaquenil for a few days to see if that will calm down the diarrhea. Then he can start back on the regular dose of 1 pill, twice day. I have also given him a prescription for Prednisone today and we have talked about how he might get some financial help to pay for that if needed. I have asked him to use Tylenol or Asprin, OTC preparations for general relief of arthritic symptoms. Larry will return to see me in 4 mos. for routine check. JMR/rc

*3-14-96 Pt didn't show up for DDU Appt.*
*6-7-96 No show KB*

*10/26/95 Ht-166 B/P 120/80 T. 97.3°*

Larry Heath
110892
10/27/95

S: This 41 year old black gentleman was referred over by Sister Mary at Catholic Services.  Larry tells me he has been having arthritis problems for several years now.  He describes swelling and inflammation in multiple joints, particularly the elbows, but just about every single joint in the body except, interestingly, sparing in the hands and the wrist for the most part.  He could not afford medical care for a good while but then eventually wound up in prison and saw the prison doctor there and apparently given a diagnosis of SLE.  He was treated with Prednisone for a while which helped.  Since he has gotten out of jail he has been going to the ER for treatment and they have tapered down his Prednisone and also told him that he needs to get under routine care by a physician.

In addition to his arthritis Larry describes photosensitivity and he does occasionally break out in a rash which does appear to be sun sensitive.  No suggestion of Raynaud's phen, oral lesions, or sicca symptoms.  It is unclear whether he has had sexually transmitted disease in the past.  Apparently he has tested positive for Syphilis on several occasions and has been treated for that.  He does describe frequent urination, though no definite discharge from the penis.  He does tell me he has had troubles with inflammation and irritation in the eyes in the past and also he has had occasionally rash on his feet.  No history of bloody diarrhea.

PAST MEDICAL HISTORY:  Otherwise is fairly benign.  No history of diabetes, heart disease, pulmonary, renal, or GI problems.  He was treated for hypertension while he was in prison but since he got out of prison that has not needed treatment.  Surgical history is negative.  Family history is positive for Lupus in a sister and several other family members were felt to have Lupus.

SOCIAL HISTORY:  The patient is married.  He is not currently working, he tells me he does not have enough energy to be able to maintain employment.  He does smoke fairly lightly , three or four cigarettes a day he tells me.  He occasionally drinks beer.  He does have a drug use history and he has done IV drugs in the past primarily heroin.  He tells me he has not done any drug use since 1993.  He was tested for HIV at least on two occasions while he was in prison apparently both times it was negative.

ROS:  He is having some sleep disturbance, primarily due to the frequent urination.  He has lost a little weight since he got out of prison 5 months ago, but he thinks that it may be due to them reducing his Prednisone.  Says that his appetite is good and he eats well.  No changes in the bowels.  As mentioned he describes poor energy levels.

O:  Reveals a slender gentleman in no distress.  The skin shows a little teneaversicolor on the back, and there is also some rash on the feet on the medial aspect of the ankle and also on the soles of the feet.  These lesions could be consistent with keratoderma blenorrhagica.  HEENT exam eyes are PERRLA.  No Uveitis.  Nose and throat is clear.  Salivation is normal.  Neck is supple.  There is no adenopathy and the thyroid gland is not palpable.  Chest is clear.  Heart rate is regular without murmur, rub or gallop.  Peripheral pulses are present, equal, bilaterally.  Abdomen is benign.  There is no hepatosplenomegaly.  Extremities there

are no clubbing, cyano. :, or edema.  Neurological exa. ranial nerves 2 though 12 are intact.  Sensation, strength, and coordination appear within normal limits. DTR's are present, equal, bilaterally.  The musculoskeletal exam the neck has good motion.  Back shows normal curvature.  There is no vertebral, or sacral tenderness. He has good flexion and extension.  Shoulders have full range of motion.  Elbows are fully extensible.  No inflammation or nodules.  Hands and wrist show no active synovitis, no enlargement of the small joints.  He is able to grip and curl to 100% bilaterally.  Grip strength is good.  Hips have full, painless range of motion. Knees full extension.  There is crepitus in the left knee but no inflammation or effusion.  Ankles and feet are benign.  There is no metatarsalgia and no heel tenderness.

A:  Sign symptoms consistent with an inflammatory arthritis and the differential diagnosis is large at this time.  Certainly RA and SLE are possibilities. We also naturally wonder about ~~writer's~~ syndrome.

P:  We will send the patient by lab and x-ray to get some screening studies.  He will return to see me in 10 days so we can review the studies and go from there. (JMR/t1)⨯⨯        *Reiters*

HEATH, LARRY    #110892
11/7/95
S:   Larry comes in today to follow-up on his initial evaluation.  He is not examined today but he does tell me that he is better with the medications that we put him on.
     Additionally, we have reviewed the studies that were done.

LAB:  CBC is WNL.  White count is slightly low at 3.2 and sed rate was normal at 8. His serology panel shows a positive ANA at 1:320 in a speckled pattern.  He also has a positive anti-histone and a positive RNP.  However RA and Anti-DNA, as well as SSA and SSB were negative.  Xrays do not show any significant findings.

A:   Currently, larry has an immune mediated process going on and he is on the border-line of having criteria for lupus.  For the time being, I am going to call him mixed connective tissue disease and we will go from there.

P;   I have gone over some basic things with Larry today and cautioned him about use of Sulfa drugs and also sun exposure.  Medication-wise, we are going to go ahead and get him started on Plaquenyl 200mg bid to see if that will give him some improvement and hopefully we will be able to get him off of the steroids. I told him to finish all the Doxycycline but I think at this point that Reiter's Syndrome is pretty much eliminated.  I have gone over the side effects of the Plaquenyl with Larry and particularly the need for the eye exams.  He will return to see me in one month so I can see how he is doing and check for side effects from the Plaquenyl and we will go from there.

JMR/lda 𝒿𝓇   *mailed request for Plaquenil 11-9-95 S.W.*

*12/1/95 ᴴᵗ 163 B/P 130/80 T. 98.4°*

HEATH, LARRY WAYNE #110892
12/6/95
S:   Larry has MCTD and comes in today for scheduled follow-up.  Last time we put him on Plaquenil and he comes in today so we can check for side effects.  He tells me he has been noticing some glare and problems with the eyes at night, but otherwise nothing of significance.  He has no stomach upset, no rashes, oral stomatitis etc.

     No significant change in arthritic symptoms and no new rheumatic symptoms except that he tells me the rash seems to be coming back on his feet a little bit.

8 20 96        Ht 6 1/2"        wt 16 3/4        BP 140/96        T 982

3/13/01 Ht 183  B/p 140/90

**HEATH, LARRY**        #110892
03/13/01

S:    Larry comes in today after quite an interval. It has been about 5-6 years since I've seen him last. Larry carries a diagnosis of MCTD/borderline lupus. We had him on treatment for a while with low dose Prednisone, Plaquenil and ibuprofen and that did seem to help.
At this time Larry is taking ibuprofen but he is off any NSAIDs and he has been off Plaquenil for a while now.
As far as the arthritic symptoms are concerned, he describes some low back pain and also the elbows continue to be a trouble spot for him but he doesn't describe any inflamed joints and there is no recent skin problems, oral lesions or sicca symptoms.
PAST MEDICAL HISTORY: Reviewed and Larry is felt to have hypertension but nothing else.
PAST SURGICAL HISTORY: None since I've seen him last.
FAMILY HISTORY: Reviewed.
SOCIAL HISTORY: Reviewed.
The reason Larry stopped coming to see me is was that he had to go back to prison. He did recently finish his sentence and now is going to trade school working in food services.
ROS: Negative.

