# PRISON HEALTH SERVICES

## Nurse's Chronic Care Clinic

Date: 10/17/05   Time: 11²⁰ am   Facility: Easterling

Check all applicable CICs being evaluated: __Card (HTN) __DM__GI__ID__PUL__SZ__TB

**Vital Signs:** BP 110/60 P 80 R 18 T 97.8

**SUBJECTIVE:**

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: __Dates:_____
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ____Dates:_____
For seizure patients, list the # of witnessed seizures since the last CIC visits: ____Dates:_____

ALLERGIES: PCN                                    CURRENT DIET: Reg —
MEDICATIONS: See below
DESCRIBE MED AND DIET ADHERANCE: Yes
DESCRIBE ANY MED SIDE EFFECTS: Yes
VACCINES: Flu____Pneumovax ____ Hep A ____ Hep B _____
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month._____
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c____ on_____: CD4 & HIV-RNA ___/___ on_____:
Peak Flow___: LFTs____on _____; Serum Drug Levels __ on _____; EKG 12/04; CXR 10/05

Medications:
Calan 240mg ÷ po qd           CMP 14 - 8/05
Lasix 40mg ÷ po qd            CBC - 8/05
Prednisone 5mg q̄d
Catapres 0.2mg Bid

                                   ℞ 10/10/05

Patient Educated on:
Pt. education material given

Inmate Signature X Jerry W. Heath
Nurses Signature and Title SBushWN

Heath Larry
              **NAME**                                    1 1835
                                                          **AIS**
    M                    B                                1/18/54
**GENDER**            **RACE**                            **DOB**

(Revised 05/18/05)



**PATIENT INFORMATION** COPY FOR YOUR PATIENT

FROM THE OFFICE OF DR.

# Ten tips to help you control your high blood pressure

**1** Make sure your blood pressure is under 140/90 mm Hg. If your systolic pressure (the top number) is over 140, ask your doctor what you can do to lower it.

**2** Take your high blood pressure medicine, if prescribed, every day. If you have questions, talk to your doctor.

**3** Aim for a healthy weight. If you are over-weight or obese, carrying this extra weight increases your risk of high blood pressure. One way to determine if you need to lose weight is to find out your body mass index (BMI). If your BMI is above the healthy range (25 or greater), or if your waist measurement is greater than 35 inches (women) or 40 inches (men), you proba-bly have excess abdominal weight and may ben-efit from weight loss—especially if you have other risk factors. Talk to your doctor to see if you are at increased risk for high blood pressure and need to lose weight.

**4** Increase your physical activity to least 30 minutes of moderate activity, such as walk-ing, most days of the week. You can do 30 min-utes in three 10-minute segments.

**5** Choose foods low in salt and sodium. Most Americans should consume no more than 2.4 g (2,400 mg) of sodium a day. That equals about one level teaspoon of table salt a day. For someone with high blood pressure, the doctor may advise less.

**6** Read nutrition labels. Almost all packaged foods contain sodium. Every time you pre-pare or eat a packaged food, know how much sodium is in one serving.

**7** Keep a sodium diary. You may be surprised at how much sodium you consume each day, and the diary will help you decide which foods to decrease or eliminate.

**8** Use spices and herbs instead of salt to sea-son food.

**9** Eat more fruits, vegetables, grains, and low-fat dairy foods. Check out the DASH diet plan for delicious, heart-healthy recipes and menu ideas.

**10** If you consume alcohol, consume moder-ate amounts. For men, this is less than two 12-oz servings of beer, two 5-oz glasses of wine, or two 1/2-oz servings of hard alcohol a day. Women or lighter-weight people should have no more than a single serving of any one of these beverages a day.

ADAPTED FROM THE NATIONAL HEART, BLOOD, AND LUNG INSTITUTE

CLEVELAND CLINIC JOURNAL OF MEDICINE

This information is provided by your physician and the Cleveland Clinic Journal of Medicine. It is not designed to replace a physician's medical assessment and judgment.
This page may be reproduced noncommercially to share with patients. Any other reproduction is subject to Cleveland Clinic Journal of Medicine approval. Bulk color reprints available by calling 216-444-2661.

For patient information on hundreds of health topics, see the Patient Education and Health Information web site, www.clevelandclinic.org/health



# What You A    To Know About
# Hypertension

❖ It usually doesn't matter what *causes* hypertension (high blood pressure). The important thing is to take some simple steps to keep your blood pressure under control. These steps can reduce your risk of heart disease—and help you live a healthier life.

## What do the numbers mean in a blood pressure reading?
If you have hypertension, your blood pressure is likely to be 140/90 or higher, which is read as 140 over 90. (The average blood pressure for a healthy adult is about 120/80.) The first number is called the systolic pressure. This number represents the amount of pressure in your arteries when blood is pumped into them each time your heart beats. The second number—the diastolic pressure—shows the amount of pressure in your arteries when your heart rests between beats.

## What causes high blood pressure?
When the specific cause of high blood pressure is unknown, a person is said to have primary hypertension. Occasionally, hypertension is related to another condition—a disorder of the kidneys or the central nervous system, for example. This is called secondary hypertension. But regardless of the cause, it's important to get high blood pressure under control.

## What happens if hypertension isn't controlled?
Uncontrolled hypertension can lead to heart disease, which can result in a heart attack or heart failure. Hypertension can also lead to a stroke or kidney failure.

## What can be done to lower high blood pressure?
Many of the steps that will help control your hypertension are also good ideas for improving your overall health. Here's how to keep your blood pressure down.
Quit smoking—in addition to reducing other health risks, quitting will make you much less likely to have a stroke, even if you have hypertension.
Trim down if you're overweight. Extra pounds put an extra burden on your heart.
Eat a healthy diet—avoid salty foods. There's a clear relationship between high salt intake and hypertension.
Reduce your alcohol consumption—alcohol increases pressure in your arteries.
Choose an exercise program that you can stick to—and stick to it! It might be something as simple as walking 20 minutes a day.
Take your medication exactly as it's prescribed. Don't miss any doses—even if you're feeling just great. If you think your medication dose should be changed for any reason, be sure to consult your doctor.



Avoid salty foods.



Exercise regularly and stop smoking.



Take your medicine exactly as prescribed.

Adapted from Postgraduate Medicine. © 1991. McGraw-Hill Inc.
Remember: You are unique. Always consult your physician when you have questions about controlling your high blood pressure. This information is

**Postgraduate Medicine**

## Patient Notes:

# Following a low-salt diet



*Choose fresh foods over processed foods, which are often high in sodium.*

Illustration: © 2004, Terry Sirrell

For recipe ideas and more information on following a low-salt diet:

American Dietetic Association
120 S Riverside Plaza, Suite 2000
Chicago, IL 60606-6995
800-877-1600
http://www.eatright.org

American Heart Association
7272 Greenville Ave
Dallas, TX 75231
800-242-8721
http://www.americanheart.org

❖ If you have high blood pressure, your doctor may recommend that you cut down on salt. A diet that is low in salt (sodium) can help lower blood pressure, which helps reduce the chances of heart disease, kidney disease, and stroke.

## How much salt should I have each day?

The average person in the United States consumes 2,500 to 5,000 milligrams of sodium a day, but an adult needs only 500 to 1,000 milligrams. Everyone needs some sodium, because it helps regulate fluid balance and muscle movement. Try to keep your sodium intake under 1,500 milligrams a day unless your doctor recommends a different limit.

## What foods should I avoid?

Read the Nutrition Facts label on processed foods (for example, spaghetti sauce), which are generally loaded with salt. Baking soda and some seasonings (for example, monosodium glutamate [MSG], a flavor enhancer often used in Chinese cooking) and condiments (for example, ketchup and soy sauce) are big sodium culprits. Fast foods, salted snack foods, canned broth, and pickled or cured foods, such as dill pickles and ham, are usually very salty. Even bottled water can be high in sodium.

## What foods can I eat?

Opt for fresh foods over canned ones. When buying packaged foods, look for those labeled "sodium free," "reduced sodium," or "low sodium." If you do buy canned vegetables, rinse them before cooking.

## How can I make food flavorful without salt?

If you gradually reduce the amount of salt you use, your taste buds will adjust, and over time, foods will taste good without so much salt. Seasonings such as cracked red pepper and herbs add flavor without the salt.

Ask your doctor if you can use a salt substitute. These products are usually high in potassium, so people with kidney disease or certain other medical problems may not be able to use them.

Using a cookbook of low-salt recipes can help you learn how to make a variety of flavorful foods without the extra salt.

*This information is not a substitute for medical treatment. Photocopying for patients is encouraged, but all other uses require written permission. To access our Library of Patient Notes on the Web, go to www.postgradmed.com.*

American Heart
Association.

_Learn and Live._

American Stroke
Association.
A Division of
American Heart Association

For heart or stroke-related
information, call 1-800-
AHA-USA1 (1-800-242-
8721) or contact your
nearest American Heart
Association office. To learn
more about the operations
of the American Heart
Association, visit
www.americanheart.org.

For stroke information,
call our American Stroke
Association at
1-888-4-STROKE
(1-888-478-7653) or visit
StrokeAssociation.org.

Support Network.
for the Stroke Family

Your contributions will
support research and
educational programs
that help reduce disability
and death from America's
No. 1 and No. 3 killers.

National Center
7272 Greenville Avenue
Dallas, Texas 75231-4596

80-1497A 1/04

## Heart Attack Warning Signs

Some heart attacks are sudden and intense, but most of
them start slowly, with mild pain or discomfort. Here are
some of the signs that can mean a heart attack is
happening.

* **Chest discomfort.** Most heart attacks involve
  discomfort in the center of the chest that lasts more
  than a few minutes, or that goes away and comes
  back. It can feel like uncomfortable pressure,
  squeezing, fullness or pain.

* **Discomfort in other areas of the upper body.**
  Symptoms can include pain or discomfort in one
  or both arms, the back, neck, jaw or stomach.

* **Shortness of breath.** This feeling often comes along
  with chest discomfort. But it can occur before the
  chest discomfort.

* **Other signs.** These may include breaking out in a
  cold sweat, nausea or lightheadedness.

If you or someone you're with has chest discomfort,
especially with one or more of the other signs, don't
wait longer than five minutes before calling for help.
Call 9-1-1... Get to a hospital right away. (Calling
9-1-1 is almost always the fastest way to get lifesaving
treatment.)

