| Facility Name | Easterling Correctional Facility | | 12/05 |
|---|---|---|---|
| Tenormin 50MG Tab  60.00 Take 1 tablet(s) by mouth twice daily | | D/C 8-24-2005 | |
| | Start Date 09-16-2005 | Prescriber Darbouze, Jean | |
| | Stop Date 03-14-2006 | RX # 250616808 | |
| Benadryl 50MG Cap  60.00 Take 1 capsule(s) by mouth twice daily | 4AM ... 4PM ... | | |
| | Start Date 09-23-2005 | Prescriber Darbouze, Jean | |
| | Stop Date 12-21-2005 | RX # 250652323 | |
| Verapamil HCl CR 240MG Tab CR 30.00 Take 1 tablet(s) by mouth daily | 4AM ... See New order | | |
| | Start Date 09-29-2005 | Prescriber Darbouze, Jean | |
| | Stop Date 12-27-2005 | RX # 250684136 | |
| Lasix 40MG Tab  30.00 Take 1 tablet(s) by mouth daily | 4AM ... See New order | | |
| | Start Date 09-29-2005 | Prescriber Darbouze, Jean | |
| | Stop Date 12-27-2005 | RX # 250684139 | |
| Potassium Chloride CR 10MEQ Tab CR 30.00 Take 1 tablet(s) by mouth daily | 9AM ... See New order | | |
| | Start Date 09-29-2005 | Prescriber Darbouze, Jean | |
| | Stop Date 12-27-2005 | RX # 250684141 | |
| Prednisone 5MG Tab  30.00 Take 1 tablet(s) by mouth daily as needed | 9AM ... | | |
| | Start Date 09-30-2005 | Prescriber Darbouze, Jean | |
| | Stop Date 12-28-2005 | RX # 250688290 | |

Diagnosis:
Allergies: Penicillin
Housing Unit: Population
Patient ID Number: 111835
Patient Name: **Heath, Larry**

Nurse's Signatures (illegible): Robinson, Darbouze, L. Ewing LPN, Swaychoff, Hamilton

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self-administered

Facility Name: Easterly
Month/Year of Charting: Dec

| Medication | Start Date | Stop Date | Prescriber |
|---|---|---|---|
| Benadryl 50mg 1 PO BID × 90d | 12/9/05 | 3/9/06 | Dr Darby |
| Verapamil HCl CR 240mg CR TAB 1 PO daily × 90 days | 12-22-2005 | 3-22-2006 | Dr ___ |
| Lasix 40mg TAB 1 PO daily × 90 days | 12-22-2005 | 3-22-2006 | Dr ___ |
| Potassium Chloride 10mg TAB CR TAB 1 PO daily | 12-22-2005 | 3-22-2006 | Dr ___ |

Diagnosis:
Allergies: PCN
Housing Unit:
Patient ID Number:
Patient Name: Heath Larry
Date of Birth: 1/18/57

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

**Facility Name:** Easterling Correctional Facility

**Month/Year of Charting:** 12/05

| Medication | Details |
|---|---|
| Clonidine HCl 0.2MG Tab 60.00 | Take 1 tablet(s) by mouth twice daily |
| Start Date: 10-04-2005 | Prescriber: Darbouze, Jean |
| Stop Date: 04-01-2006 | RX #: 250707421 |

| Medication | Details |
|---|---|
| Enalapril Maleate 20MG Tab 30.00 | Take 1 tablet(s) by mouth daily — D/C 6-2005 |
| Start Date: 10-04-2005 | Prescriber: Darbouze, Jean |
| Stop Date: 04-01-2006 | RX #: 250707438 |

Zantac 150mg PO BID × 90 days
Start Date: 11-8-205   Stop Date: 2-8-206   Prescriber: DArbouz

Reglan 10 mg PO TID × 90 days
Start Date: 11-8-205   Stop Date: 2-8-206   Prescriber: DArbouz

Tylenol 1 gm PO TID PRN × 90 days
Start Date: 11-8-205   Stop Date: 2-8-206   Prescriber: DArbouz