O:    Well-developed gentleman in no distress. The skin shows no rash. HEENT exam is benign. There is no uveitis. Nose and throat are clear. No ulcerations. Neck is supple, no nodes. The chest is clear. Heart rate is regular. Abdomen benign. Extremities show no edema. Neuro exam is intact. The musculoskeletal exam: Neck is supple. Back shows good movement. There is a little bit of mild tenderness of the lumbosacral area. Shoulders full motion. Elbows fully extensible. There is no inflammation or nodules. Hands and wrists show no synovitis, pretty good gripping ability. Hips have full motion. Knees are fully extensible. Feet and ankles are benign today.

A:    1.    MCTD.
      2.    Low back pain.
      3.    ED.

P:    Will continue Larry on 5 mg of Prednisone each morning. I have given him a prescription for some ibuprofen to help the back. I've also given him some Viagra for his ED. He has no history of heart disease or other vascular problems.
Larry will return to see me in 6 months for routine check and as needed. Will plan on doing lab work next time. JMR:ads

4/30/01 wt 180     B/p 130/70

**Larry W. Heath**        110892
04/30/01

S:    Larry has mixed connective tissue disease and he comes in today because he is having a fairly substantial level of arthralgia's. Last time we had put Larry on Celebrex but he didn't think it helped very much. He doesn't describe inflamed joints or skin rash. The main problem is arthralgia's and also back pain.
O:    Skin shows no rash. HEENT: benign. Musculoskeletal exam is fairly benign today.
A:    Mixed connective tissue disease.
P:    I have told Larry to discontinue the Celebrex. We are going to give him a trial of the Vioxx 25 mg. daily. I have given him some samples to start with. I have asked Larry to take these for three weeks and give us a call if he is not better at that point. Otherwise, he will return as scheduled. (JMR/tlp.)

ANNISTON MEDICAL CLINIC

ANNISTON MEDICAL CLINIC, P.C.
1010 CHRISTINE AVENUE
P.O BOX 2127
ANNISTON, ALABAMA 36202
(205) 236-5631

☒ RADIOLOGICAL CONSULTATION
☐ NUCLEAR MEDICINE CONSULTATION

DOCTOR

NAME Heath Larry W    NUMBER 110892    Reaey
LAST    FIRST    MI

SEX    AGE    DATE 10-27-95    PREV. EXAM?

Clinical Findings:

Part(s) To Be Examined _Pelvis, Hands_

Report:

PA VIEW OF HANDS: There are some mild degenerative changes of PIP's. DIP's are fairly benign. The MCP's are quite benign, no erosions. Carpal bones show no mottling, and no erosive changes.

AP VIEW OF PELVIS (FROG POSITION): The bony pelvis shows no lesions. SI joins are intact. L-Spine is benign. Hips show slight narrowing of the joint space on the right side. Femoral heads are smooth and intact.

IMPRESSION: Essentially normal exam, I don't see any evidence for an inflammatory arthritis and there is no evidence for sacralilitis or spondylosis.

JMR/tl

M.D.

L 24    CHART COPY

X-RAY • NUCLEAR MEDICINE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Larry Heath  10860_ _____ _111835_
    (Print Name)                                  (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(X)   Eyeglasses

(   )   Dentures

(   )   Prothesis      describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

(   )   Other         describe _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Larry Heath_ _____     _1-6-06_ _____
(Inmate)                                   (Date)

_[signature]_ _____     _1/6/06_ _____
(Witness)                                   (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| _Heath  Larry_ | _111835_ | | | _East_ |

PHS-MD-70005               **(White – Medical File, Yellow – Security Property Officer)**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/10/05

**To:** DOC

**From:** HCU

**Inmate Name:** Heath W. Larry     **ID#:** B/111835

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Return 12/12/05 6³⁰ A.M.

PPD Reading

**Date:** 12/11/05     **MD Signature:** Dr. Darbouze/LS     **Time:** 8 PM.

60418

Larry W. Heath



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

10B40

**Date:** 11/8/05

**To:** Doc- Easterling

**From:** Hcu- Easterling

**Inmate Name:** Heath, Larry    **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

— Bottom bunk, No prolonged standing, Lay-in profile x 6mnths (11/8/05 – 5/8/06)

— On water pill — May need to use the restroom during class.

**Date:** 11/8/05  **MD Signature:** VO Dr. Darbouze/MP  **Time:** 125pm

60418

Larry Heath



**Nursing Evaluation Tool:**                          Dental Complaint

Facility:

Patient Name: He Ath                    LARRY                          W
_____              _____    ___
                  Last                           First                 MI

Inmate Number: 111835                    Date of Birth: 1 18 154
                                                          MM  DD  YYYY

Date of Report: 11  12  05               Time Seen: 1140   AM / PM  Circle One
                MM  DD  YYYY

*Subjective:* Chief Complaint(s): "I have A toothache FACAL Swelling, Loose tooth

Onset: X 3 days hard to Swallow

History: Lupus HTN
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Is the problem:** ☒ New  ☐ Chronic  **Problem related to:** ☐ Recent trauma  ☐ Recent dental work  ☐ Other: _____
**Injury sustained in altercation with custody staff, or other inmate:** ☐ NO  ☐ YES (Requires notification of correctional staff)
**Dental Pain: Right :** ☐ Upper Back  ☐ Upper Front  ☐ Lower Back  **Left:** ☒ Upper Back  ☐ Upper Front  ☐ Lower Back
                ☐ Lower Front                                              ☐ Lower front
**Type of Pain:** ☒ Aching  ☐ Throbbing  ☐ Dull  ☐ Sharp  ☐ Constant  ☐ Intermittent    **Pain Scale: (1-10)** 7/10 Throat pn
**Sensitive to Hot or Cold:** ☒ No  ☐ Hot  ☐ Cold  ☐ Sensitive to both Hot & Cold,
**Associated Symptoms:** ☐ Sinus problems  ☐ Difficulty chewing  ☐ Earache  ☒ Sore throat  ☐ Other: _____

*Objective:*  **Vital Signs: (If Indicated)** T: 97.8  P: 52  RR: 20  B/P: 146 / 88

|  | | | Visible external swelling |  | |
|---|---|---|---|---|---|
| Visual evidence of tooth decay/fracture | ☒ No | ☐ Yes | Visible external swelling | ☐ No | ☐ Yes |
| Visual evidence of missing filling | ☐ No | ☐ Yes | Swelling/redness/pus surrounding affected tooth: | ☐ No | ☐ Yes |
| Pain upon opening jaw widely | ☐ No | ☐ Yes | Evidence of trauma/injury to jaw/face | ☐ No | ☐ Yes |

☒ Additional Examination: Facial Swelling noted to (L) Side of FACE
   Continue on back if necessary)
_____
                                                          ☐ Check Here if continued on back

*Assessment: (Referral Status)*        **Preliminary Determination(s):** _____
☐ ~~Referral Not Required~~

☐ **Referral Required** due to the following: (Check all that apply)
   ☐ Fever                           ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems  ☐ Recent dental surgery/procedure
   ☐ Pain upon opening mouth widely  ☐ Significant injury/trauma to jaw      ☐ Recurrent Complaint (More than 2 visits)
   ☐ Other: _____
      (Describe)
      **Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
               appropriate care to be given.