If you're the one having symptoms, and you can't access
emergency medical services (EMS), have someone drive
you to the hospital right away. Don't drive yourself
unless you have absolutely no other option.

## Stroke Warning Signs

* Sudden numbness or weakness of the face, arm or
  leg, especially on one side of the body.

* Sudden confusion, trouble speaking or understanding.

* Sudden trouble seeing in one or both eyes.

* Sudden trouble walking, dizziness, loss of balance
  or coordination.

* Sudden, severe headache with no known cause.

Not all of these warning signs occur in every stroke.
If some start to occur, don't wait. Get help immediately.
Stroke is a medical emergency — call 9-1-1.

©2001, 2003, American Heart Association.

| | |
|---|---|
| Identify at least three t factors associated h hypertension. | Risk factors for hypertension include family history, age, race, smoking, and stress.<br>—Patients with a family history of high blood pressure are more likely to develop it than others.<br>—Blood pressure normally increases as one gets older.<br>—High blood pressure is found more often in blacks than in people of other races.<br>—Smoking may cause blood vessel constriction, thereby increasing blood pressure.<br>—Stress may increase blood pressure.<br>with normal blood pressure.<br>—Hypertension is a risk factor for cardiovascular disease. (In the United States cardiovascular disease is the leading cause of death.)<br>—Hypertension can damage the kidneys, eyes, blood vessels, and heart, increasing the risk of kidney failure, blindness, stroke, or heart attack. |
| ' Discuss the goals of hypertensive therapy. | Goals of hypertensive therapy include the following:<br>—Lowering blood pressure to a safe level (below 140/90)<br>—Keeping blood pressure under control<br>—Decreasing or preventing complications, such as damage to the kidneys, eyes, blood vessels, and heart. |
| Identify the components of the treatment regimen for hypertension. | Components of a hypertension treatment regimen requiring lifelong compliance include the following:<br>—Dietary modifications<br>—Medications<br>—Stress management<br>—Regular exercise<br>—Blood pressure self-measurement<br>—Regular medical follow-up. |
| _ Discuss the dietary measures to control hypertension. | Dietary measures include the following:<br>—Salt intake should be reduced. Too much salt (Na) makes the body retain fluid, increasing the pressure within blood vessels. Instructions for a reduced salt (low-sodium) diet are as follows:<br>  • Do not add salt to food at the table or while cooking.<br>  • Avoid foods with a high sodium content. (The nutritionist can provide a list.)<br>  • Do not use salt substitutes unless the physician approves.<br>  • Read food labels and avoid foods preserved with sodium.<br>—Weight should be reduced, if ordered by the physician. Obesity may increase blood pressure. Steps to follow in adhering to a weight-control diet include the following:<br>  • Modify food choices and quantities as necessary to maintain a reduced calorie intake.<br>  • Modify eating behavior to help stick to the diet. |



EASTERLING CORR FACILITY

C A N T E E N   S A L E S   R E C E I P T

HEATH, LARRY WAYNE        111835   B/M   8/17/2005  12:14AM  TRANS NR  92859

| LI | ITEM NBR | ISSUE QTY | DESCRIPTION | UI | UNIT COST | EXTENDED COST |
|----|----------|-----------|-------------|----|-----------|--------------|
| 1  | 139 | 10 | PEPPERMINT STICKS | EA | $.10 | $1.00 |
| 2  | 152 | 2 | BUTTER COOKIES | EA | $.43 | $.86 |
| 3  | 153 | 2 | CHOCOLATE CHIP COOKI | EA | $.43 | .$.86 |
| 4  | 154 | 2 | LEMON COOKIES | EA | $.43 | $.86 |
| 5  | 156 | 2 | PEANUT BUTTER COOKIE | EA | $.43 | $.86 |
| 6  | 173 | 4 | CORN CHIPS | EA | $.40 | $1.60 |
| 7  | 174 | 2 | CHEESE CURLS | EA | $.41 | $.82 |
| 8  | 189 | 5 | SALTINE CRKER | EA | $.21 | $1.05 |
| 9  | 211 | 6 | CHICKEN SOUP | EA | $.47 | $2.82 |
| 10 | 230 | 2 | CHICK. VIENNA (POUCH | EA | $1.39 | $2.78 |
| 11 | 231 | 3 | LIGHT TUNA | EA | $1.21 | $3.63 |
| 12 | 333 | 1 | TASTERS CHOICE INST | EA | $3.05 | $3.05 |
| 13 | 802 | 1 | LEGAL PADS 50 SH | EA | $.98 | $.98 |

**** LAST ITEM ****                    ===========



TOTAL PURCHASES     $21.17

OLD PMOD BALANCE    99.98   TOTAL PURCHASE  21.17   NEW PMOD BALANCE    78.81

TOTAL APPLIED TO WEEKLY LIMIT   20.19    POSTED BY: PAM DAVIS


I CERTIFY THAT I RECEIVED ALL ITEMS AND QUANTITIES LISTED ABOVE.

_Larry Heath_                    8-22-05
SIGNATURE                        DATE        BED NBR: 10B060



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### BLOOD PRESSURE RECORD

INSTRUCTIONS: _BP ✓_

PHYSICIAN: _Darbouze_

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| 05/05 | 126/86 | 04, Lt | RT eh |
| | | | |

| Date | B.P. | Arm | Initial |
|------|------|-----|---------|
| | | | |

NAME: _Heath, Cary_   LOCATION: _East._

# PRISON HEALTH SERVICES

## Physician's Chronic Care Clinic

Date: __7/18/05__ Time: __1400__ Facility: __ECF__

Check all applicable CIC's being evaluated: __Card(HTN)__DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** S / BM/n ca chew chronial toolz

**OBJECTIVE:** BP _144/93_ HR _70_ RR _20_ Temp _98⁵_ Wt _140#_ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
~~Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,~~
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

nuro US) nrok3 ⊖ N/V
HEENT wNL
C R R2R ⊖ m ⊖ gvD ⊖ Bruts
Lung Cto
Abd Soft NT
Ext ⊖ ECC

BMP - 4/05
Meds - Chem 7 4/05 12/04
LFT wNL
EC ASA 325mg qd
Tenormin 50mg Bid
Maxzide 37.5/25mg qd
Prednisone 10mg qd

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit. Degree of Control: G=Good, F=Fair, P=Poor
Status: I=Improved, S=Stable, W=Worsened

| DM | | | HTN/CARD | | | SZ | | | PUL | | | ID | | | GI | | | OTHER | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | | Degree of Control | | |
| G | F | P | G | (F) | P | G | F | P | G | F | P | G | F | P | G | F | P | G | F | P |
| Status | | | Status | | | Status | | | Status | | | Status | | | Status | | | Status | | |
| I | S | W | I | (S) | W | I | S | W | I | S | W | I | S | W | I | S | W | I | S | W |

**PLAN:** ① Catapres N 0.2 mg po B10 cont med H plan
as directd
BPv QOD x 1 week
② TCC h Better BP/lipid control

**F/U:** Routine 90 days: _____ Other _____ Problem List Updated: (Yes)  No

_____
**Physician/NP/PA**

_Heath  Larry_
NAME

_A M_
GENDER

_B_
RACE

_111835_
AIS#

_1/18/54_
DOB

(Revised 2/28/05)

**PRISON HEALTH SERVICES**

Name: _Heath, Larry_
Inmate #: _118735_
DOB: _1/18/54_  Race: _B_  Gender _M_

### Physician's Chronic Care Clinic

Date: _4/12/05_  Time: _1035_  Facility: _ECF_

Check all applicable CICs being evaluated: ✓Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** 51 DM Ph CCC onew C/o today ↑BP today denier HA SOB
Ⓝ chest pain today States just took med this AM when BP

**OBJECTIVE:** BP _174/100_ HR _94_ RR _16_ Temp _98.6_ Wt _149_ Peak Flow____

NOTE: PE findings for CIC patients should be disease-specific and focused on prevention of end-organ
Complications: DM-eye ground, skin, cardiopulmonary, extremities; HTN/Card-eye grounds,
Cardiopulmonary, abdomen, extremities,; ID-all systems; PUL-HEENT,
Cardiopulmonary, A/P ratio; SZ-HEENT, neurological; GI-abdomen.

BP p ASA
130/100

NAD USS AAOx3
HEENT wnl Eom: Perrla
CV NSR ⊖M ⊖JVD ⊖Bruits
Lungs CTA
ABD c/o loose stool x 1 month c reported irritated
anal area
Ext ⊖ ECC
Neuro intact

Meds D 4/8/05
Mar reviewed

**ASSESSMENT:** Circle the appropriate Degree of Control and Status for each clinic monitored during today's
Visit.  Degree of Control: G=Good, F=Fair, P=Poor
Status:  I=Improved, S=Stable, W=Worsened

| DM | HTN/CARD | SZ | PUL | ID | GI | OTHER |
|---|---|---|---|---|---|---|
| Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control | Degree of Control |
| G  F  P | G  F  (P) | G  F  P | G  F  P | G  F  P | G  F  P | G  F  P |
| Status | Status | Status | Status | Status | Status | Status |
| I  S  W | I  (S)  W | I  S  W | I  S  W | I  S  W | I  S  W | I  S  W |

**PLAN:** Cont Meds c Compliance
Cont to monitor BP As ordred
↓SAH ↑ Exercise

**F/U:** Routine 90 days: _✓_

Other_____

_Kayl CWP_ **MD**
**Physician**

**Problem List updated:** Yes  No

(Revised 2/28/05)

**PRISON HEALTH SERVICES**

Name: _Heath, Larry_
Inamte #: _111935_
DOB: _011854_    Race: _B_    Gender _M_

### Nurse's Chronic Care Clinic

Date: _040805_    Time: _10⁴⁴ Am_    Facility: _East._

Check all applicable CICs being evaluated: ✓Card/HTN __DM__GI__ID__PUL__SZ__TB

**SUBJECTIVE:** "_Ou_" 160/90, 60, 14, 97.0 Wt. 200

For diabetic patients, list the # of hypoglycemic reactions since the last CIC visit: ___ Dates: ___
See attached for monofilament check.
For asthma patients, list the # of asthma attack visits since the last CIC visit: ___ Dates: ___
For seizure patients, list the # of witnessed seizures since the last CIC visits: ___ Dates: ___