Bengay Bid × 14 days / Ihrbcto Kop
Start Date: 12/9/05   Prescriber: Dr Darboz

**Diagnosis:**
**Allergies:**
**Housing Unit:** Population
**Patient ID Number:** 111835
**Patient Name:** Heath, Larry

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Easterling Correctional Facility | Month/Year of Charting: 11/05 |
|---|---|

| Medication | Hour | Chart (days 1–31) | Start Date | Stop Date | Prescriber | RX # |
|---|---|---|---|---|---|---|
| Piroxicam 20MG Cap 30.00 — Take 1 capsule(s) by mouth every evening | | DC'd 8-24-05 | 08-05-2005 | 11-02-2005 | Darbouze, Jean | 250351402 |
| Tenormin 50MG Tab 60.00 — Take 1 tablet(s) by mouth twice daily | | DC'd 8-24-05 | 09-16-2005 | 03-14-2006 | Darbouze, Jean | 250616808 |
| Benadryl 50MG Cap 60.00 — Take 1 capsule(s) by mouth twice daily | | (initials across days) | 09-23-2005 | 12-21-2005 | Darbouze, Jean | 250652323 |
| Verapamil HCl CR 240MG Tab CR 30.00 — Take 1 tablet(s) by mouth daily | | (initials across days) | 09-29-2005 | 12-27-2005 | Darbouze, Jean | 250684136 |
| Lasix 40MG Tab 30.00 — Take 1 tablet(s) by mouth daily | | (initials across days) | 09-29-2005 | 12-27-2005 | Darbouze, Jean | 250684139 |
| Potassium Chloride CR 10MEQ Tab CR 30.00 — Take 1 tablet(s) by mouth daily | | (initials across days) | 09-29-2005 | 12-27-2005 | Darbouze, Jean | 250684141 |

Diagnosis:
Allergies: PCN
Housing Unit: Population
Patient ID Number: 111835
Patient Name: **Heath, Larry**

Nurse's Signature / Initial / Nurse's Signature / Initial:
- L. Ewing LPN
- (other signatures illegible)

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

**Facility Name:** Easterling Correctional Facility

**Month/Year of Charting:** 11/05

| Medication | Start Date | Stop Date | Prescriber | RX # |
|---|---|---|---|---|
| Prednisone 5MG Tab  30.00 — Take 1 tablet(s) by mouth daily as needed | 09-30-2005 | 12-28-2005 | Darbouze, Jean | 250688290 |
| Clonidine HCl 0.2MG Tab  60.00 — Take 1 tablet(s) by mouth twice daily | 10-04-2005 | 04-01-2006 | Darbouze, Jean | 250707421 |
| Enalapril Maleate 20MG Tab  30.00 — Take 1 tablet(s) by mouth daily  [D/C 4-2005] | 10-04-2005 | 04-01-2006 | Darbouze, Jean | 250707438 |
| HC cream BID x 1 month  (#1 tube 10-17-05) | 10-17-05 | 11-17-05 | Darbouze | |
| AFC BID x 1 month  (#2 tubes 10-17-05) | 10-17-05 | 11-17-05 | | |
| Motrin 400mg tid x 5 days | | | | |

**Diagnosis:**

**Allergies:** NKA  PCN

**Housing Unit:** Population
**Patient ID Number:** 111835
**Patient Name:** Heath, Larry

**Documentation Codes:**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: ECF | Month/Year of Charting: 11/05 |
|---|---|

Zantac 150mg i po bid x 90 days

- Hour: 9a, 4p
- Start Date: 11/8/05
- Stop Date: 2/8/06
- Prescriber: Darbouze NP

Reglan 10mg i po tid x 90 days

- Hour: 4a, 9a, 4p
- Start Date: 11/8/05
- Stop Date: 2/8/06
- Prescriber: Darbouze NP

Tylenol 1g po tid PRN x 90 days

- Hour: 4a, 9a, 4p
- Start Date: 11/8/05
- Stop Date: 2/8/06
- Prescriber: Darbouze NP