*Plan:* Check All That Apply:
   ☒ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
   ☐ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
   ☐ Cold Compress PRN for minor trauma
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well
      as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
      (Describe)
   ☒ OTC Medications given  ☐ NO  ☒ YES (If Yes List): Motrin 400mg

   Referral:  ☐ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: __ / __ / __
                                                                                         MM  DD  YYYY
   Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time ___

X _Stacy Baker RN_                   Name: _STAcey BAKER RN_
     Nurse Signature                          Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/27/05

**To:** Doc Easterl

**From:** HCU Easte

**Inmate Name:** Heat

The following action is recommend

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra
5. Other

**Comments:**

Report to

Check energyto

9/28/05 BP 128/88 p

9/.

**Date:** 9/27/05  **MD Signature**

✗ Larry Heath

### INSTITUTIONAL EYE CARE

P.O. Box 390                     (570) 523-3493
Lewisburg, PA 17837          FAX (570) 524-2817

| PATIENT | | | | DATE | |
|---|---|---|---|---|---|
| HEATH, LARRY | | | | 12/27/2005 | |
| NUMBER | | | | INSTITUTION | |
| 111835 | | EST | | EASTERLING CORRECTIONAL | |

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | 0.00 | 0.00 | 0 | 0 | |
| OS | 0.00 | 0.00 | 0 | 0 | |
| | ADD | HEIGHT | DIST PD | NEAR PD | |
| OD | 1.50 | 3 | 74 | 71 | |
| OS | 0.00 | 0 | 0 | 0 | |

| LENS COLOR/COATINGS | | Clear | |
|---|---|---|---|

| FRAME | STYLE | FRAME COLOR |
|---|---|---|
| NICK | | GREY |

| EYE SIZ | DROP BALL | FINAL INSPECTION |
|---|---|---|
| 52 | | |

| LENSES: | $9.86 |
|---|---|
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| | |
| | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.70 |

VISION SAFETY NOTICE:
- Your lenses meet or exceed American National Standard Z80.1 and FDA requirement 21CFR Sec 801.410 for impact resistance but are not unbreakable or shatterproof. Of all the materials that lenses can be made from polycarbonate is the most impact resistant.

- If struck with sufficient force, the lenses can break into sharp pieces that can cause serious injury to the eye, or blindness. Even if the lenses do not break, the force of impact may cause the lenses or spectacle frame to contact the eye or surrounding area causing injury.

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately.

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

60418

## REFUSAL OF TREATMENT FORM

Institution: _Easterling Corr. Facility_

Resident's Name: _Larry Heath_   ID# _B/111835_

D.O.B. _1-18-54_

I, _Larry Heath_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| ✓ **A.** Refused medication. | | **E.** Refused X-Ray services. |
| **B.** Refused dental care. | | **F.** Refused other diagnostic tests. |
| **C.** Refused an outside medical appointment. | | **G.** Refused physical examination. |
| **D.** Refused laboratory services. | | **H.** Other (Please specify) |

Reason For Refusal   _It makes me feel Tired_
_"The Paxide"_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_S McLennon_
Witness Signature

_____
Witness Signature

_Larry Heath_
Patient Signature

_____
Date

_____
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

PHS MD-70108



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/28/05

**To:** DOC - EAS

**From:** HCU - East

**Inmate Name:** LARRY Heath          **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Return to HCU on 8/3/05 to Have @ Ear

Washed out if Dulrox gtts don't work.

5 Am Treatment

**Date:** 7/28/05 **MD Signature:** Dr Darbonne / M Saunders RN **Time:** _____

Larry W. Heath 111835

60418





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/18/05

**To:** Doc - Easterling

**From:** Hcu - Easterling

**Inmate Name:** Heath, Larry     **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until_____
5. Other _____

**Comments:** — Hat Profile x 6mmths (7/18/05 — 1/18/06) —
Hx of skin tissue condition.

**Date:** 7/18/05  **MD Signature:** Ms. Floyd CRNP/NP  **Time:** 2:30pm

60418

X Larry Heath 111835

9B26



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/18/05

**To:** Doc - Easterling

**From:** Hcu - Easterling

**Inmate Name:** Heath, Larry    **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

— Report to Hcu for blood pressure
Check every other day X 1wk.

7/20/05 _____ 7/22/05 _____ 7/24/05 _____

7/26/05 _____

**Date:** 7/18/05  **MD Signature:** Ms. Floyd crnp/MD  **Time:** 240pm

60418

X Larry Heath 111835



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9/27/05

**To:** Doc- Easterling

**From:** HCU- Easterling

**Inmate Name:** Heath, Larry       **ID#:** 111835

The following action is recommended for medical reasons:

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

Report to HCU for blood pressure/Pulse
Check everyday x 3 days (5p)

9/28/05 BP 128/88 p 64          9/29/05 BP 160/90 p 64

9/30/05 BP 106/84 p 76          A. Q 10/4/05
106/86

**Date:** 9/7/05   **MD Signature:** VO Dr. Darbouze/NP   **Time:** 905 am

60418

X Larry Heath



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/24/05

**To:** DOC- Easterling

**From:** HCU- Easterling

**Inmate Name:** Heath, Larry          **ID#:** 111835

**The following action is recommended for medical reasons:**

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

**Comments:**

Report to HCU everyday at 5p for blood

pressure check x 5 days.  6/25/05 _____  6/26/05 _____

6/27/05 _____  6/28/05 _____  6/29/05 _____

_____

**Date:** 6/24/05   **MD Signature:** Dr. Darbouze /NP   **Time:** 1115 am

X Larry Heath

60418

9B26



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _6/10/05_

To: _DOC_

From: _NU_

Inmate Name: _Heath Larry_     ID#: _111835_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**
_Bottom bunk, No prolonged_
_Standing - Lay-in profile_
_X 6mo - 6/20/05 - 12/20/05_

Date: _6/20/05_ MD Signature: _Darbouze / SB_     Time: _12pm_

60418

9B26



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/20/05

**To:** DOC

**From:** NCU

**Inmate Name:** Heath Larry          **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other B/P + Pulse every other day

**Comments:** @ 5⁰⁰ am x 2wk

6/12 B/P — P — 6/14 B/P — P —

6/16 B/P — P — 6/18 B/P — P —

6/20 B/P — P — 6/22 B/P — P —

6/24 B/P — P —

**Date:** 6/10/05  **MD Signature:** Darbouze /SB   **Time:** DP

Larry Heath



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6/4/05

**To:** ADOC (Easterling)

**From:** PHS (Easterling)

**Inmate Name:** Heath, Larry          **ID#:** 11835

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra ___ & pulse _____ until _____

5.  (Other) BP ✓ QOD X 5 eSAM

**Comments:**  6/6/05  BP ——  P ——
6/8/05  BP ——  P ——
6/10/05  BP ——  P ——
6/12/05  BP ——  P ——
6/14/05  BP ——  P ——

**Date:** 6/4/05  **MD Signature:** V. SrDarbonSma  **Time:** 11p

Larry W. Heath

60418


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | | TIME | ORIGINATING FACILITY Easterling | | ☐ SICK CALL ☐ EMERGENCY |
|---|---|---|---|---|---|
| 6 /4 /05 | | 10:58 (AM) PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | | ☑ OUTPATIENT |