ALLERGIES: _PCN_        CURRENT DIET: _Reg_
DESCRIBE MED AND DIET ADHERANCE: _non compliant_
DESCRIBE ANY MED SIDE EFFECTS: _None_
VACCINES: Flu ___ Pneumovax ___ Hep A ___ Hep B ___
For asthma pts, list the number of short-acting inhaler canisters refilled in the past month. ___
**(*This should equate to one inhaler per month.)**

Lab/Diagnostic test(s) w/ date(s): HbA1c ___ on ___ : CD4 & HIV-RNA ___/___ on ___ ;
Peak Flow ___ LFTs ___ on ___ ; Serum Drug Levels ___ on ___ ; EKG _12/04_ ; CXR _12/04_

MEDICATIONS:
ECASA 325mg PO QD
Maxide 37.5mg/25mg PO QD
Tenormin 50mg PO Bio

BP referred to MD

DP II 12/04
Chol 163
Tri - 103
LDL - 97
K+ 3.7
Creatinine 1.0

Bx: 160/90 ↓ no-pain to
21~ ↓ Hct↑ that Hx later
12~ in MD AJ

Patient Educated on: _exercise, lifestyle changes_

Inmate Signature _Larry W. Heath_

Nurses Signature and Title _Plead_

(01/31/05



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS
## NURSE'S
# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES | PCN |
|---|---|---|---|---|
| DATE/TIME 0/18/04 1255 pm | | | | |
| O: VS 98 P 78 R 16 WT 183 | | | HX a treadmill? Y (N) | |
| BP 140/80    IF BP > 140/90 REFER TO MD/NP/PA | | | Date: | |
| Do you smoke? | (Y) | N | HX bypass surgery: Y (N) | |
| Use salt? | (Y) | N | Date: | |
| Family History of CVHTN? | (Y) | N | | |
| Obese? | Y | (N) | | |
| Stress? | (Y) | N | | |
| Blurred vision | Y | (N) | | |
| Headache | Y | (N) | | |
| Fatigue | (Y) | N | | |
| Muscle weakness | (Y) | N | | |
| Polyuria  *all night* | (Y) | N | | |
| Epistaxis | Y | (N) | P: LABS REVIEWED | |
| S.O.B. | Y | (N) | Labs ordered | |
| Compliant with meds | (Y) | N | Last CMP-14  12/04 | |
| KOP | | N | Last EKG  12/04 | |
| Counseled on risk factors | (Y) | N | Chol 163 | |
| Describe: *Lifestyle Changes* | | | LDL 97 | |
| | | | Tri 103 | |
| Labs/EKG WNL    NA | (Y) | N | K+ 3.7 / Creatinine 1.0 | |
| CXR if over 50 | | | | |
| Education Done | (Y) | N | CURRENT MEDICATIONS: | |
| Topic: *0 Soup + Popcorn* | | | Calan SR 240 PO | |
| Recently admitted to hospital/infirmary | Y | N | Vasotec 10g PO BID | |
| Notes: *lupus + Vasotec* | | | | |

Status: (circle)
IMPROVED UNCHANGED WORSENED

Level of Control: (circle)
GOOD  FAIR  POOR

CCC WITH NURSE (circle)
1, 2, (3) Months

CCC WITH MD (circle)
1, 2, (3), 4, 5, 6 Months

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Heath, Gary | 111835 | 57 | B/m | |

| Control | Good----BP < 140/90 | Status: | Improved---BP< previous visit |
|---|---|---|---|
| | Fair-----BP 140-160/90/100 | | Unchanged—BP unchanged |
| | Poor----BP > 160/100 | | Worsened---BP increased, |

60520-AL



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
# NURSE'S
# CV/HTN CHRONIC CARE CLINIC

| S: CHRONIC CARE CLINIC | | | ALLERGIES |
|---|---|---|---|
| **DATE/TIME** 12-23-04  11 ᵃᶜ | | | PCN |
| O: VS T 97.8  P 84  R 10  WT 183.5 | | | HX a treadmill?    Y   (N) |
| BP 170/102    **IF BP > 140/90 REFER TO MD/NP/PA** | | | Date: |
| Do you smoke? | Y | (N) | HX bypass surgery:   Y   (N) |
| Use salt? | Y | (N) | Date: |
| Family History of CVHTN? | (Y) | N | |
| Obese? | Y | (N) | |
| Stress? | (Y) | N | |
| Blurred vision   Occ. | (Y) | N | |
| Headache | (Y) | N | |
| Fatigue | (Y) | N | |
| Muscle weakness   Occ. | (Y) | N | |
| Polyuria | (Y) | N | |
| Epistaxis | Y | (N) | P: LABS REVIEWED |
| S.O.B. | (Y) | N | Labs ordered |
| Compliant with meds | (Y) | N | Last CMP-14  12-8-04 |
| KOP | Y | (N) | Last EKG  12-12-04 |
| Counseled on risk factors | (Y) | N | |
| Describe: Age, Race, Gender, | | | |
| lifestyle, Family hx | | | |
| Labs/EKG WNL          NA | (Y) | N | |
| CXR if over 50 | | | |
| Education Done | (Y) | N | |
| Topic: lifestyle Change | | | |
| Recently admitted to hospital/infirmary | Y | (N) | **CURRENT MEDICATIONS:** |
| **Notes:** | | | Verapamil 240mg qd |
| | | | Vasotec 10mg qd |
| | | | ASA EC 325 mg |
| | | | |
| | | | |
| | | | **Status:** (circle) |
| | | | IMPROVED UNCHANGED WORSENED |
| | | | **Level of Control:** (circle) |
| | | | GOOD   FAIR   POOR |
| | | | **CCC WITH NURSE** (circle) |
| | | | 1, 2, 3 Months |
| | | | **CCC WITH MD** (circle) |
| | | | 1, 2, 3, 4, 5, 6 Months |

| **INMATE NAME** | **NUMBER** | **AGE** | **RACE/SEX** | **SIGNATURE:** |
|---|---|---|---|---|
| Heath, Larry | 111835 | 50 | Bm | O. Griffin Rn |
| Control   Good---BP < 140/90 | | | Status:   Improved---BP< previous visit | |
| Fair-----BP 140-160/90/100 | | | Unchanged—BP unchanged | |
| Poor----BP > 160/100 | | | Worsened----BP increased, | |

60520-AL



# DEPARTMENT OF CORRECTIONS
## PHYSICIAN'S
# CVHTN CHRONIC CARE CLINIC

| | |
|---|---|
| **S:** CHRONIC CARE CLINIC | **ALLERGIES** |
| 12/6/07    1100 | Pt~ |
| **DATE /TIME** | |
| **O: VS** T 99°  P 88   R 18 | |
| BP 180/110  WT 180 | |
| REVIEW OF NURSES CCC RECORD | |
| YES   (NO) | |
| Carotid Bruits    Y  (N)    RT  LT | |
| Gallops    Y  (N) | |
| Murmurs    Y  (N) | |
| Describe | |
| Fundoscopic Exam: | **P: LABS** Ordered |
| Scheduled | WNL    Y    N |
| Peripheral pulses: | |
| 2+ | Fasting Chem profile yrly |
| | (UA) yrly |
| | (CXR) q 2 yr if > 50 y/o |
| | (EKG) q yr if > 50 y/o |
| **TREATMENT GOALS:** | **ORDERS:** |
| BP < 140/90 | |
| | |
| | |
| **NOTES:** | **MEDICATION:** |
| | Verapmil |
| New Arrival | Vasotc |
| | ASA |
| | |
| | |
| | |
| | |
| | **STATUS:** (circle) ✓M |
| | IMPROVED, UNCHANGED, WORSENED. |
| | **CONTROL LEVEL:** (circle) |
| | (GOOD), FAIR, POOR |
| | **CCC WITH NURSE** (circle) |
| | EVERY 1, 2,(3)MONTHS. |
| | **CCC WITH MD** (circle) |
| | EVERY 1, 2, 3, 4, 5,(6)MONTHS. |
| EDUCATION DONE  (YES)  NO   TOPIC  Med, | **SIGNATURE:** |

| INMATE NAME | NUMBER | AGE | RACE/SEX | SIGNATURE: |
|---|---|---|---|---|
| Heath Larry | 111832 | 50 | B/M | AR, RN |

Control    Good-- BP < 140/90
               Fair-----BP 140-160/90/100
               Poor----BP > 160/100

Status:    Improved---BP < previous visit
               Unchanged---BP unchanged
               Worsened----BP increased,

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME Heath, Larry                AIS# 111835

Medication Allergies: PCN, Motrin—error

Medical: Chronic (Long-Term) Problems
　　　　Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
　　　　Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| 12-6-04 | PPD – 0mm | | | |
| | ↳ Input error | | | |
| | HTN | | | |
| 1/06/05 | r/o Mixed Connective Tissue Disease (MCTD) | | | |
| | SLE | | | |
| | r/o Osteoarthritis | | | A |
| | Non-compliant with Rx | | | |
| | Varicella | | | |
| | GERD | | | |
| | 11/22/05 Hep. B Vacc. #1 Lot# AHBVB004BA EXP. 01/20/2006 | 12/22/05 Hep. B Vacc. #2 Lot# AHBVB004BA EXP. 01/20/2006 | | |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling Correctional Facility_

_Larry Heath_

**Inmate Name**

_B/111835_

**AIS Number**

_Larry Heath_

**Inmate Signature**

_12-22-05_

**Date**

**Dose Given** _20 mcg. (1 ml.) / 2nd dose_

**Site Given** _(R) deltoid_

**Administered by** _UM Payne RN_

**Lot Number and Expiration Date** _AHBVB0043A_
_Exp. 1/20/06_

# Hepatitis B Vaccine Consent Form

**FACILITY NAME** _Easterling_

_Larry W. Heath_
**Inmate Name**

_B/111835 DOB 1/18/54_
**AIS Number**

_Larry W. Heath_
**Inmate Signature**

_11-22-05_
**Date**

**Dose Given** _1 ml._

**Site Given** _(L) deltoid_

**Administered by** _SBushLPN_

**Lot Number and Expiration Date**_ Lot# AHBVB004BA
EXP. 01/20/2006

11/21/2005



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** Heath, Larry                BCDC#: 111835

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

Larry Heath
Patient's Signature                           Date 1\11\06

Dentist's Signature                           Date 1\11\06



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR ORAL SURGERY

Patient Name: Heath, Larry                BCDC#: 111835

1.     I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lip, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2.     I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3.     I have had the opportunity to ask questions which have been answered to my satisfaction.