Diagnosis:
Allergies: PCN
Housing Unit:
Patient ID Number: 111835
Patient Name: Heath, Larry
Date of Birth: 1/8/54

Nurse's Signature: M Payne RN — MP
L Ewing LPN — LE
McCarron
Darin

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Easterling Correctional Facility | | Month/Year of Charting: 10/05 |
|---|---|---|

| Medication | Hour | 1-31 chart |
|---|---|---|
| Metoclopramide HCl 10MG Tab  90.00  Take 1 tablet(s) by mouth Three Times Daily | 4AM / 9AM / 4PM | (initials charted across days) |
| | Start Date: 08-26-2005 | Prescriber: Darbouze, Jean |
| | Stop Date: 10-24-2005 | RX #: 250488847 |
| Prednisone 5MG Tab  30.00  Take 1 tablet(s) by mouth daily | | See New Order |
| | Start Date: 09-09-2005 | Prescriber: Darbouze, Jean |
| | Stop Date: 12-07-2005 | RX #: 250488871 |
| Tenormin 50MG Tab  60.00  Take 1 tablet(s) by mouth twice daily | | D/C 9-2005 |
| | Start Date: 09-16-2005 | Prescriber: Darbouze, Jean |
| | Stop Date: 03-14-2006 | RX #: 250616808 |
| Piroxicam 20MG Cap  30.00  Take 1 capsule(s) by mouth every evening | | D/C 8-24-2005 |
| | Start Date: 08-05-2005 | Prescriber: Darbouze, Jean |
| | Stop Date: 11-02-2005 | RX #: 250351402 |
| Ranitidine HCl 150MG Tab  60.00  Take 1 tablet(s) by mouth twice daily | 9AM / 4PM | (initials charted across days) |
| | Start Date: 08-26-2005 | Prescriber: Darbouze, Jean |
| | Stop Date: 10-24-2005 | RX #: 250488844 |
| Prednison 10mg PO QD | 9AM | See New Order 9/28 |
| | Start Date: 9-27-2005 | Prescriber: DArbz |
| | Stop Date: 12-27-2005 | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: Pencillin | L. Ewin  I of I | | M. Payne RN  J. Shot LPN  Daxi Pr | MP  SPS  S | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Held  9. No Show  10. Other |
| Housing Unit: Population | | | | | |
| Patient ID Number: 111835 | | | | | |
| Patient Name: **Heath, Larry** | | | Date of Birth: | | |

Facility Name: Eastern   Month/Year of Charting: 10-2005

| Medication | Hour | 9a / 4p notes | Start Date | Stop Date | Prescriber |
|---|---|---|---|---|---|
| CATAPRESS 0.2mg PO BID | 9a / 4p | (initials) / See new order | 9-18-2005 | 10-16-2005 | Dr. — |
| Benadryl 50mg PO BID | 9a / 4p | 22... / 22... (daily initials across month) | 9-20-2005 | 12-20-2005 | Dr. — |
| Verapamil 240mg PO QD | 9a | (daily initials across month) | 9-26-2005 | 12-26-2005 | Dr. — |
| Lasix 40mg PO QD | 9a | (daily initials across month) | | | |
| KCL 10mEq PO QD x 90 days | 9a | (daily initials across month) | 9/26/05 | 12/26/05 | Darbouze NP |
| ↓ Prednisone 5mg PO QD x 90 days | 9a | (daily initials across month) | 9/28/05 | 12/28/05 | Darbouze NP |

Diagnosis: —
Allergies: Penicillin
Housing Unit: —
Patient ID Number: 118835
Patient Name: Heath, Larry

Nurse's Signatures / Initials:
- L. Ewing LN — LE
- (illegible) RN — NP
- (illegible) — S Sirois — SS
- (illegible) — C Darius — S