ALLERGIES PCN    WT-194

| CONDITION ON ADMISSION | ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

VITAL SIGNS: TEMP 98.5 (ORAL) RECTAL    RESP. 18    PULSE 108    B/P 160/120    RECHECK IF SYSTOLIC <100> 50 _____ / _____

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

S - "My throat has been sore and it's been hard for me to swallow X 2 days"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - B/m amb. to hcu c steady gait. A&x3 Resp even and unlabored, skin warm & dry to touch. C/o difficulty swallowing x past 2 days. Mild swelling noted to face. C/o pain to shoulder. C/o aching. BP ↑ to 160/120. Reports not being able to eat. Patient took medication c cup of water s difficulty. Patient has hx of Mixed Connective Tissue Disease

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| A - alt in comfort | | |
| P - Dr Darbause Notified p | | |
| Page | | |
| See order sheet | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT    Pt - Informed of MD orders - Voiced understand

| DISCHARGE DATE | | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|---|
| 6 /4 /05 | | 11:30 (AM) PM | ☐ DOC ☑ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| J McKinnon LPN | | | 6/6/05 | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Heath, Larry | 111835 | 1-18-54 | B/m | East |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _5/4/05_

To: _DOC_

From: _HCU_

Inmate Name: _Heath, Larry_        ID#: _111835_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_5 A.M._

_Blood pressure & pulse check weekly X 3 days._

_5/6/05 BP _____ P _____

_5/13/05 BP _____ P _____

_5/20/05 BP _____ P _____

Date: _5/4/05_   MD Signature: _Dr. Darbouze/lb_   Time: _11 AM._

_Larry W. Heath_    _111835_

60418

# Prison Health Services

## REFUSAL OF TREATMENT FORM

Institution: _Easterling_

Resident's Name: _Larry Heath_    ID# _111835_

D.O.B. _011854_

I, _Larry Heath_ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| ✓ | A. | Refused medication. | ___ | E. | Refused X-Ray services. |
|---|----|---------------------|-----|----|-----------------------|
| ___ | B. | Refused dental care. | ___ | F. | Refused other diagnostic tests. |
| | C. | Refused an outside medical appointment. | | G. | Refused physical examination. |
| ___ | D. | Refused laboratory services. | ___ | H. | Other (Please specify) |

_Blood Pressure medication_

Reason For Refusal _because its to strong_

Potential Consequences Explained _Stroke, heart attack or Death._

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_Ruth Teal_
Witness Signature

_Larry W. Heath_
Patient Signature

Witness Signature

_050405_
Date                                             Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

PHS MD-70108



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4/19/05 | TIME 4:30 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES PCN | CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA 99oz Sat |
|---|---|

| VITAL SIGNS: TEMP 99 | ORAL RECTAL | RESP. 20 | PULSE 85 | B/P 32/80 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- My tongue is swollen

O. B/M ambul to HCu ē o √3
c/o sore throat, + tongue
+ jaw swollen speech
slow + hard to understand
on exam tongue swollen
+ (R) side of face 1 x 8
Lupus

A. alt. in comfort

R. Dr Darbaug notified
Give prednisone 60mg p.o +
Benadryl 50mg I M now
Held in Infirmary for Dr
Darbaug to see

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| Prednisone 60mg | 5⁰⁰ ē | 4/2 |
| Benadryl 50mg IM | | |

PHYSICAL EXAMINATION

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 4/19/05 | TIME AM/PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE N Swington RN | DATE 4-19-05 | PHYSICIAN'S SIGNATURE | DATE 4/00/05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Heath, Larry | DOC# 111835 | DOB 1-18-05 | R/S B/M | FAC. East |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _4/19/05_

**To:** _Doc- Easterling_

**From:** _Hcu- Easterling_

**Inmate Name:** _Heath, Larry_    **ID#:** _111835_

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_Vitals q̄ 4°_

_O₂ sat q̄ 2°_

_____

_____

**Date:** _4/19/05_    **MD Signature:** _Ms Teaga CRNP /NCP_    **Time:** _930am_

EAST ~LING CORRECTIONAL ~ACILIT~
PROCE~URE FOR ACCESS TO HEALTH CARE

Treatment for routine medical complaints and mental health complaints are processed through nurse screening seven days a week. Inmates must complete a sick-call screening form and turn this form into medical services for processing. You may obtain screening forms from any dorm cube or shift commander's office. you need to place the screening form in the locked box located at the dining hall. All health service requests are subject to a $3.00 co-pay being deducted form your PMOD account, depending on the nature of your request. Forms for segregation inmates will be collected by nursing personnel at 4:00am medication rounds. Doctor's clinic is held Monday through Friday excluding holidays or an unexpected emergency.

Inmates on sick-call screening must report for screening or sign a refusal of treatment form declining care. Screening for population is held on 1st shift at approximately 7:00am. Screening for segregation is held during the morning pill call rounds. Sick-call screening is held Sunday through Friday.

Pill call times for this institution are as follows:

| POPULATION | DIABETIC | SEGREGATION |
|---|---|---|
| 4:00am | 3:00am | 4:00am |
| 9:00am | 9:00am | 10:00am |
| 5:00pm | 3:00pm | 5:00pm |

Medical request on weekends and holidays are reviewed. Any request for medical attention that cannot wait until the next sick-call clinic will be processed at that time. All other request will be held until regular Sunday through Friday sick call. Medical emergencies, such as those involving intense pain, potential life-threatening situations, or when delaying treatment might cause permanent damage are dealt with at any time. Advise the nearest Correctional Officer of an emergency, so prompt access to health care is provided.

You are required to sign up for Dental sick call using the same procedure as medical sick call. Population and Segregation Dental Screenings are held weekly on Monday evenings at 1:00pm in the Health Care Unit. Follow-up care, if needed, is scheduled at this time. Emergency dental service is provided 24 hours a day with a dentist on call. Those not meeting scheduled appointments must sign a refusal of treatment form.

Your medical care is important. This is a joint effort between you and the Health Care Staff. Prescribed medications are to be picked up at pill-call, appointments kept, and education in services attended.

Comfort medications, such as cold medicine, headache medicines etc. are available in the canteen.

We ask that medical complaints against the Health Care Unit try and be resolved face to face. If concerns cannot be resolved verbally, a written complaint may be filed. You may get this form in the Health Care Unit. You must complete this form listing specifically the reason for dissatisfaction, steps you have taken and the action requested to resolve the problem. Return this form to the Health Care Unit.

X _Larry W. Heath_    111835  190½  6   12-28-04
Inmate Signature      AIS#   Weight Height Date

_signature_
Witness              12/28/04        8:25
                     Date            Time

9326



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 4/11/05

**To:** DOC

**From:** NCU

**Inmate Name:** Heath Larry          **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other  Report to NCU @ 5°° am

**Comments:** for B/p + Pulse every wk x 3

4/13  B/p _____ — P _____

4/20  B/p _____ P _____

4/27  B/p _____ P _____

**Date:** 4/11/05  **MD Signature:** Darboure / SB    **Time:** 918am

60418

Larry Heath



**PRISON
HEALTH
SERVICES
INCORPORATED**

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Heath, Larry_

Date of Birth: _1-18-54_         Social Security No.: _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_

Date: _4/2/05_         Time: _10$^{30}$_         A.M. / P.M.