4.     I understand there is no guarantee of success or permanence of the treatment.

5.     I authorize the disposal of any tissues which, in the course of treatment, may be removed.

**Specific Treatment**

| Tooth Number (s) | Procedure (s) | Date |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

X _Larry Heath_ \
Patient's Signature

_1/11/06_ \
Date

_(Dentist's signature)_ \
Dentist's Signature

_1/11/06_ \
Date

PHS MD-70092



**PRISON HEALTH SERVICES INCORPORATED**

## PATIENT CONSENT AND AUTHORIZATION FOR ORAL SURGERY

Patient Name: _Heath, Larry_     BCDC#: _111835_

1.    I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lip, tongue, skin, gums, cheek or teeth.  Some complications may require further treatment and or surgery.

2.    I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3.    I have had the opportunity to ask questions which have been answered to my satisfaction.

4.    I understand there is no guarantee of success or permanence of the treatment.

5.    I authorize the disposal of any tissues which, in the course of treatment, may be removed.


**Specific Treatment**

| Tooth Number (s) | Procedure (s) | Date |
|---|---|---|
| 16 | Ext | 11-22-05 |
| | | |
| | | |
| | | |
| | | |

_Larry Heath_                                    _11/22/05_
Patient's Signature                            Date

_[signature]_                                    _11/22/05_
Dentist's Signature                            Date

PHS MD-70092



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Heath,    Larry_     BCDC#: _11835_

1.   I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.   I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.   I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.   I have had the opportunity to ask questions which have been answered to my satisfaction.

5.   I understand there is no guarantee of success or permanence of the treatment.


_Larry Heath_                    _11/22/05_
Patient's Signature                    Date


_(signature)_                    _11/22/05_
Dentist's Signature                    Date


PHS MD-70090



**PRISON
HEALTH
SERVICES
INCORPORATED**

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |
|      |         |           |           |          |       |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
|                   |       |        |     |     |        |

PHS-MD-70022

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|



| Date of Initial Examination 12-6-04 | Initial Classification |
|---|---|

Oral Pathology .......................... Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms ..................... Periapical _____
Bitewing _____
Other _____

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☑ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☑ | ☐ | High Blood Pressure |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease |
| ☐ | ☑ | HIV | ☐ | ☑ | Other Disease |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 11-22-05 | 16 | PERIO | Allergic RCN, Dentes Heart murmurs + | | |
| | | | carotid bruit (1:100,000 epi used in block) | | |
| | | | + palatal infiltration/Simple forceps ext. (ord) | | |
| | | | ref gingiv, no fillings | | |
| 12-08-05 | | | Annual exam | TM RDN | |
| 1-16-06 | | | c/o bad taste in my mouth + my gums bleeding | | |
| | | | Gross scale completed | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Heath, Larry | 111835 | 1/18/54 | BM | KCF |

PHS-MD-70015

27Dec 2005 11:22 FROM:LABCORP LCLS F6    TO:13347750905    LABCORP    PAGE 001
To: CONNIE MCDANIEL                     Easterling Corr. Facility

| Specimen # | Typ | Primary Lab | Report Status | | | **LabCorp** |
|---|---|---|---|---|---|---|
| 308-397-0122-0 | R | MB | Final | PG 1 | 03   01 | |
| TIME 0330 | | | | | 12/27/2005   11:20ET | |

**DOB:** 01/18/54  
**FASTING** Y

Physician ID: DARBOUZE    Patient ID: 111835    TVOL 0000

| Patient Name | | Sex | Age (Yr/Mo) |
|---|---|---|---|
| 000-000-0000 | | M | 051.09 |
| **HEATH**    ,LARRY | | | |

EASTERLING CORR. FACILITY     01488855  
PRISON HEALTH SERVICES        01  
200 WALLACE DR.               01  
CLIO          ,AL  
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 11/04/05 | 11/04/05 | 11/05/05 | INQY |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 83 | | mg/dL | 65 – 99 | MB |
| Uric Acid, Serum | 7.2 | | mg/dL | 2.4 – 8.2 | MB |
| BUN | 9 | | mg/dL | 5 – 25 | MB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 – 1.5 | MB |
| BUN/Creatinine Ratio | 9 | | | 8 – 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 – 143 | MB |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 – 5.5 | MB |
| Chloride, Serum | 104 | | mmol/L | 96 – 109 | MB |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 – 10.5 | MB |
| Phosphorus, Serum | 4.0 | | mg/dL | 2.5 – 4.5 | MB |
| Protein, Total, Serum | 8.1 | | g/dL | 6.0 – 8.5 | MB |
| Albumin, Serum | 4.0 | | g/dL | 3.5 – 5.5 | MB |
| Globulin, Total | 4.1 | | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.0 L | | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 – 1.2 | MB |
| Alkaline Phosphatase, Serum | 96 | | IU/L | 25 – 150 | MB |
| LDH | 167 | | IU/L | 100 – 250 | MB |
| AST (SGOT) | 24 | | IU/L | 0 – 40 | MB |
| ALT (SGPT) | 23 | | IU/L | 0 – 55 | MB |
| GGT | 24 | | IU/L | 0 – 65 | MB |
| Iron, Serum | 96 | | ug/dL | 40 – 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 149 | | mg/dL | 100 – 199 | MB |
| Triglycerides | 94 | | mg/dL | 0 – 149 | MB |
| HDL Cholesterol | 38 L | | mg/dL | 40 – 59 | MB |
| VLDL Cholesterol Cal | 19 | | mg/dL | 5 – 40 | |
| LDL Cholesterol Calc | 92 | | mg/dL | 0 – 99 | |
| T. Chol/HDL Ratio | 3.9 | | ratio units | 0.0 – 5.0 | |
| Estimated CHD Risk | 0.7 | | times avg. | 0.0 – 1.0 | |

T. Chol/HDL Ratio

| | Man | Women |
|---|---|---|
| 1/2 Avg.Risk | 3.4 | 3.3 |
| Avg.Risk | 5.0 | 4.4 |
| 2X Avg.Risk | 9.6 | 7.1 |
| 3X Avg.Risk | 23.4 | 11.0 |

The CHD Risk is based on the T. Chol/HDL ratio. Other factors affect CHD Risk such as hypertension, smoking,

This document contains private and confidential health information protected by state and federal laws. If you have received this document in error, please call REPORT PHONE

© 2003 Laboratory Corporation of America ® Holdings  
All Rights Reserved

HEATH     ,LARRY  
REPORT 111835  
12/28/2005

*Easterling*

| -397-0122-0 | R | MB | Final | PG 2 | 03   01 | **LabCorp** |

|  | DOB: 01/18/54 | | 12/27/2005  11:20ET | |
| Patient Name: HEATH    LARRY | FASTING  Y | Sex: M  Age: 051.09 | DARBOUZE | 111835 | TVOL 0000 |

EASTERLING CORR. FACILITY        01488855
PRISON HEALTH SERVICES            01
200 WALLACE DR.                   01
CLIO            ,AL
334-397-4471    ALN

| Date Collected | Date Entered | Date Reported |
| 11/04/05 | 11/04/05 | 11/05/05 | INQY |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| diabetes, severe obesity, and family history of premature CHD. | | | | | |
| Thyroid | | | | | MB |
| TSH | | | | | MB |
| Thyroxine (T4) | 2.502 | | uIU/mL | 0.350 - 5.500 | MB |
| T3 Uptake | 9.6 | | ug/dL | 4.5 - 12.0 | MB |
| Free Thyroxine Index | 27 | | % | 24 - 39 | MB |
|  | 2.6 | | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell(WBC)ccunt | | | | | MB |
| Red Blood Cell (RBC) Count | 3.9 | L | x10E3/uL | 4.0 - 10.5 | MB |
| Hemoglobin | 4.71 | | x10E6/uL | 4.1 - 5.6 | MB |
| Hematocrit | 13.8 | | g/dL | 12.5 - 17.0 | MB |
| MCV | 39.6 | | % | 36.0 - 50.0 | MB |
| MCH | 84 | | fL | 80 - 98 | MB |
| MCHC | 29.3 | | pg | 27.0 - 34.0 | MB |
| RDW | 34.8 | | g/dL | 32.0 - 36.0 | MB |
| Platelets | 11.7 | | % | 11.7 - 15.0 | MB |
| Neutrophils | 169 | | x10E3/uL | 140 - 415 | MB |
| Lymphs | 52 | | % | 40 - 74 | MB |
| Monocytes | 33 | | % | 14 - 45 | MB |
| Eos | 11 | | % | 4 - 13 | MB |
| Basos | 4 | | % | 0 - 7 | MB |
| Neutrophils (Absolute) | 0 | | % | 0 - 3 | MB |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 1.8 - 7.8 | MB |
| Monocytes(Absolute) | 1.3 | | x10E3/uL | 0.7 - 4.5 | MB |
| Eos (Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | MB |
| Baso (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Creatine Kinase,Total,Serum | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
|  | 58 | | U/L | 24 - 204 | MB |

-------------------------------------------------
LAB: MB LabCorp Birmingham        DIRECTOR: John        N Elgin        MD
     1801 First Avenue South Birmingham, AL 35233-0000
-------------------------------------------------
For inquires, the physician may contact: Branch: REPORT PHONE Lab: 205-581-3500
                    Last Page of Report

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call  REPORT PHONE

HEATH        ,LARRY

REPORT
111835

© 2003 Laboratory Corporation of America ® Holdings
12/28/2005    All Rights Reserved

308-397-0122-0  9*  MB7-  That  Pg  2
Coll Time 03:30                          DOB: 01/18/54  Fasting:        1.21

CD- 51652348562

HEATH, LARRY                    Sex    09/17/09

Client Address

| Date Entered | Date Reported | Date Reported | |
|---|---|---|---|
| 10/04/05 | 11/05/05 | 11/05/05 | 5593 |