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Ebari | | Month/Year of Charting: 10-2005 |
|---|---|---|

| Medication | Hour | 1-31 chart |
|---|---|---|
| CATApress 0.2mg PO BID | 9A / 4P | (initials across days) |
| Start Date: 10-1-2005  Stop Date: 4-1-2006  Prescriber: D Alonp / DO | | |
| HC cream topically BID x 1 mo | 9A / 4P | X Searcy Health 10-17-2005 |
| Start Date: 10-17-05  Stop Date: 11-17-05  Prescriber: Floyd | | |
| A+D topically to ft BID x 1 mo | 9A / 4P | X Searcy Health 10-17-2005 |
| Start Date: 10-17-05  Stop Date: 11-17-05  Prescriber: Dr Floyd | | |

Diagnosis:
Allergies: Penicillin
Housing Unit:
Patient ID Number: 111825
Patient Name:
HEAD - / APR.

III of III

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

**Facility Name:** E. Staley  
**Month/Year of Charting:** 9-2005

| Medication | Hour | Start Date | Stop Date | Prescriber |
|---|---|---|---|---|
| Tenormin 50mg po BID | 9AM / 4P | 9-14-2005 | 3-14-2006 | Darbouze |
| Benadryl 50mg b.i.d x 90 days | 9A / 4P | 9-26-05 | 12-26-05 | Darbouze |
| Verapamil 240g ÷ po qd x 90d | 9a | 9-26-05 | 12-26-05 | Darby |
| Lasix 40g ÷ po qd x 90d | 9a | 9-26-05 | 12-26-05 | Darby |
| ↑ Prednisone 10mg ÷ po qd x 90 days | 9a | 9/27/05 | 12/27/05 | Darbouze NP |
| ↓ Prednisone 5mg ÷ p.o. QD x 90 days PRN | 9a | 9/28/05 | 12-28-05 | Darbouze NP |

SEE new order

**Diagnosis:** —  
**Allergies:** Penicillin  
**Housing Unit:** —  
**Patient ID Number:** 111835  
**Patient Name:** Heath - Larry  

II of III

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: | Easterling Correctional Facility | | Month/Year of Charting: 09/05 |
|---|---|---|---|

**Prednisone 20MG Tab    18.00**
TAKE 1 TABLET(S) BY MOUTH DAILY
Start Date: 06-09-2005  Prescriber: Darbouze, Jean
Stop Date: 09-06-2005  RX #: 7527783

*See new order*

**Diphenhydramine HCl 50MG Cap    0**
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
Start Date: 06-12-2005  Prescriber: Darbouze, Jean
Stop Date: 09-09-2005  RX #: 7547559

**Clonidine HCl 0.1MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 06-27-2005  Prescriber: Darbouze, Jean
Stop Date: 09-24-2005  RX #: 250059323

*See new order*

**Acetaminophen 500MG Tab    90.00**
Take 2 tablet(s) by mouth Three Times Daily as needed
Start Date: 06-27-2005  Prescriber: Darbouze, Jean
Stop Date: 09-24-2005  RX #: 250059336

**Atenolol 50MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily
Start Date: 06-28-2005  Prescriber: Darbouze, Jean
Stop Date: 09-25-2005  RX #: 250063401

*See new order*

**Maxzide-25 25-37.5MG Tablet    30.00**
Take 1 tablet(s) by mouth daily
Start Date: 07-27-2005  Prescriber: Darbouze, Jean
Stop Date: 10-24-2005  RX #: 250282567

Diagnosis:
Allergies: Penicillin
Housing Unit: Population
Patient ID Number: 111835
Patient Name: **Heath, Larry**
Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

| Facility Name: Easterling Correctional Facility | Month/Year of Charting: 09/05 |
|---|---|

**Piroxicam 20MG Cap  30.00**
Take 1 capsule(s) by mouth every evening

D/C 8-24

Start Date: 08-05-2005   Prescriber: Darbouze, Jean
Stop Date: 11-02-2005    RX #: 250351402

CATApress 0.2mg TAB PO QID x 90 days

Start Date: 7-18-2005   Prescriber: DArby IDr
Stop Date: 10-16-2005   RX #:

PREDNisone 10mg PO QD x 14 days

Start Date: 8-24-2005   Prescriber: DArby IDr
Stop Date: 9-7-2005     RX #:

PREDNisone 5mg PO QD x 90 days

See New Order 9/27

Start Date: 8-8-2005    Prescriber: DArby IDr
Stop Date: 12-8-2005    RX #:

ZANTAC 150mg TAB PO BID

Start Date: 8-24-2005   Prescriber: DArby IDr
Stop Date: 10-24-2005   RX #:

REGLAN 10mg 1 PO TID

Start Date: 8-24-2005   Prescriber: DArby IDr
Stop Date: 10-24-2005   RX #:

| Diagnosis | | | | | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: PenicIllin | Nurse's Signature | Initial | Nurse's Signature | Initial | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| Housing Unit: Population | | | | | |
| Patient ID Number: 111835 | | | | | |
| Patient Name: **Heath, Larry** | | | Date of Birth: | | |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | Administration |
|---|---|---|
| MAX 2:de 37.5/25mg Tab i po daily x 90 days 7-25-2005 – 10-23-2005 DAys 1/90 | 9AM | (initials across days) |
| CATApress 0.2mg po BID x 90 days 7-18-2005 – 10-16-2005 DAys 1/90 | 9A 4p | (initials across days) |
| Feldene 20mg i po c̄ pm x 90 days 8/3/05 – 11/2/05 Darbouze/MP | 4p Refusing | → N₀ R R R R R ₀ ₀ 22 R R R R R R D/C 8/24/05 |
| ↓ Prednisone to 10mg i po qd x 14d. then 8/24 – 9/7 | 9am | ──────────→ (initials) |
| Prednisone 5mg i po qd x 90d. 9/8 – 12/8 | | |
| Zantac 150mg i po Bid x 60d. 8/24 – 10/24 | 9a 4p | (initials) |
| Reglan 10mg i po tid x 60d. 8/24 – 10/24 | 9a 9a 4p | (initials) |
| Maalox 30cc po tid PRN x 5d. 8/24 – 8/29 | 9a 9a 4p | (initials) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 8-1-2005   THROUGH: 8-31-2005
Physician: DARbouze
Allergies: Penicillin

By: d. Rowe   Title: RN   Date: 7-25-2005

PATIENT: HEATh, LARRY   II of II   PATIENT CODE: 111835

| Facility Name: Easterling Correctional Facility | | Month/Year of Charting: 08/05 | |
|---|---|---|---|

| Medication | Hour | 1–31 Administration | Start/Stop | Prescriber / RX# |
|---|---|---|---|---|
| Triamterene-HCTZ 37.5-25MG Tab  7.00  TAKE 1 TABLET(S) BY MOUTH DAILY | | See new order | Start: 05-06-2005  Stop: 08-03-2005 | Darbouze, Jean  RX#: 7360096 |
| Prednisone 20MG Tab  0  TAKE 1 TABLET(S) BY MOUTH DAILY | 9A | (initials across days) See new order | Start: 06-09-2005  Stop: 09-06-2005 | Darbouze, Jean  RX#: 7527783 |
| Diphenhydramine HCl 50MG Cap  0  TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY | 9A / 4P | (initials across days) | Start: 06-12-2005  Stop: 09-09-2005 | Darbouze, Jean  RX#: 7547559 |
| Clonidine HCl 0.1MG Tab  60.00  Take 1 tablet(s) by mouth twice daily | | See new order | Start: 06-27-2005  Stop: 09-24-2005 | Darbouze, Jean  RX#: 250059323 |
| Tylenol Extra Strength Oral Ta 500MG Tab  90.00  Take 2 tablet(s) by mouth Three Times Daily as needed | 4A / 9A / 4P | (initials / 0's across days) | Start: 06-27-2005  Stop: 09-24-2005 | Darbouze, Jean  RX#: 250059336 |
| Atenolol 50MG Tab  60.00  Take 1 tablet(s) by mouth twice daily | 9A / 4P | (initials across days) | Start: 06-28-2005  Stop: 09-25-2005 | Darbouze, Jean  RX#: 250063401 |