This is to certify that I, _Larry W. Heath_, currently in
(Print Inmate's Name)

custody at the _Easterli_, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _____
(Specify in Detail)

_Refused Colace 100mg QD_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare.

_Larry W. Heath_                          _L. Ewi_
(Signature of Inmate)**              (Signature of Medical Person)

                                          _M Payne_
(Witness)                                 (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)





**PRISON HEALTH SERVICES**

## NON-COMPLIANCE NOTICE

### The following has been observed and documented per non-compliance policy:

**CLASS**

_____ Diet

_X_ Medication    ASA 325mg ÷ qd
                  Colace 100mg ÷ qd

_____ Treatment

**SPECIFIC**

ADA _____
CARDIOVASCULAR __X_____
ALT. G.I. _____
OTHER __X_____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE_____
DRESSING _____
ACCUCHECK _____
OTHER _____

## ACTION TAKEN BY NURSING:

_X_ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

## ACTION TAKEN BY PRESCRIBERS:

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

## ACTION TAKEN BY INMATE:

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

_____ Refuses to sign

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Heath Larry | 111835 | 1/18/54 | B/m | ECF |

PHS-MD-70057



9B20

**SPECIAL NEEDS COMMUNICATION FORM**

PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** _1-19-05_

**To:** _Dr Easterling_

**From:** _Hall Easterling_

**Inmate Name:** _Heath, Larry_    **ID#:** _111835_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**
_Blood pressure and pulse Check every Week_
_X 3wks    1-20-05   BP _____ P_
_1-27-05   BP _____ P_
_2-3-05    BP _____ P_

**Date:** _1-19-05_  **MD Signature:** _Dr Daiberge /NP_    **Time:** _750am_

_Larry W. Heath_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: 1/5/05

To: Doc - Easterling

From: HCU - Easterling

Inmate Name: Heath, Larry          ID#: 111835

The following action is recommended for medical reasons:

1. House in ~~_____~~

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Bottom bunk profile x 90 days (1-5-05-
4-5-05)

_____

_____

_____

Date: 1/5/05     MD Signature: Q. Darbouze/NP     Time: 230pm

60418

*10/17/04*
*faxed CF*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

256-236-5431-P
256-241-2241-F

FAX (334) 215-9126
Phone (334) 215-6678

## *Authorization for Release of Information*

To: Dr. Ready
Anniston / Al

From: KCF - Physicals Dept.
P. O. Box 11
Mt. Meigs, Al 36057

Patient: Heath, Larry

Alias: _____

Date of Birth: 1-8-54

Inmate ID No.: 111835

Social Security No: 421 . 70 . 6599

Date(s) of Service: 1994 - 2003

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[ X ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ] Admission       [ ] Discharge        [ ] Operative Summary Reports

[ ] X-Ray      [ ] Special Studies Reports    [ ] HIV Test     [ ] T B Test

[ ] Laboratory Reports       [ ] Immunization History    [ ] Dental Treatment Records

[ ] Psychiatric Summary Report    [ ] Substance Abuse Treatment History & Counseling Reports

[ X ] Other Records   Records of Lupus
                                                (Specify information requested)

_____

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _Larry W. Heath_
       (Patient's Signature)

_Mardy, RN_
       (Witness' Signature)

12-6-04
       (Date)

12-6-04
       (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_
       (Signature and Title for PHS)

12-6-04
       (Date)

60102  (11/02)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/9/04

**To:** DOC

**From:** OPC

**Inmate Name:** Heath, Larry          **ID#:** 111835

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

KOP  TAO X 14d

_____

_____

_____

_____

**Date:** 12/9/04 **MD Signature:** UO J Right Myers CRNP **Time:** _____
Jhaves, jr

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-6-04

**To:** _____

**From:** _____

**Inmate Name:** Heath, Larry          **ID#:** 111835

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:** BP √'s @ 5am Westward x7d

**Date:** 12-6-04 **MD Signature:** JRightmyr NP

**Time:** _____

60418

# RECEIVING SCREENING FORM

INMATE'S NAME: *Heath, Larry*          DATE: *12/3/04* TIME: *9:15 AM*

DOB: *1/18/54*      OFFICER *Freddie Mc Campbell* INSTITUTION: __KILBY__

## RECEIVING OFFICER'S VISUAL OPINION

|  | YES | NO |
|---|---|---|
| Is the inmate conscious? | X | — |
| Does the inmate have any obvious pain or bleeding or other symptoms suggesting the need for doctor's care? | — | X |
| Are there any visible signs of trauma or illness requiring immediate emergency or doctor's care? | — | X |
| Any obvious fever, jaundice, or other evidence of infection which might spread through the institution? | — | X |
| Is the skin in poor condition or show signs of vermin or rashes? | — | X |
| Does the inmate appear to be under the influence of alcohol, or drugs? | — | X |
| Are there any signs of alcohol or drug withdrawal? (Extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | — | X |
| Is the inmate making any verbal threats to staff or other inmates? | — | X |
| Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | — | X |
| Does the inmate have any obvious physical handicaps? | — | X |

## FOR THE OFFICER

Was the new inmate oriented on sick/dental call procedures?

This inmate was    __X__ a. Released for normal processing

_____ b. Referred to health care unit

_____ c. Immediately sent to the health care unit.

*Freddie Mc Campbell*
_____
Officer's Signature

This form will be completed at receiving and will be filed in the inmate's medical jacket to comply with NCCH Standards.

*Easterling*

*Heath, Larry Wayne*  **PSYCHOLOGICAL UPDATE**

Name: _____ AIS#: _____ R/S: _____

Date: __/__/__    Date of Birth: __/__/__    Age: ___

Inmate _____ was last evaluated by ADOC psychology staff member
_____ on __/__/__.

A diagnosis of _____ was made and the inmate was

recommended for participation in _____

_____

_____

_____

The following observations and recommendations are made as a result of the current interview:

I.  **Educational Needs**
   ___a. ABE    ___b. Special Education    ___c. Trade School    ___d. Junior College

II.  **Mental Health Needs**

_____ A. Refer to psychiatrist    _____ E. Sexual adjustment    _____ I. Self-concept enhancement

_____ B. Substance abuse counseling    _____ F. Reality therapy    _____ J. Healthy use of leisure

_____ C. Depression    _____ G. Anger-induced acting out    _____ K. Personal development

_____ D. Stress management    _____ H. Values clarification

        Date referred to psychiatrist    _____/_____/_____

III.  RECOMMENDATIONS/REMARKS: _____

_____

_____

_____

_____

_____

_____

_____

_____

MENTAL HEALTH CODE:    SMI    HARM    HIST    NONE

Evaluation Completed by: _____    Date: _____

N-259 A (2/2001)
*White to Central Records*
*Yellow to Institutional File*
*Pink to Data Entry and forwarding to Medical Record*

RECEIVED DEC 2 2 2004

# ALABAMA DEPARTMENT OF CORRECTIONS
## INMATE ORIENTATION TO MENTAL HEALTH SERVICES

The Alabama Department of Corrections provides the following mental health services:

- Assessment and treatment of mental illness
- Referral to a psychiatrist, if necessary for medication
- On-going psychiatric treatment
- Group and individual counseling
- Assistance in dealing with stressful problems (adjustment to prisons, grief and loss, family problems)
- Crisis intervention
- Residential mental health treatment and hospitalization, if necessary

If you wish to speak with mental health staff about routine matters such as scheduling for group or individual counseling, send in a Health Services Request form.