LabCorp®

Physician ID  DARBOUZE        Patient ID  111835
              Easterling Corr. Facility   01488855
PRISON Health Services
200 Wallace Dr.                          01
Clio AL  36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| T3 Uptake | 27 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.6 | | | 1.2 - 4.9 | MB |
| | | | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell(WBC)Count | 3.9 | Low | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.71 | | x10E6/uL | 4.10 - 5.60 | MB |
| Hemoglobin | 13.8 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 39.6 | | % | 36.0 - 50.0 | MB |
| MCV | 84 | | fL | 80 - 98 | MB |
| MCH | 29.3 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.8 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 11.7 | | % | 11.7 - 15.0 | MB |
| Platelets | 169 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 52 | | % | 40 - 74 | MB |
| Lymphs | 33 | | % | 14 - 46 | MB |
| Monocytes | 11 | | % | 4 - 13 | MB |
| Eos | 4 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.0 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.3 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes(Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| | | | | | |
| Creatine Kinase,Total,Serum | | | | | |
| Creatine Kinase,Total,Serum | 58 | | U/L | 24 - 204 | MB |

Lab: MB LabCorp Birmingham            Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    LAST PAGE OF REPORT

                                                     11/7/05

                        FINAL

HEATH, LARRY              111835        308-397-0122-0 Seq# 5593 11-05-05

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

27 Dec 2005 11:22 FROM:LABCOR    LS F6      TO:13347750905      LAL   2      PAGE 001
To: CONNIE MCDANIEL                                    Easterling Corr. Facility

| | | | |
|---|---|---|---|
| 308-397-0122-0 | R | MB Final | PG 1 | 03 01 |

**LabCorp**

TIME 0330

DOB: 01/18/54      12/27/2005  11:20ET
FASTING  Y

Physician ID: DARBOUZE      Patient ID: 111835      TVOL 0000

Patient Name: HEATH ,LARRY      000-000-0000      Sex: M      Age (Y/M/o): 051.09

Date Collected: 11/04/05      Date Entered: 11/04/05      Date Reported: 11/05/05      INQY

EASTERLING CORR. FACILITY      01488855
PRISON HEALTH SERVICES      01
200 WALLACE DR.      01
CLIO      ,AL
334-397-4471      ALN

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP12+LP+TP+TSH+6AC+CBC/D/Plt | | | | | |
| Chemistries | | | | | MB |
| Glucose, Serum | 83 | | mg/dL | 65 - 99 | MB |
| Uric Acid, Serum | 7.2 | | mg/dL | 2.4 - 8.2 | MB |
| BUN | 9 | | mg/dL | 5 - 25 | MB |
| Creatinine, Serum | 1.0 | | mg/dL | 0.5 - 1.5 | MB |
| BUN/Creatinine Ratio | 9 | | | 8 - 27 | |
| Sodium, Serum | 139 | | mmol/L | 135 - 145 | MB |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 104 | | mmol/L | 96 - 109 | MB |
| Calcium, Serum | 9.8 | | mg/dL | 8.5 - 10.5 | MB |
| Phosphorus, Serum | 4.0 | | mg/dL | 2.5 - 4.5 | MB |
| Protein, Total, Serum | 8.1 | | g/dL | 6.0 - 8.5 | MB |
| Albumin, Serum | 4.0 | | g/dL | 3.5 - 5.5 | MB |
| Globulin, Total | 4.1 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | L | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 - 1.2 | MB |
| Alkaline Phosphatase, Serum | 96 | | IU/L | 25 - 150 | MB |
| LDH | 167 | | IU/L | 100 - 250 | MB |
| AST (SGOT) | 24 | | IU/L | 0 - 40 | MB |
| ALT (SGPT) | 23 | | IU/L | 0 - 55 | MB |
| GGT | 24 | | IU/L | 0 - 65 | MB |
| Iron, Serum | 96 | | ug/dL | 40 - 155 | MB |
| | | | | | MB |
| Lipids | | | | | MB |
| Cholesterol, Total | 149 | | mg/dL | 100 - 199 | MB |
| Triglycerides | 94 | | mg/dL | 0 - 149 | MB |
| HDL Cholesterol | 38 | L | mg/dL | 40 - 59 | MB |
| VLDL Cholesterol Cal | 19 | | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 92 | | mg/dL | 0 - 99 | |
| T. Chol/HDL Ratio | 3.9 | | ratio units | 0.0 - 5.0 | |
| Estimated CHD Risk | 0.7 | | times avg. | 0.0 - 1.0 | |

T. Chol/HDL Ratio
              Men   Women
1/2 Avg.Risk  3.4    3.3
    Avg.Risk  5.0    4.4
2X Avg.Risk   9.6    7.1
3X Avg.Risk  23.4   11.0

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,

This document contains private and confidential health information protected by state and federal law.  If you have received this document in error, please call      REPORT PHONE

HEATH       ,LARRY      REPORT      © 2003 Laboratory Corporation of America ® Holdings
111835      12/28/2005      All Rights Reserved

| 308-397-0122-0 | R | MB | Final   PG 2 | 03   01 | | **LabCorp** |
|---|---|---|---|---|---|---|

TIME 0330

DOB: 01/18/54      12/27/2005   11:20ET
FASTING  Y

| Patient Name | 000-000-0000 | Age | TVOL |
|---|---|---|---|
| **HEATH** , **LARRY** | M | 051.09 | 0000 |

DARBOUZE   111835

EASTERLING CORR. FACILITY       01488855
PRISON HEALTH SERVICES          01
200 WALLACE DR.                 01
CLIO             .AL
334-397-4471     ALN

| Date Collected | Date Entered | Date Reported |
|---|---|---|
| 11/04/05 | 11/04/05 | 11/05/05 |

INQY

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| diabetes, severe obesity, and family history of premature CHD. | | | | | |
| Thyroid | | | | | MB |
| TSH | 2.502 | | uIU/mL | 0.350 - 5.500 | MB |
| Thyroxine (T4) | 9.6 | | ug/dL | 4.5 - 12.0 | MB |
| T3 Uptake | 27 | | % | 24 - 39 | MB |
| Free Thyroxine Index | 2.6 | | | 1.2 - 4.9 | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 3.9 | L | x10E3/uL | 4.0 - 10.5 | MB |
| Red Blood Cell (RBC) Count | 4.71 | | x10E6/uL | 4.1 - 5.5 | MB |
| Hemoglobin | 13.8 | | g/dL | 12.5 - 17.0 | MB |
| Hematocrit | 39.6 | | % | 36.0 - 50.0 | MB |
| MCV | 84 | | fL | 80 - 98 | MB |
| MCH | 29.3 | | pg | 27.0 - 34.0 | MB |
| MCHC | 34.8 | | g/dL | 32.0 - 36.0 | MB |
| RDW | 11.7 | | % | 11.7 - 15.0 | MB |
| Platelets | 169 | | x10E3/uL | 140 - 415 | MB |
| Neutrophils | 52 | | % | 40 - 74 | MB |
| Lymphs | 33 | | % | 14 - 45 | MB |
| Monocytes | 11 | | % | 4 - 13 | MB |
| Eos | 4 | | % | 0 - 7 | MB |
| Basos | 0 | | % | 0 - 3 | MB |
| Neutrophils (Absolute) | 2.0 | | x10E3/uL | 1.8 - 7.8 | MB |
| Lymphs (Absolute) | 1.3 | | x10E3/uL | 0.7 - 4.5 | MB |
| Monocytes (Absolute) | 0.4 | | x10E3/uL | 0.1 - 1.0 | MB |
| Eos (Absolute) | 0.2 | | x10E3/uL | 0.0 - 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | MB |
| Creatine Kinase,Total,Serum | 58 | | U/L | 24 - 204 | MB |

------------------------------------------------------------------
LAB: MB LabCorp Birmingham        DIRECTOR: John    N Elgin      MD
     1801 First Avenue South Birmingham, AL  35233-0000
------------------------------------------------------------------
For inquires, the physician may contact: Branch: REPORT PHONE Lab: 205-581-3500
                    Last Page of Report

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call   REPORT PHONE

HEATH      , LARRY            REPORT
                             111835        ©2003 Laboratory Corporation of America® Holdings
                             12/28/2005    All Rights Reserved

ALABAMA DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Easterling

Name: Heath, Larry

State ID No: 111835

DOB 1/18/54

Race: B     Sex: M

Apr a 28-05

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Darbouze | 9/27/05 | 9am | X | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | | | | |
|---|---|---|---|---|---|---|
| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| X CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE | | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

Heath

### REPORT.

Chest: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 10-03-05 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

10/4/05

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME, EXAM PERFORMED

9-30-05

**LabCorp**

| Specimen # | Type | Print | Report Status | | | |
|---|---|---|---|---|---|---|
| 217-397-0100-0 | S | MB | Final | Pg | | |

Coll. Time 08:48
Additional Information

DOB: 01/10/54  Fasting: N

Clinical Information

CO- 51647782832

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 111835 |

Account: Easterling Corr. Facility    014080SS

| Patient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| HEATH, LARRY | M | 051/06 |

Patient Address

Prison Health Services
200 Wallace Dr.    01
Clio AL  36017-0010
334-397-4471
PROV:

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 08/05/05 | 08/05/05 | 08/08/05 | 4991 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| 1147CC/B7PIC | | | | | MB |
| Chemistries | | | | | MB |
| Glucose, Serum | 72 | | mg/dL | 65 – 99 | MB |
| BUN | 11 | | mg/dL | 5 – 26 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 – 1.5 | MB |
| BUN/Creatinine Ratio | 10 | | | 8 – 27 | |
| Sodium, Serum | 138 | | mmol/L | 135 – 148 | |
| Potassium, Serum | 4.1 | | mmol/L | 3.5 – 5.5 | |
| Chloride, Serum | 100 | | mmol/L | 96 – 109 | |
| Carbon Dioxide, Total | 20 | | mmol/L | 20 – 32 | |
| Calcium, Serum | 9.9 | | mg/dL | 8.5 – 10.6 | |
| Protein, Total, Serum | 8.1 | | g/dL | 6.0 – 8.5 | MB |
| Albumin, Serum | 4.0 | | g/dL | 3.5 – 5.5 | MB |
| Globulin, Total | 4.1 | | g/dL | 1.5 – 4.5 | |
| A/G Ratio | 1.0 | Low | | 1.1 – 2.5 | |
| Bilirubin, Total | 0.4 | | mg/dL | 0.1 – 1.2 | MB |
| Alkaline Phosphatase, Serum | 80 | | IU/L | 25 – 150 | MB |
| AST (SGOT) | 33 | | IU/L | 0 – 40 | MB |
| ALT (SGPT) | 31 | | IU/L | 0 – 55 | MB |
| | | **Please note reference interval change** | | | MB |
| CBC, Platelet Ct, and Diff | | | | | MB |
| White Blood Cell (WBC) Count | 5.2 | | x10E3/uL | 4.0 – 10.5 | MB |
| Red Blood Cell (RBC) Count | 5.40 | | x10E6/uL | 4.10 – 5.60 | MB |
| Hemoglobin | 15.5 | | g/dL | 12.5 – 17.0 | MB |
| Hematocrit | 44.7 | | % | 36.0 – 50.0 | MB |
| MCV | 83 | | fL | 80 – 98 | MB |
| MCH | 28.7 | | pg | 27.0 – 34.0 | MB |
| MCHC | 34.7 | | g/dL | 32.0 – 36.0 | MB |
| RDW | 15.6 | High | % | 11.7 – 15.0 | MB |
| Platelets | 207 | | x10E3/uL | 140 – 415 | MB |
| Neutrophils | 50 | | % | 40 – 74 | MB |
| Lymphs | 37 | | % | 14 – 46 | MB |
| Monocytes | 11 | | % | 4 – 13 | MB |
| Eos | 2 | | % | 0 – 7 | MB |
| Basos | 0 | | % | 0 – 3 | MB |
| Neutrophils (Absolute) | 2.6 | | x10E3/uL | 1.8 – 7.8 | MB |
| Lymphs (Absolute) | 1.9 | | x10E3/uL | 0.7 – 4.5 | MB |
| Monocytes (Absolute) | 0.6 | | x10E3/uL | 0.1 – 1.0 | MB |
| Eos (Absolute) | 0.1 | | x10E3/uL | 0.0 – 0.4 | MB |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 – 0.2 | MB |
| Uric A+ANA+RA Qn+CRP+ASO | | | | | |
| Uric Acid, Serum | 6.6 | | mg/dL | 2.4 – 8.2 | MB |
| Antistreptolysin O Antibodies | 27.3 | | IU/mL | 0.0 – 200.0 | MB |
| C-Reactive Protein, Quant | 0.7 | | mg/L | 0.0 – 9.1 | MB |

FINAL

REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

HEATH, LARRY        111835        217-397-0100-0 Seq# 4991 08-08-05 16:27ET

**LabCorp®** 1.21

| Specimen # | Type | Prnt# | Report Status | |
|---|---|---|---|---|
| 217-397-0100-0 | S | MB | Final Pg 2 | |

Coll. Time 08:40    Additional Information

CD- 51647782832

| Client Name | Sex | Age (Yr/Mos) |
|---|---|---|
| HEATH, LARRY | M | 051/06 |

Client Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 08/05/05 | 08/05/05 | 08/08/05 | 4991 |

Clinical Information    DOB: 01/18/54    Fasting: N

| Physician ID | Patient ID |
|---|---|
| DARBOUZE | 111835 |

Account Easterling Corr. Facility 01488855
Prison Health Services
200 Wallace Dr.                              01
Clio AL 36017-0010
334-397-4471
PROV:

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| RA Latex Turbid. | 7.2 | | IU/mL | 0.0 - 13.9 | MB |
| Antinuclear Antibodies Direct | 750 | High | U/mL | 0 - 99 | MB |
| | | | | Negative    <100 | |
| | | | | Equivocal 100 - 120 | |
| | | | | Positive    >120 | |
| Sedimentation Rate-Westergren | | | | | |
| Sedimentation Rate-Westergren | 9 | | mm/hr | 0 - 20 | MB |

-------------------------------------------------------------------

Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
For inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500

-------------------------------------------------------------------

LAST PAGE OF REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

HEATH, LARRY          111835          217-397-0100-0 Seq# 4991 08-08-05 16:27ET

**LabCorp**® 1.00

| Specimen # | Type | Primary L: | Report Status | | |
|---|---|---|---|---|---|
| .15-397-0141-0 | S | MB | Final | Pg 1 | |

Time 09:00    Additional Information

Clinical Information DOB: 01/18/54

| Physician ID | Patient ID | |
|---|---|---|
| DARBOUZE | 111835 | |

Account Easterling Corr. Facility    01488855
Prison Health Services
200 Wallace Dr.                      01
Clio AL  36017-0010
334-397-4471
PROV:

CD- 51640748146

| ient Name | Sex | Age (Yr/Mos) |
|---|---|---|
| HEATH, LARRY | M | 051/03 |

ient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 04/25/05 | 04/25/05 | 04/26/05 | 4161 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MP without BUN/Cr | | | | | |
| Glucose, Serum | 85 | | mg/dL | 65 - 99 | MB |
| BUN | 11 | | mg/dL | 5 - 26 | MB |
| Creatinine, Serum | 1.1 | | mg/dL | 0.5 - 1.5 | MB |
| Sodium, Serum | 138 | | mmol/L | 135 - 148 | MB |
| Potassium, Serum | 3.8 | | mmol/L | 3.5 - 5.5 | MB |
| Chloride, Serum | 102 | | mmol/L | 96 - 109 | MB |
| Carbon Dioxide, Total | 25 | | mmol/L | 20 - 32 | MB |

---------------------------------------------------------------
Lab: MB LabCorp Birmingham          Director: John Elgin, MD
     1801 First Avenue South, Birmingham, AL 35233
or inquires, the physician may contact: Branch: 334-792-0902 Lab: 205-581-3500
---------------------------------------------------------------

LAST PAGE OF REPORT

FINAL REPORT

©2004 Laboratory Corporation of America® Holdings
All Rights Reserved

**LabCorp**
Laboratory Corporation of America

## Laboratory Corporation of America

| SPECIMEN 342-205-5201-0 | TYPE S | PRIMARY LAB MB | REPORT STATUS COMPLETE | Page #: | 2 |
|---|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|

PHY-15                  FASTING: N
12/6                    DOB: 1/18/1954

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| HEATH,LARRY | M | 50 / 10 |

PT. ADD.:

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/07/2004 | 12:36 | 12/07/2004 | 12/08/2004 | 7:28 | 663 |

| CLINICAL INFORMATION |
|---|
| CD- 41139311367 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 111835 |
|---|---|

ACCOUNT:  Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs        AL   36507-0000
ACCOUNT NUMBER:   01306900

| TEST | RESULT | LIMITS | LAB |
|---|---|---|---|

The CHD Risk is based on the T. Chol/HDL ratio.  Other
factors affect CHD Risk such as hypertension, smoking,
diabetes, severe obesity, and family history of pre-
mature CHD.

Prostate-Specific Ag, Serum
   Prostate-Specific Ag, Serum      0.3    ng/mL          0.0 - 4.0     MB
   Beckman (formerly Hybritech) ICMA methodology

LAB: MB LabCorp Birmingham                     DIRECTOR: Arthur Kelly G MD
1801 First Avenue South, Birmingham,  AL 35233-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

M-24
SD-28

## DEPARTMENT OF CORRECTIONS

### TREATMENT REQUEST AND RECORD

| Date of Request | Requested By | Patient Status | Rx. Ordered |
|---|---|---|---|
| 12-6-04 | PE | ☐ IP   ☐ OP | |

| Clinical Diagnosis | | Date of Onset |
|---|---|---|
| EKG | | Date of Surgery |

| AREA OF TREATMENT (CIRCLE) | PROGRESS NOTES: |
|---|---|

### RECORD OF TREATMENT

| MONTH | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Patient's Last Name | First | Middle | Age | R/S | ID |
|---|---|---|---|---|---|
| Heath, Larry | | | 50 | B/m | |

Pat. Name: *MILBS*
HEATH, LAREY
Age: 50

HR: 74 BPM

Axis:

SINUS RHYTHM
RIGHT BUNDLE BRANCH BLOCK

UNCONFIRMED REPORT

Intervals:
RR 815 ms
P 128 ms
PR 156 ms
QRS 138 ms
QT 452 ms
QTc 502 ms

P: 66 °
QRS: 36 °
T: -18 °

P (II): 0.15 mV
S (V1): -0.31 mV
S (V1): 1.92 mV
R (V5): 2.24 mV
Sokol.: 2.24 mV

5.20

10 mm/mV

12 mm/mV

25 mm/s    0.05-35 Hz  F50    Su 12 DEC 04 11:56:17    AT 12 C 13.25

Leads: I, II, III, aVR, aVL, aVF, V1, V2, V3, V4, V5, V6



Prison Health Services, Inc.

*foped*
*12-8-04*

# LABORATORY
# NON-FORMULARY REQUEST FORM

Provider: To expedite the processing of this form, ALL sections must be completed and legible.

| Site Name & Number | Patient Name: | | | Date |
| --- | --- | --- | --- | --- |
| KCF - 840 | Heath, Larry | | | 12.08.04 |
| Site Phone # | Last | First | M.I. | (mm/dd/yy) |
| 334.215.6691 | Inmate Number | | | Date |
| Site Fax # | 111835 | | | 01.08.54 DOB |
| 334.215.6698 | Sex | | | (mm/dd/yy) |
| | ☒ Male    ☐ Female | | | PHS Custody Date |
| | | | | 12.03.04 (mm/dd/yy) |

| Requested Non-Formulary Test | Requested Non-Formulary Test |
| --- | --- |
| Code #: 010322 | Code #: |
| Description: PSA | Description: |
| Diagnosis: | Diagnosis: |
| What is your justification for this non-formulary test? | What is your justification for this non-formulary test? |
| Protocol | |
| ☐ Approved    ☐ More Information Needed | ☐ Approved    ☐ More Information Needed |
| ☐ Alternative Test Code & Description | ☐ Alternative Test Code & Description |

Practitioner Information:

Name Robbins Michael     Signature *[signature]*
  Last              First

Daytime Phone 334.215.6691     Pager Number (_____) _____

It is the requesting practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in ordering caused by an incomplete/illegible non-formulary request is the responsibility of the requesting practitioner.