Diagnosis: 
Allergies: Penicillin
Housing Unit: Population
Patient ID Number: 111835
Patient Name: **Heath, Larry**
Date of Birth:

Nurse's Signatures / Initials: (illegible signatures) — Count 1 of 2

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# MEDICATION ADMINISTRATION RECORD
07/01/2005

(EAS-474) EASTERLING CORR. FACILITY

| Medication | |
|---|---|
| TRIAM/HCTZ (MAXZIDE-37.5/25MG) 37.5/25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  DAILY<br>RX:  7360096  DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 05/06/2005     STOP - 08/03/2005 | 9AM |
| PREDNISONE (DELTASONE) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  DAILY<br>RX:  7527783  DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 06/09/2005     STOP - 09/06/2005 | 9AM |
| DIPHENHYDRAMINE (BENADRYL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  TWICE DAILY<br>RX:  7547559  DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 06/12/2005     STOP - 09/09/2005 | 9AM<br>4PM |
| Clonidine 0.1mg PO BID X 90 days<br>6-24-2005 – 9-24-2005 DArbouze | 9AM<br>4PM  (See New Order 7/18) |
| Tylenol 1gm PO TID PRN X 90 days<br>6-24-2005 – 9-24-2005 DArbze | 4AM<br>9AM<br>4PM |
| Tenormin 50mg Tab PO BID X 90 days<br>6-27-2005 – 9-26-2005 DArbze/DR | 9AM<br>4PM |
| ↑Catapres 0.2mg po bid x 90 days<br>7/18/05 – 10/18/05 Floyd CRNP | 9a<br>4p |

THROUGH 07/31/2005

Physician: DARBOUZE M.D. (MED D, JEAN ALFRED
Allergies: PENICILLINS

Complete Entries Checked:
By: (signature)  Title: LPN  Date: 6-25-2005

PATIENT: HEATH, LARRY

# MEDICATION ADMINISTRATION RECORD

06/01/2005  (EAS-474) EASTERLING CORR. FACILITY

| MEDICATIONS | HOUR | Administration |
|---|---|---|
| ENTERIC COATED ASPIRIN 325MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY *DO NOT CRUSH*<br>RX: 7190297 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/02/2005   STOP - 06/30/2005 | 9a | (initials across days)<br>#30  4-2-05 |
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7190309 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/02/2005   STOP - 06/30/2005 | 9a<br>4p | (initials across days)<br>DDDDDDDDDDDDDDDDDDDDDDD<br>#44  4-2-05 |
| PREDNISONE (DELTASONE) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 7287075 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 05/04/2005   STOP - 08/01/2005 | 9a | See new order |
| TRIAM/HCTZ (MAXZIDE-37.5/25MG) 37.5/25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 7360096 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 05/06/2005   STOP - 08/03/2005 | 9a | (initials across days) |
| ↑ Prednisone 60mg ɢd x 3 days<br>6/4/05 → 6/6/05  Darbouz | 9A | →BMR← |
| Then Prednisone 40mg ɢd x 3 days<br>6/7/05 → 6/9/05  Darbouz | 9A | →BMR← |
| Then Prednisone 20mg ɢd x 3 days<br>6/10/05 → 6/12/05  Darbouz | 9A | See New Order |
| Then Prednisone 10mg ɢd x 90d<br>6/13/05 → 9/13/05  Darbouz | 9A | See New Order |
| Δ Prednison 20mg po ɢd x 90d.<br>6/10 - 9/10/05  Darbouze/sb | 9A | (initials across days) |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  06/01/2005  THROUGH  06/30/2005

Physician: DARBOUZE M.D. (MED D, JEAN ALFRED)
Alt. Physician:
Allergies: PENICILLINS
Diagnosis:
Medicaid Number:   Medicare Number:
Complete Entries Checked By: JScott   Title: LPN   Date: 5/31

PATIENT: HEATH, LARRY   PATIENT CODE: 111835   ROOM NO: 1   FACILITY CO: EAS-