In emergency situations or if you have concerns that need to be addressed immediately, contact any correctional officer so that you may receive mental health assistance as soon as possible.

Your participation in mental health services is voluntary except in emergency situations or when you have been provided due process through administrative review.

If you believe the mental health services provided to you are inadequate, you may file an inmate grievance.

Information about the mental health services provided to you is confidential except in the situations when mental health staff believe that you may be:

- Suicidal
- Homicidal
- Presenting a clear danger of injury to self or others
- Presenting a reasonable clear risk of escape or creation of institutional disorder
- Receiving Psychotropic medication
- Requiring movement to a special unit or cell for observation and treatment
- Requiring transfer to a psychiatric hospital outside of the prison
- Requiring a new program assignment for mental health reasons

Mental health staff has a legal duty to report to appropriate authorities any unreported suspected abuse or neglect of a child.

Mental health and medical staff will have access your mental health records when completing their duties. The following persons may have access to your mental health records on a need to know basis:

- Warden of the institution or designee
- Internal investigation staff and legal counsel working with the ADOC
- Departmental and accrediting audit staff
- Persons authorized by a court order or judgment

All other persons or agencies require an authorization for release of information signed by you before gaining access to your mental health records.

***This information on this form has been explained to me and I have received a copy of the information for my future reference.***

| | | |
|---|---|---|
| *Larry W. Heath* | 1118 35C | 12 - 3 - 04 |
| Inmate Signature | AIS # | Date Signed |

HEATH, LARRY

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### RECEPTION MENTAL HEALTH SCREENING

Institution: **KILBY**                     Date/Time Inmate Received: _____

Date/Time of Screening: _12-3-04_          Signature /Title of Screener: _Henderson LPN_

## MENTAL HEALTH TREATMENT PRIOR TO ENTERING THE ADOC

- ☐ Yes ☑ No   Psychotropic Medication: _____
- ☐ Yes ☑ No   Medication turned over to a DOC upon arrival?
- ☐ Yes ☑ No   Mental Health follow – up in last 90 days: _____
- ☐ Yes ☑ No   Suicide/self harm attempts in last 90 days: _____

## MENTAL HEALTH HISTORY Does inmate report a history of the following (if yes, provide details):

- ☐ Yes ☑ No   Outpatient treatment: _____
- ☐ Yes ☑ No   Inpatient treatment: _____
- ☐ Yes ☑ No   Psychotropic Medication: _____
- ☐ Yes ☑ No   Suicidal Attempts: _____
- ☐ Yes ☑ No   Suicidal Thoughts: _____
- ☐ Yes ☑ No   Head Injury: _____
- ☐ Yes ☑ No   Seizures: _____
- ☐ Yes ☑ No   Violent Behavior: _Alcohol, Cocaine, X pranks_
- ☑ Yes ☐ No   Substance Abuse: _Alcohol, Cocaine, X pranks_
- ☑ Yes ☐ No   Substance Abuse Treatment: _SAP 9 @ Bullock_
- ☑ Yes ☐ No   Special Education classes: _Oleu_

## INMATE SELF – REPORT OF CURRENT STATUS  _yh 4 "I dont wanna be hae"_

- ☐ Yes ☑ No   First incarceration (reaction): _____
- ☐ Yes ☑ No   Reports family support: _____
- ☐ Yes ☑ No   Reports serious depression/remorse: _____
- ☐ Yes ☑ No   Thinking about suicide: _____
- ☐ Yes ☑ No   Has plan for suicide: _____
- ☐ Yes ☑ No   Possible to implement plan: _____
- ☐ Yes ☑ No   Reports hallucinations: _____

## BEHAVIORAL OBSERVATIONS

- ☐ Poor eye contact
- ☐ Disorientated
- ☐ Crying
- ☐ Illogical speech content
- ☐ Hostile
- ☐ Poor hygiene
- ☐ Overly anxious
- ☐ Memory deficits
- ☐ Appears to be hearing voices of seeing things
- ☐ Other unusual behavior: _____
- ☐ Unable to pay attention
- ☐ Unable to follow directions
- ☐ Signs of self-mutilation
- ☐ Unresponsive
- ☐ Unable to read
- ☐ Afraid
- ☐ Paranoic

## DISPOSITION PLACEMENT RECOMMENDATION (Based on reception mental health screening)

- ☐ Routine housing and mental health follow-up
- ☐ Priority mental health follow-up but not emergency
- ☐ Current Psychotropic meds verified/interim supply ordered
- ☐ Emergency mental health referral
- ☐ Safe cell recommended
- ☐ Parole Violator interim assessment referral

| Inmate Name: _Heath, Larry_ | AIS#: _11835C_ |

I have read the *access to health care* information sheets and have been given a copy.     I understand how to access health care.

Name ___Larry W. Heath___     Date___12-6-04___

AIS#___11835___

Medical Staff ___Mardy, RN___     Date___12-6-04___

4/13/04

Alabama Department of Public Health
TB Division
RSA Tower/201 Monroe Street
Montgomery, ALabama 36130-3017

# TB
## Skin Test Report

County Code **08**     Target Testing ☐     PROJECT **M013**     CHR# **111830**

Last Name **Heath**

First Name **Larry**        MI **W**

Patient Home Address **2114 Doulty Ave.**

City **Anniston**

State **AL**    Zip Code **36201**     Home Phone **256 - 238 - 8311**

SSN: **421 - 70 - 6599**

Date of Birth: **01 - 08 - 1954**

SEX: ⦿ M ☐ F

Test Administered By:
- ☐ TB Staff
- ☐ PH Nurse
- ⦿ Other

Site Test:
- ☐ Health Department
- ⦿ Other

Race:
W ☐   B ⦿   AI ☐   A ☐   AN ☐   H/PI ☐   O ☐

ETHNICITY:
Hispanic or Latino: ☐ YES   ⦿ NO

Reason Tested:
- ☐ Health Care Worker
- ☐ Medical Risk
- ☐ Shelter
- ☐ Student
- ☐ Occupational
- ☐ Foreign Born
- ☐ Homeless
- ⦿ Jail/Prison
- ☐ Not at Risk

Contact to Case/Suspect:
☐ YES   ⦿ NO

Risk Categories:
- ☐ A
- ⦿ B
- ☐ C

## PPD ONE:

Provider#: [ ]    Lot# **00234IP**

Antigen

Date of Test **12 - 03 - 2004**    ⦿ AP   ☐ TU

Provider#: [ ]

Date Read **12 - 06 - 2004**    Result **00** mm   ☐ Not Read

## PPD TWO:

Provider#: [ ]    Lot# [ ]

Antigen

Date of Test [ ] - [ ] - [ ]    ☐ AP   ☐ TU

Provider#: [ ]

Date Read [ ] - [ ] - [ ]    Result [ ] mm   ☐ Not Read

Race codes: W-White; B-Black; AI - American Indian; A-Asian; AN - Alaskan Native; H/PI-Hawaiian/Pacific Islander; O-Other     **ADPH-TB - 26/REV-12-2002**

# INTAKE HEALTH APPRAISAL

NAME: Hen H, Larry
AIS#:
D.O.B.:                R/S

**HEALTH CLASSIFICATIONS:**
(Circle One)

1 – No Restrictions  *(circled)*
2 – Temporary Restrictions
See Special Needs Form
3 – Permanent Restrictions
See Special Needs Form
4 – A&I (Aged & Infirmed)
See Special Needs Form
5 – Not Determined
Recheck.