Regional Medical Director Signature _____ Date ___/___/___ (mm/dd/yy)

*Laboratory Non-Formulary Request Form*

```
            ********************
            ***   TX REPORT   ***
            ********************

TRANSMISSION OK

JOB NO.             2953
DESTINATION ADDRESS 3343958156
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME            12/08 13:23
USAGE T             02'03
PGS.                  10
RESULT              OK
```


LabCorp
Laboratory Corporation of America

# Laboratory Corporation of America

| SPECIMEN 341-684-3235-0 | TYPE S | PRIMARY LAB YX | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

| ADDITIONAL INFORMATION |
|---|
| NPY-15                FASTING: N<br>                        DOB: 1/18/1954 |

| CLINICAL INFORMATION |
|---|
| CD- 41139311243 |

| PHYSICIAN ID. ROBBINS M | PATIENT ID. 111835 |
|---|---|

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| **HEATH,LARRY** | M | 50 / 10 |

**PT. ADD.:**

**ACCOUNT:** Kilby Correctional Facility
Prison Health Services
12201 Wares Ferry Road
Mt. Meigs        AL   36507-0000
**ACCOUNT NUMBER:** 01306900

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 12/06/2004 | 6:00 | 12/06/2004 | 12/06/2004 | 20:05 | 561 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CBC With Differential/Platelet | | | | |
| White Blood Cell (WBC) Count | 4.9 | x10E3/uL | 4.0 - 10.5 | YX |
| Red Blood Cell (RBC) Count | 5.39 | x10E6/uL | 4.10 - 5.60 | YX |
| Hemoglobin | 14.7 | g/dL | 12.5 - 17.0 | YX |
| Hematocrit | 44.1 | % | 36.0 - 50.0 | YX |
| MCV | 82 | fL | 80 - 98 | YX |
| MCH | 27.3 | pg | 27.0 - 34.0 | YX |
| MCHC | 33.3 | g/dL | 32.0 - 36.0 | YX |
| RDW | 13.3 | % | 11.7 - 15.0 | YX |
| Platelets | 151 | x10E3/uL | 140 - 415 | YX |
| Neutrophils | 51 | % | 40 - 74 | YX |
| Lymphs | 34 | % | 14 - 46 | YX |
| Monocytes | 11 | % | 4 - 13 | YX |
| Eos | 3 | % | 0 - 7 | YX |
| Basos | 1 | % | 0 - 3 | YX |
| Neutrophils (Absolute) | 2.5 | x10E3/uL | 1.8 - 7.8 | YX |
| Lymphs (Absolute) | 1.7 | x10E3/uL | 0.7 - 4.5 | YX |
| Monocytes(Absolute) | 0.5 | x10E3/uL | 0.1 - 1.0 | YX |
| Eos (Absolute) | 0.1 | x10E3/uL | 0.0 - 0.4 | YX |
| Baso (Absolute) | 0.0 | x10E3/uL | 0.0 - 0.2 | YX |

LAB: YX LabCorp Montgomery Hull          DIRECTOR: Alton Sturtevant B PhD
543 Hull Street, Montgomery,  AL 36104-0000

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

KILBY CORRECTIONAL FACILITY
PO BOX 11
MT. MEIGS, AL 36057

PATIENT NAME
*Heath, Larry*

PRISON ID
*111835*

DATE SUBMITTED
*12-6-04*

## *NPY 15*

| TEST NAME | RESULT | REFERENCE RANGE | COMMENTS |
|---|---|---|---|
| HIV ANTIBODY | *NR* | NEGATIVE (NEG) | |
| RPR | *NR* | NON-REACTIVE (NR) | |
| URINALYSIS | *NEG* | | |
| APPEARANCE | | | |
| pH | | pH 5- pH 6 | |
| PROTEIN | *1+* | NEGATIVE (NEG) | |
| GLUCOSE | | NEGATIVE (NEG) | |
| KETONES | | NEGATIVE (NEG) | |
| BILIRUBIN | | NEGATIVE (NEG) | |
| BLOOD | | < 5 RBC/MCL | |
| NITRITE | | NEGATIVE (NEG) | |
| UROBILINOGEN | | < 1.0 MG/DL | |
| LEUK. ESTERASE | | NEGATIVE (NEG) | |
| SPECIFIC GRAVITY | | 1.016-1.022 | |

"A"    These results are unreliable due to the age of the specimen.
"H"    These results are unreliable due to the hemolyzed condition of the specimen.
"A+H"   These results are unreliable due to the age and hemolyzed condition of the
        specimen.

CLIA ID NO.   01D0706289

WAYNE D. MERCER, PHD
LABORATORY DIRECTOR

| | |
|---|---|
| V.A. Unaided | OD 20/20 OS 20/20 OU |
| V.A. thru old RX | OD ~~20/30~~ OS OU |
| Keratometer | OD |
| | OS |
| Est Total Astig | OD |
| | OS |
| Habitual Phorias | Dist          Near |
| Static Retinoscopy | OD |
| | OS |
| Astigmatic Chatt | OD |
| w fogging lens | OS |
| X-Cyl Astig | OD |
| | OS |
| Monocular Subjective | OD |
| | OS |
| Binocular Subjective | OD |
| (Max Plus) | OS |
| Binocular Subjective | OD |
| (Best V.A.) | OS |
| Binocular Subjective | OD |
| (Other) | OS |
| Best V.A. | OD          OS          OU |
| Amp. Acc. (push-up) | OD          OS          OU |
| Lens/Demand/Phoria | /          / |
| Base Out | /          / |
| Base In | /          / |
| Vertical Photias | Dist          Near |
| R Supraduction | Dist    /    Near    / |
| R Infraction | Dist    /    Near    / |
| L Supraduction | Dist    /    Near    / |
| L Infraction | Dist    /    Near    / |
| X-Cyl Dissociated | OD |
| Monocular | OS |
| X-Cyl Fused | |
| Lens/Demand/Phoria | /          / |
| Base In | /          /          / |
| Base Out | /          /          / |
| Lens/Demand/Phoria | /          / |
| Base In | /          /          / |
| Base Out | /          /          / |
| Lens/Demand/Phoria | /          / |
| Base In | /          /          / |
| Base Out | /          /          / |
| ...inus to blur/blur out | / |
| ...lus to blur/blur out | / |
| ...ange / Through | / |

Near PD 71
Dist PD 74
Tint
Bifocal FT28
for
S.V.
Bifl
Trifl

**Multifocal Instructions**

| | | | Total |
|---|---|---|---|
| Outset | | | |
| Inset | | | |
| Height | | | |
| Size | | | |

R
L

Decentration for Maj. Lens

| | Up | Dn |
|---|---|---|
| In | Out | |

R
L

Lens only ☐
Use enclosed frame ☐
Furnish new frame

**FRAME SPECIFICATIONS**

Temples
Bridge
Eye Size 51
Color
Name

**SPECIAL INSTRUCTIONS:**

| Position | |
|---|---|
| Cal. & Gradient ACA | |
| PRC - PFC | |
| NRC - NFC | |
| Near Phoria | |
| Height | |
| Near P.C. Indiction of poor binoc. vis? | |

| Rx. | Sph. | Cyl. | Axis | Prism | Base |
|---|---|---|---|---|---|
| OD | plano | | | | |
| OS | plano | | | | |
| Add | +1.50 | | | | |

Diagnosis - Recommendations: Presbyopia

Consultant's Signature                    Date 12/2/05

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DEPARTMENT OF CORRECTIONS
## EYE CHART

12/21/05    920

| Date | Time | | OLD RX Worn from | | | | to | |
|---|---|---|---|---|---|---|---|---|
| | | | Sph. | Cyl. | Axis | Prism | Base | Add |
| **Visual Requiremnts** | | | | | | | | |
| **Other Visual Requirements** | | | | | | | | |
| **Previous Eye History** | | | | | | | | |
| **Chief Visual Complaints** | | | | | | | | |

**Detailed History**

HTN Hx
↓VA up close (reading Rx)

**General Health**

↑ got on mtn @ 920


OD    OS

**External Examination**


OD    OS

**Internal Examination**

A) (-) GLC
(-) Dm/HTN Ret.
(+) 1 tns on cats)

P) Mxmt. 12/06

| Visual Field Screening | OD          OS | DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|---|---|
| **Tonometry** | | | | | |
| **Instrument /** | OD          OS | | | | |
| **V.A. (Habitual)   Dist.** | OD    OS    OU | | | | |
| **Near** | OD    OS    OU | | | | |
| **Dominance / Test** | / | | | | |

| Pupillary Reflexes | Size | Light |
|---|---|---|
| | Consensual | Near |
| Tests for Squint | Inspection | |
| | Cover | |
| | Corneal Reflex | |
| **PD / PP Conv** | | |
| **PP Acc** | | |
| **Versions** | | |
| **Rotations / Fixations** | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Heath, Larry | 111835 | 1/8/54 | B/m | ECF |

PHS MD 70000

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

For ___ st be Complete and Legible. You must Type or Prin
*Please send this form with ___ Authorization Letter to the service provider at the t___ of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** EASTERLING 835 | **Patient Name: (Last, First,)** Heath Larry | **Date: (mm/dd/yy)** 12,12,05 |
| **Site Phone #** (334) 397-3128 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 01,18,54 |
| **Site Fax #** (334) 397-3128 | **Inmate #** 11835 | **PHS Custody Date: (mm/dd/yy)** 10,26,84 |
| **Will there be a charge?** ☒ Yes ☐ No  **Sex** ☒ Male ☐ Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 08,17,07 |

12/2/05 (B)

**Responsible party:** ☒ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician  ☐ NP, PA  ☐ Dental

DARBOUZE, J. A.

**Facility Medical Director Signature and Date:** 12/12/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___

*(This starts the approval window for the "open authorization period")*

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy

**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Optimotry

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:**

**ICD-9 code:**

**You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

(age 52) F/U Apy referral
20/20 ou op, 05
- HTN
- SLE

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:** ___/___/___ (mm/dd/yy)

*Do not write below this line. For Case Manager and Corporate Data Entry ONLY.*

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form .xls

## MONTGOMERY RHEUMATOLOGY ASSOCIATES
### INITIAL HISTORY AND PHYSICAL

**NAME:**     **HEATH, LARRY**
**DATE:**     **09/28/05**

**HISTORY OF PRESENT ILLNESS:** Larry Heath is a 51-year-old black male who comes in at this time for evaluation of lupus. The patient states twelve years ago he was diagnosed as having lupus at UAB. He was in the hospital for a period of time. He could remember having a rash, and he remembers having joint pain. He had Raynaud's phenomenon with his fingers turning either blue or white. He remembers taken prednisone and Plaquenil. He says he took Plaquenil for a year and a half and could not tell that it helped. In 2000, he was seen by Dr. Reedy, who treated him with Vioxx and Celebrex, both of which tended to bother his stomach, although now he says that he could tolerate Celebrex pretty well. He was in a prison for a while and got out in 2003. In September 2003, he was in prison again for possession of cocaine. He now complains of pain in his left shoulder and ankles. He is mildly stiff in the morning. He also says he does pretty well when he takes Celebrex and would like to get back on it. He has had some knots on his face, which he says come out when he gets a sore throat, but he does not have that now. He has occasional mouth ulcers and dry mouth. He has no alopecia, dry eyes, dry nose, fevers, chills, chest pain, dysphagia or muscle weakness. He has no history of any kidney disease that he is aware of. He has no problems with his hands, wrists, or elbows.