**PLACEMENT:**

General Population ( )
Emergency Department ( )
Isolation ( )
Medical Observation ( )
Other ( )

**REFERRAL:**

CCC Placement ( )
Clinic(s)
See MD/Mid-Level flow sheet
for clinic(s).
Medical ( )
Dental ( )
Mental Health ( )
Other
When: Immediately ( )  Next Sick Call ( )

**IMMUNIZATIONS ORDERED:**

_____

Medications Ordered: _____

M.D. or Mid-Level Signature _____  Date/Time 11/6/01

| APPRAISAL | | N | Abn/Comment |
|---|---|---|---|
| | General Movement | ✓ | |
| | Deformity | | |
| | Pain, Bleeding | | |
| | Habitus, Hygiene | | |
| Neuro | Mental Status | ✓ | N↓O ×3 |
| | Intox Withdrawal, Tremor | | |
| | Neuro-Deficits | | |
| Skin | Injury, Bruises, Trauma | ✓ | ↑ Tattoo |
| | Jaundice Diaphoretic | | |
| | Rash, Lesions, Infestations | | Ø L J (W) |
| | Needle Marks | | |
| | Color, Turgor | | |
| Head | Normocephalic | ✓ | |
| | Atraumatic | | |
| | Hair, Scalp | | |
| Eyes | Glasses/Vision | ✓ | 20/40 ~ |
| | Pupils | | |
| | Sclera, Conjunctiva | | |
| Ears | Appearance | ✓ | |
| | Canals, TMs, Hearing | | |
| Nose | Epistaxis | ✓ | |
| | Sinuses | | |
| Throat | Teeth, Gums, Dentures | ✓ | |
| | Mouth, Tongue, Tonsils | | |
| | Airway | | |
| Neck | C-Spine, Mobility | ✓ | KRom |
| | Veins, Carotids | | |
| | Thyroid, Lymph Nodes | | |
| Chest | Config, Ausc/Resp | ✓ | CwN |
| | Cough/Sputum | | |
| | Breasts/Masses | | |
| Heart | Ausc Rate, Rhythm | ✓ | RRR~ |
| | Murmurs, Ectopy | | |
| Abdomen | Bowel Sounds | ✓ | (+) BS |
| | Palp, G/R/T, Hernia | | S↓ |
| GU | Flank Tenderness | ✓ | |
| | Bladder Tenderness/Distention | | |
| Back | ROM, Spasm, Injury | ✓ | |
| Extremities | Edema, Pulse | ✓ | |
| Genitals | Injuries/Lesions | ✓ | |
| | Pelvic Pap | ✓ | |
| | Rectal/Guaiac (required @ 45 and up) | ✓ | – Hemollurd |
| | Deferred/follow-up: | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INTAKE HEALTH EVALUATION

NAME: Heath, Larry
AIS #: 111 835
D.O.B.: 1-8-54

Age 50   Sex M   Race B   Height 6'0   Weight 180

Temp: 99.0   B/P: 180/110   Pulse: 88   Resp: 18

** B/P – If greater than 140/90, repeat in 1 hour. Refer to Mid-Level if B/P remains up.

Do you now or have you ever had, or been treated for:    FSBS 104 mg/dl

| Problem | Y | N | Problem | Y | N | Problem | Y | N |
|---|---|---|---|---|---|---|---|---|
| Head Trauma | | ✓ | Gastritis | | | **HIV/AIDS *** | | ✓ |
| Loss of Consciousness | | | Ulcers | | | ***Medications Verified | | |
| Severe Headaches | | ✓ | Bleeding Rectal Last time this AM | | | Hepatitis - Type | | |
| Vertigo/Dizziness | | | Gall Bladder/Pancreas | | | Gonorrhea | | |
| Vision Problems | | | Liver Problems | | | Syphilis | | |
| Hearing Problems | | | Arthritis | | | Lice, Crabs, Scabies | | |
| Seizures | | | Joint Muscle Problem | | | | | |
| Strokes | | | Back/Neck Problem | | | **LMP** | | |
| Nervous Disorders | | | Kidney Stones/Dz | | | Date | | |
| DT's | | | Bladder/Kidney Infection | | | Duration | | |
| Heart Condition | | | Alcoholism | | | Normal | | |
| Angina/Heart Attack | | | Drug Abuse | | | Regularity | | |
| High Blood Pressure | | | Psychiatric History | | | Gravida/Para | | |
| Anemia/Blood Disorder | | | Suicidal Thoughts** | | | AB/Miscarriage | | |
| Sickle Cell or Trait | | | **Immediate M.H. Referral | | | Contraception | | |
| Lung Condition | | | **T.B.** | | | Type: | | |
| Asthma * | | | PPD - date given: 12-3-04 | | | | | |
| *Peak Flow Reading | | | RFA/LFA | | | **Lab Tests - Dates** | N | Ab |
| Bronchitis | | | Date read: 12-6-04 | | | Diagnostic Profile II | | |
| Emphysema | | | Results: 0mm | | | RPR | | |
| Pneumonia | | | **Visual Acuity** | | | Urine Dip Stick | | |
| Diabetes | | | OD         OS | | | | | |
| Hay Fever/Allergies | | | OU 20/20 | | | **EKG (@ age 35)** | | |

Immunization History: Td >10 yrs

Immunizations Needed: Td 0.5cc RD Lot# Td-199 exp. 4-29-06   [signature] RN pt

***HIV Medications: _____

Acute or Chronic Problem Noted:   Y   N   Refer to Mid-Level or M.D. if yes.

[signature] RN or Mid-Level, Signature          12/6/04   Date/Time

60511-AL

Dr. [illegible] 1994



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# INTAKE SCREENING

| Date: 12/03/04 | | AIS#: 111835 |
|---|---|---|

| Last Name: Heath | First: Larry | Middle: Wayne |
|---|---|---|
| Birthplace: Calhoun Ct | DOB: 1/18/54 | SS#: 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 |

| **FEMALES:** ~~Pregnancy test:~~ ~~(circle one)~~ Positive Negative | B/P 170/110 FSBS 110 | Temp. 98.7 (Alert > 200, repeat within 48 hours. Above 300 call M.D.) | Pulse 84 | Resp. 20 | Weight 180 |
|---|---|---|---|---|---|

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
2001 Calhoun Ct

Previous Incarcerations (Date & Facility)
2001 - C.W.R.

| Medications: ☐None ☑YES Motrin | Special Diet (Prescribed) N/A | |
|---|---|---|
| Allergies: ☐NKA PCN | Past Positive TB Skin Test (circle one)   YES - (Complete TB Screening Form) (NO) | |

ANY INMATE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN AND URGENTLY IN NEED OF MEDICAL
ATTENTION SHOULD BE IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

1) Level of Consciousness: (✓) Alert    ( ) Oriented; time, place, person
   ( ) Lethargic ( ) Stuporous ( ) Comatose
   Describe:

2) General Appearance    (✓) Normal ( ) Abnormal

3) Signs of Trauma    ( ) Yes    (✓) No

4a) Behavior/Conduct: (✓) Calm    (✓) Cooperative    (✓) Non-Violent
   ( ) Agitated    ( ) Uncooperative    ( ) Violent
   ( ) Manipulative    ( ) Disorganized
   Describe:

4c) Perceptions:    ( ) Delusional    ( ) Hallucinations    ( ) Hearing Voices

3) Substance Abuse:    (✓) Yes    ( ) No    ( ) Suspected
   ( ) Current intoxication/Abuse    ( ) Use ( ) Withdrawal Symptoms
   (✓) Drugs ( ) Alcohol
   Describe- What kind? Amount/Frequency?
   Cocaine Wine & Beer
   • If confirmed Benzo use, then call M.D. If can not be confirmed, call M.D.
   Last Use: (Time/Date): 15 months Ago

4b) Affect/Mood: (✓) Normal ( ) Manic    ( ) Depressed
   ( ) Euphoria    ( ) Flat    ( ) Emotionally Confused
   Describe:

| 5a) Is there h/o actual suicide attempt?    ( ) Yes ( ) No | 5b) Does pt describe current suicidal thoughts or ideations? ( ) Yes (✓) No |
|---|---|
| 5c) Is there evidence | 5d) High risk pt may become assaultive towards staff? ( ) Yes    ( ) No |

If ANY of the above in #5 are circled, staff MUST describe here, include previous
history and dates:

**\*Any abnormal observations #4 or 5 require immediate Mental Health
Referral.**

Triggers for Suicide Watch
- Currently Suicidal
- History of <u>actual</u> attempt
- Fails to maintain control on
  Close Watch    Y or (N)

Triggers for Close Watch
- Emotionally distraught and <u>unable</u>
  to regain composure by end of
  intake process
- Actively hallucinating or not
  making any sense    Y or (N)

| 6a) Communication Difficulties    ( ) Yes (✓) No | 6b) Memory Defects    ( ) Yes (✓) No |
|---|---|
| 6c) Hearing Impairment    ( ) Yes (✓) No | 6d) Speech Difficulties    ( ) Yes (✓) No |

7) Physical Aids: (✓) None    ( ) Glasses    ( ) Contacts    ( ) Hearing Aid    ( ) Dentures    ( ) Cane    ( ) Crutches
   ( ) Walker    ( ) Wheelchair    ( ) Braces    ( ) Artificial Limb    ( ) Other

8) Additional comments, complaints, symptoms:    None ☐

S)

0)    Fever    Y    N    Swollen Glands    Y    N    Signs of Infection    Y    N    Skin Intact    Y    N

A)

P)

If known Diabetic * Call M.D. for order _____.    Initial Insulin given: _____

I have answered all questions truthfully. I have been told and shown how to obtain medical services. I hereby give my consent for
health services to be provided to me by and through PRISON HEALTH SERVICES.

_Larry W. Heath_    12/3/04          _Susan Williams_
Inmate's Signature/Date                Health Provider Signature/Date

60412-AL



PHS
PRISON HEALTH SERVICES, INC.

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

Mary Noone — Sister
**Name** **Relationship**

2116 Oakmount Ave — 256-238 8311
**Street Address** **Phone Number**

Aniston — Al — 36201
**City** **State** **Zip Code**

Larry W. Heath — 111835 — 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 — 12-3-04
**Inmate Signature** **AIS#** **SS#** **Date**

Katie Bailey — 12/3/04
**Witness** **Date**

| INMATE NAME (LAST, FIRST, MIDDLE) | AIS# | D.O.B. | RACE/SEX | FACILITY |
|---|---|---|---|---|
| Heath, Larry | 111835 | 1/18/54 | B/M | KCF |

**PRISON HEALTH SERVICES, INC.**

# YEARLY HEALTH EVALUATION

**I.      HISTORY – (LPN or RN)**                    YES        NO        COMMENT(S)

Weight Change (greater 15 lbs.)          ✓  ____        gained 16 lbs.
  (Compare Weight Below)                                        Last weight at least 6 months ago
Persistent Cough                         ____    ✓     _____
Chest Pain                               ____    ✓     _____
Blood in Urine or Stool                  ____    ✓     _____
Difficult Urination                      ____    ✓     _____
Other Illnesses (Details)                ✓  ____        HTN GERD
Smoke, Dip or Chew                       ✓  ____        3 Pk wk, 3 can wk, 6 bags wk.
ALLERGIES                                ✓  ____        PCN

Weight _196_ Temp _98.4_ Pulse _64_ Resp _16_ Blood Pressure _120/80_
                                                    **If greater than > 140/90, repeat in 1hour.**
Eye Exam _20/20_ OD _20/20_ OS _24/20_ OU        **Refer to M.D. if remains > 140/90.**

**II.     TESTING – (LPN or RN)**                    RESULTS  BS 75

  ✗ Tuberculin Skin Test (q yr)          Date given _12/10/05_ Site _Lt FA_
                                         Read on _12/12/05_ Results _—0—_ mm
  Past Positive TB Skin Test   →         **Survey Completed**
  (Chest x-ray if clinical symptoms)     Date _____ Results _____
  RPR  (q 3 yrs)                         Date _12/10/04_ Results _NR_
  EKG (baseline at 35, over 45 q 3 yrs)  _12/04_
  Cholesterol (at 35 then q 5 yrs)       _12/8/04_
  Tetanus/Diptheria  (q 10 yrs)          Last Given _12/6/04_ Due _____
      (if done today)                    Site given ____ Dose ____ Lot # ____
  ✗ Optometry Exam (@ 50 if not already seen)  referral done
  Mammogram                              Date _____ Results _____
      (females @ 40, q 2 yrs/other M.D. order)

**III.    PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

  Heart                                  RRR
  Lungs                                  Clear
  Breast Exam                            no discharge        normal  12/15/05
  ✗ Rectal (yearly after 45)  m.D. appt  Results _____    normal
      with Hemoccult                     Results _____    urine
  Pelvic and PAP (q 1 yr)                Date _____ Results _____

Facility _Easterlin_ Nurse Signature _L. Ewing (A)_ Date _12/10/05_

M.D. or Mid-Level Signature _____  Date _12/18/05_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Heath, Larry | 111835 | 1/10/54 | B/m |

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: _10/17/05_    Time: _1120A_    Facility: _Easterling_

Check all applicable CIC's being evaluated: _Card_HTN __DM_GI__ID__PUL__SZ__TB _Lupus_

**SUBJECTIVE:** 51 BM to CCC brew c/o oricel today c Hx Lupus x12 sss

**OBJECTIVE:** BP 110/60 HR 80 RR 18 Temp 97.8 Wt 178 Peak Flow____
NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

A&O x3 NAD ① clear ② SoB c small macula
HEENT wnl ② red rash to face c small macula
Ca free rash noted to neck region
lung ctn
Abd soft NT ② organ megg noted
Ext ①cc hand wnl bil Skin w/d intact

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | (F) | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | (S) | W |

**PLAN:** Cont current med tx plan as directed
f/u c md on scheduled appt times
Compliance to Rx

**F/U:** Routine 90 days: ____ Other ____    Problem List Updated: (Yes)   No

report any major s/s to nurse have to Hcu as ns
① RTC for Bettr PL cnt _Jay Crane_
BP cntrl                    **Physician/NP/PA**

_Heath Larry_
**NAME**

_rn_                    _B_                    _111835_
**GENDER**          **RACE**                **AIS#**

                                        _1/18/54_
                                        **DOB**

(Revised 5/18/05)