**PAST MEDICAL HISTORY:** Hospitalization for lupus.

**CURRENT MEDICATIONS:** He is presently taking Benadryl, Tylenol, Catapres, and Tenormin.

**ALLERGIES: Penicillin.**

**SOCIAL HISTORY:** The patient does not smoke or drink alcohol. He is married. He has one child.

**REVIEW OF SYSTEMS:** Weight gain, fever, fatigue, morning stiffness, rash, dry mouth, hypertension, leg cramps, heartburn, nausea, pancreatitis in the past, and anxiety.

**PHYSICAL EXAM:** Upper extremity joints are normal. He has mild swelling and tenderness in both ankles. The remainder of his exam is totally normal and covered in detail in the chart.

**ASSESSMENT:** Patient with a past history of SLE, presently manifested only by Raynaud's phenomenon and arthritis. He does not want to get back on Plaquenil although I strongly recommended it. I will put him on Celebrex 200 mg twice a day, which he says he can take and would like to get back on it. I told him that he could supplement it with low-dose prednisone as needed 1-5 mg/day. I recommended that he have a CBC, platelet count, urinalysis, complete metabolic profile, and CPK checked every two to three months to monitor for asymptomatic disease activity. I will see the patient back in three months. I recommended checking anticardiolipin antibodies and lupus anticoagulant.

James T. Jakes, M.D.

JTJ/aww
D: 09/28/05
T: 10/04/05

## MONTGOMERY RHEUMATOLOGY ASSOCIATES
### Practice Limited to Adult and Pediatric Rheumatology

1421 NARROW LANE PARKWAY
MONTGOMERY, ALABAMA 36111-2654

334-284-3105 • Fax-334-284-3107 • 1-800-631-3105

SOHRAB FALLAHI, M.D., F.A.C.P.
DIPLOMATE AMERICAN BOARD OF INTERNAL
MEDICINE AND RHEUMATOLOGY

JAMES T. JAKES, M.D.
DIPLOMATE AMERICAN BOARD OF INTERNAL
MEDICINE AND RHEUMATOLOGY

September 28, 2005

Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017-2615

RE:    **LARRY HEATH**
**INMATE #:  111835AG**

Dear Gentlemen:

I recently had the pleasure of seeing Larry Heath on 09/28/05. A copy of the initial consultation is enclosed.

As you know, he has a past history of SLE primarily manifested in the past by Raynaud's phenomenon, occasional mouth ulcers, dry mouth and arthritis. I recommended that he get back on Plaquenil, but he did not want to do that. He says he can take Celebrex and would like to get back on that. I recommended 200 mg twice a day. I told him he could supplement that with 1-5 mg/day prednisone as needed. I will check anticardiolipin antibodies and lupus anticoagulant. I would check a CBC, platelet count, urinalysis, complete metabolic profile, and CPK every two to three months to monitor for any symptomatic disease activity.

I appreciate the opportunity of seeing Mr. Heath.

Sincerely,

DICTATED
BUT NOT EDITED

James T. Jakes, M.D.    to avoid
mailing delay

JTJ/aww
Enclosure

PRISON ~~~~~~~ TH SERVICES: AUTHORIZ ~~~~~~~ LETTER

| Patient Name: | Heath, Larry | Inmate Number: | 111835HE |
|---|---|---|---|
| Service Authorized: | Office Visits: Op Rheumatology Referral | Effective Dates: | 09/28/2005 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Easterling Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15315216 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not     apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

*Sept. 28, 2005 - 7:45 am*
*1421 Narrow lane Pkwy*
*Dr. James Jakes*
*Rheumatology - 284-3105*

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

---

### Clinical Summary or Attached Report

CELEBrex 200g B.D

VCAr w/A cont c B.C ) Eveg 3 wes

ANT. CARdiolypin ANTi Body

Lupus ANT. coAgulant

supplement c Prednisone 5g ID As

NEEDEd

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | _[signature]_ | Date | 9/16/~ | Time |
|---|---|---|---|---|
| Reviewed and Signed By Medical Director: | _[signature]_ | Date | 9/28/05 | Time |

08/10/2005

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Heath, Larry | **Inmate Number:** | 111835HE |
| **Service Authorized:** | Office Visits: Op Rheumatology Referral | **Effective Dates:** | 09/28/2005 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Easterling Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15315216 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions  under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not       apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

*Sept. 28, 2005 - 7:45 am*
*1421 Narrow lane Pkwy*
*Dr. James Jakes*
*Rheumatology - 284-3105*

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

| |
|---|
| **The consulting physician should complete this section.** **The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.** |

| Clinical Summary or Attached Report |
|---|
| |
| |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

# UTILIZATION MANAGEMENT REFERRAL REV    SRM

PHS

For ___ t be Complete and Legible. You must Type or Print
*Please send this form wit___   ___uthorization Letter to the service provider at the tir___   he Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** EASTERLING   835 | **Patient Name: (Last, First)** HEATH   LARRY | **Date: (mm/dd/yy)** 8 3 05 |
| **Site Phone #** (334) 397-3128 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** 1 18 54 |
| **Site Fax #** (334)397-3128 | **Inmate #** 111 835 | **PHS Custody Date: (mm/dd/yy)** 10 20 84 |
| **Will there be a charge?** ☒Yes ☐No   **Sex** ☒Male ☐Female | **SS Number** 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 | **Potential Release Date: (mm/dd/yy)** 08 17 07 |

**Responsible party:** ☐ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental

DARBOUZE, J. A.

**Facility Medical Director Signature and Date:** ___ X/3/05

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)   ☐ Dialysis (DA)
☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 09 28 05

**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**    ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** ___  ☐ Other:

**Specialist referred to:** Rheumatology - Dr. James Jakes

**Type of Consultation, Treatment, Procedure or Surgery:**

**Diagnosis:** MCTD
**ICD-9 code:**

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☒ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

51 BGM . ♂/♀ Mixed connective Tissue Disease with recurrent ♂/♀ harsh and soft Tissue edema

**Results of a complaint directed physical examination:**

**Previous treatment and response (including medications):**

Prednisone
Feldene

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:    ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    **Date resubmitted:** ___/___/___

___ional Medical Director Signature,
___ed name and date required:    ___/___/___ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Med Class: | CPT code: | UR Auth #: |
|---|---|---|
| | | |

___l Referral review form .xls

FAXED

| Patient Name: | Heath, Larry | Inmate Number: | 111835 |
| Service Authorized: | Office Visit: Rheumatology | Effective Date | 09-28-05 |
| Responsible Facility: | Easterling Cor. Facility | Contact Name: | Michelle Pope |
| Authorization Number: | | Telephone Number: | (334 ) 345 -5973 ext. 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

*Sept. 28, 2005 - 7:45 am*
*Dr. James Jakes - 284 3105*
*Rheumatology -*

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
| --- |
| |
| |
| |
| |

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | Date | Time |
| --- | --- | --- |
| ...ature of Consulting Physician: | | |
| ...wed and Signed By ...al Director: | Date | Time |

09/15/2004

Facility Name  Easterling Correctional Facility

12/05

| Medication | | Start/Stop | Prescriber | RX # |
|---|---|---|---|---|
| Tenormin 50MG Tab  60.00<br><br>Take 1 tablet(s) by mouth twice daily | D/C 8-24-2005 | Start Date 09-16-2005<br>Stop Date 03-14-2006 | Darbouze, Jean | RX # 250616808 |
| Benadryl 50MG Cap  60.00<br><br>Take 1 capsule(s) by mouth twice daily | | Start Date 09-23-2005<br>Stop Date 12-21-2005 | Darbouze, Jean | RX # 250652323 |
| Verapamil HCl CR 240MG Tab CR 30.00<br><br>Take 1 tablet(s) by mouth daily | See New order | Start Date 09-29-2005<br>Stop Date 12-27-2005 | Darbouze, Jean | RX # 250684136 |
| Lasix 40MG Tab  30.00<br><br>Take 1 tablet(s) by mouth daily | See New order | Start Date 09-29-2005<br>Stop Date 12-27-2005 | Darbouze, Jean | RX # 250684139 |
| Potassium Chloride CR 10MEQ Tab CR 30.00<br><br>Take 1 tablet(s) by mouth daily | See New order | Start Date 09-29-2005<br>Stop Date 12-27-2005 | Darbouze, Jean | RX # 250684141 |
| Prednisone 5MG Tab  30.00<br><br>Take 1 tablet(s) by mouth daily as needed | | Start Date 09-30-2005<br>Stop Date 12-28-2005 | Darbouze, Jean | RX # 250688290 |

Diagnosis

Allergies  Penicillin

Housing Unit  Population
Patient ID Number  111835
Patient Name

**Heath, Larry**

Nurse's Signature / Init / Nurse's Signature / Initial

Documentation Codes
1  Discontinued Order
2  Refused
3  Patient out of Facility
4  Charted in Error
5  Lock Down
6  Self Administered
7  Medication not Available
8  Medication Held/Saved
9  Patient not Here

Date of Birth

Facility Name: _Eastern_

Month/Year of Charting: _Dec_

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Benadryl 50mg +**
**PO Bid x 90d**

Start Date: 12/9/05   Prescriber: Dr Dunlap
Stop Date: 3/9/06     RX #:

**Verapamil HCl CR 24mg**
**CR Tab 1 PO daily x 90**
**day**

Start Date: 12-22-2005   Prescriber: Dr Age / Dr
Stop Date: 3-22-2006     RX #:

**Lasix 40mg Tab 1 PO**
**daily x 90 day**

Start Date: 12-22-2005   Prescriber: Dr Age / Dr
Stop Date: 3-22-2006     RX #:

**Potassium Chloride**
**10mg Tab CR Tab 1 PO daily**

Start Date: 12-22-2005   Prescriber: Dr Age / Dr
Stop Date: 3-22-2006     RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

Start Date:   Prescriber:
Stop Date:    RX #:

---

Diagnosis

Allergies _PCN_

Housing Unit:
Patient ID Number:
Patient Name: _Heath Larry_

Date of Birth: _1/18/5?_

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other