# MEDICATION ADMINISTRATION RECORD



Medications:
- Benadryl 50mg po 9a/4p, bid x qd, 6/10 - 9/10  Darbouze LPN
- Clonidine 0.1mg po bid 9a/4p x 90 days, 6/24/05 - 9/24/05  Darbouze LPN
- Tylenol 1g po tid prn 4a/9a/4p x 90 days, 6/24/05 - 9/24/05  Darbouze LPN

Charting for: 6/1/05 through 6/30/05
Physician: Darbouze
Allergies: PCN
II of II
By: SBush   Title: LPN   Date: 6/10
Patient: Heath, Larry   111835   DOP   ECF

# MEDICATION ADMINISTRATION RECORD
05/01/2005

(EAS-474) EASTERLING CORR. FACILITY

not 16p

| MEDICATIONS | HOUR | notes |
|---|---|---|
| ENTERIC COATED ASPIRIN 325MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY *DO NOT CRUSH*<br>RX: 7190297 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/02/2005  STOP - 06/30/2005 | 4a | # 30 4-2-05    R |
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7190309 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/02/2005  STOP - 06/30/2005 | 4a<br>4p | # 44 4-2-05   R |
| HCTZ (HYDROCHLOROTHIAZIDE) 25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 7234784 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/12/2005  STOP - 07/10/2005 | | DC 4/20/05 |
| ENALAPRIL (VASOTEC) 5MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 7234792 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 04/12/2005  STOP - 07/10/2005 | | D/C 4/20/05 |

Maxide 75/50mg ÷ qd x 90 days
4-20-05 - 7-20-05 Darbouze/po    9a    New order 5/4/05

Predisone 20mg ÷ qd x 4 days
4/28/05 - 5/1/05 Darbouze/po    9a ←

Predisone 10mg ÷ qd x 90 days
5/2/05 - 8/2/05 Darbouze/po    9a → O O D O R R R MP LE R R R NP MP P MP R R D R R MP R R LE MP MP MP NP NP

↓ maxzide 37.5/25 ÷ po qd x 90 days
5/4/05 - 8/4/05 Darbouze/po    9A → R R MP ED R R MP MP MP MP R R P R R MP R R LE MP NP NP

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 05/01/2005  THROUGH 05/31/2005
Physician: DARBOUZE M.D. (MED D, JEAN ALFRED)
Alt Physician:
Allergies: PENICILLINS

Complete Entries Checked By: [signature] J Stotts   Title: LPN   Date: 4/20/05

PATIENT: HEATH, LARRY    PATIENT CODE: 111835   ROOM NO: 1   FACILITY CODE: EAS-4

# MEDICATION ADMINISTRATION RECORD

| Medications | Hour | Notes |
|---|---|---|
| Vasotec 5mg i ÷ p.o. bid × 90 days. 4/11/05 – 7/11/05 Darbouze/SB | 4A / 4P | → # 60 4/18 Larry Heath D/C 4/20 |
| Pepto Bismol 30ml p.o. twice a day for 5 days 4-12-05 to 4-17-05 Floyd/SH | 9AM / 4PM | → 0000 ← |
| Catapress 0.1mg p.o. times 1 dose now and recheck BP in one hour 4/12/05 @ 10:55 AM Floyd/SH | Now | ✓ |
| Benadryl 50mg I.M. now Prednisone 60mg p.o. 5:00p | | ✓ |
| Benadryl 50mg IM q 4° × 3 doses 4/19/05 | 9:30am / 1:30pm / 5:30pm | MP / MP / JS  D/C 4/20/05 |
| Solumedrol 40mg IM q 4° × 3 doses 4/19/05 | 9:30am / 1:30pm / 5:30pm | MP / MP / JS  D/C 4/20/05 |
| Maxzide 75/50mg ÷ po qd × 90d. 4/20 – 7/20 Darbouze/SB KOP | 9am | → RO ← |
| Prednisone 60mg ÷ po qam qd × 4d. then 4/20 – 4/23 Darbouze/SB | | → SMR OR ← |
| Prednisone 40mg ÷ po qam qd × 4d. then 4/24 – 4/27 Darbouze/SB | | → OOO ← |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 4/05  THROUGH: 
Physician: Darbouze
Alt. Physician:
Allergies: PCN
II of II
Complete Entries Checked By: L. Ewing  Title: LPN  Date: 4/11/05

PATIENT: Heath, Larry
PATIENT CODE: 111585  ROOM NO: 202  FACILITY CODE: EAT

# MEDICATION ADMINISTRATION RECORD

04/01/2005                                                                 (EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR |
|---|---|
| ENTERIC COATED ASPIRIN 325MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  DAILY *DO NOT CRUSH*<br>RX:  6823753 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 01/20/2005   STOP - 04/19/2005 | 4a — See new order |
| TRIAM/HCTZ (MAXZIDE-37.5/25MG) 37.5/25MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  DAILY<br>RX:  6823770 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 01/20/2005   STOP - 04/19/2005 | See new order |
| ATENOLOL (TENORMIN) 50MG TAB<br>TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY<br>RX:  6823776 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 01/20/2005   STOP - 04/19/2005 | See new order |
| MYCOGEN 2 OINTMENT (30GM) OIN<br>APPLY TO AFFECTED AREAS TWICE DAILY<br>RX:  7095763 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 03/15/2005   STOP - 04/13/2005 | KOP    X |
| DOCUSATE SOD (COLACE) (CARDS) 100MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH  DAILY *DO NOT CRUSH*<br>RX:  7095970 DARBOUZE M.D. (MED D, JEAN ALFRE<br>START - 03/15/2005   STOP - 04/13/2005 | 4a — Refused. See waiver |

ECASA 325mg ÷ qd x 90 days
3/24/05-6/24/05  Darbouze/∞     4a      Larry W. Heath    #30 4/2/05

Maxide 37.5mg/25mg ÷ qd x 90 days
3/24/05-6/24/05  Darbouze/∞     4a      Larry W. Heath    #30 3-4-05    #22 4/2/05    D/C 4/11/05

Tenormin 50mg ÷ BID x 90 days
3/24/05-6/24/05  Darbouze/∞     4a  4p    #60 3-4-05    Larry W. Heath    #44 4/2/05

HCTZ 25mg ÷ p.o. QD x 90 days
4/11/05-7/11/05  Darbouze/LB    4A    →   #30 4/18   Larry Heath   D/C 4/20

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 04/01/2005 | THROUGH | 04/30/2005 | | |
|---|---|---|---|---|---|
| Physician | DARBOUZE M.D. (MED D, JEAN ALFRED) | | Telephone No. | | Medical Record No |
| Alt. Physician | | | Alt. Telephone | | |
| Allergies | PENICILLINS | | Rehabilitative Potential | | |
| Diagnosis | I, II, | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: JScott | | Title: LPN | Date: 3/23/05 |
| PATIENT | HEATH, LARRY | | PATIENT CODE 111835 | ROOM NO. 1 | BED  FACILITY COD EAS-47 |

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Prednisone 20mg ÷ po qam qd x 4d. then 4/28 - 5/1 Darbonne/SB | | →DD |
| Prednisone 10mg ÷ po qam qd x 90d. 5/2 - 8/2 Darbonne/SB | | |

CHARTING FOR: April '05

III of III

Complete Entries Checked By: SBush   Title: LPN

PATIENT: Lionth, Larry   PATIENT CODE: 111835   ROOM NO: POP



# PRISON HEALTH SERVICES

# NON-COMPLIANCE NOTICE

The following has been observed and documented per non-compliance policy:

**CLASS**

_____ Diet

__X__ Medication

_____ Treatment

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

**ACTION TAKEN BY NURSING:**

__X__ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

_____ Placed on sick call
_____ Inform MH Department
_____ M.A.R. Review

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
__X__ Explanation of Non-Compliance          _____ Refuses to sign

States meds too strong. Informed of dangers of ↑ BP
States I know

*Larry W. Heath*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Heath Larry | 111835 | | B/m | East |

PHS-MD-70057



# MEDICATION ADMINISTRATION RECORD

02/01/2005            (EAS-474) EASTERLING CORR. FACILITY

STDT01

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| ENALAPRIL (VASOTEC) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH DAILY<br>RX: 6627603 RIGHTMYER, N.P., JOE, NP<br>START - 12/08/2004  STOP - 06/05/2005 | | DC 1-18-05 |
| VERAPAMIL SR (CALAN SR) 240MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6628813 RIGHTMYER, N.P., JOE, NP<br>START - 12/09/2004  STOP - 06/06/2005 | | DC 1-18-05 |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 6759861 DARBOUZE M.D. (MED D) JEAN ALFRE<br>START - 01/07/2005  STOP - 03/07/2005 | 4a<br>4p | |

Mycolog Oint BID x 30 days
1/12 - 2/12/05 Darbouze/∅  KOP  1 tube 1-12-05

EC ASA 325mg ÷ qd x 90 days  4a
1/18/05 - 4/18/05 Darbouze/∅

Maxide 37.5/25 ÷ PO qd x 90 days  4a
1-18-05 - 4-18-05 Darbouze/∅  #30 1-24-05

Tenormin 50mg ÷ bid x 90 days  4a 4p
1-18-05 - 4-18-05 Darbouze/∅  #60 1-24-05

CHARTING FOR 02/01/2005 THROUGH 02/28/2005

Physician: DARBOUZE M.D. (MED D) JEAN ALFRED
Allergies: PENICILLINS

Complete Entries Checked By: J Scott  Title: LPN  Date: 1/28/05

PATIENT: HEATH, LARRY  PATIENT CODE: 111835  ROOM NO: 1  FACILITY CODE: EAS-47

QB26



# PRISON HEALTH SERVICES

## NON-COMPLIANCE NOTICE

The following has been observed and documented per non-compliance policy:

**CLASS**

_____ Diet

__X__ Medication

_____ Treatment

Zantac 150mg ÷ BID –
ECASA 325mg ÷ qd –

**ACTION TAKEN BY NURSING:**

__X__ Counseling
_____ Discontinue Medication
_____ Re-assign Schedule

**ACTION TAKEN BY PRESCRIBERS:**

_____ Physician
_____ P.A.
_____ Psychiatrrist

**ACTION TAKEN BY INMATE:**

_____ Treatment Refusal Signed
_____ Explanation of Non-Compliance

**SPECIFIC**

ADA _____
CARDIOVASCULAR _____
ALT. G.I. _____
OTHER _____

INFECTIOUS _____
ACUTE _____
CHRONIC _____
PSYCHIATRIC _____
OTHER _____

BLOOD PRESSURE _____
DRESSING _____
ACCUCHECK _____
OTHER _____

_____ Placed on sick call
_____ Inform MH Department
__X__ M.A.R. Review

_____ Counseling
_____ Discontinue Meds
_____ Discontinue Tx
_____ Change Meds
OTHER _____

_____ Refuses to sign

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Heath Larry | 111835 | | | ECF |

PHS-MD-70057

Larry Heath  2-10-0_

# MEDICATION ADMINISTRATION RECORD

01/2005 (KIL-445) KILBY CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-30 |
|---|---|---|
| ENALAPRIL (VASOTEC) LONG TAB — TAKE 1 TABLET(S) BY MOUTH DAILY — RX: 6627603 RIGHTMYER, N.F., JOE, NP — START - 12/08/2004 STOP - 06/05/2005 | 0900 | initials; D/C 1-18-05 #30 1/9 Larry Heath |
| ENTERIC COATED ASPIRIN 325MG TAB — TAKE 1 TABLET(S) BY MOUTH DAILY *DO NOT CRUSH* — RX: 6627606 RIGHTMYER, N.F., JOE, NP — START - 12/08/2004 STOP - 06/05/2005 | 0900 | initials; D/C 1/5/05 |
| VERAPAMIL SR (CALAN SR) 240MG TAB — TAKE 1 TABLET(S) BY MOUTH TWICE DAILY — RX: 6628813 RIGHTMYER, N.F., JOE, NP — START - 12/09/2004 STOP - 06/06/2005 | 0900 / 1800 | initials; #60 1/9 Larry Heath D/C 1-18-05 |
| Zantac 150mg ī po bid × 60 days — 1/5/05 – 3/5/05 Darbouze/NP | 4a / 4p | initials |
| Mycolog oint. Bid × 30d. — 1/12 – 2/12 | KOP | × Larry Heath |
| Bactrim DS Bid × 10d. — 1/12 – 1/22 | 4a / 4p | initials |
| Doxycycline 100mg ī po Bid × 10d. — 1/12 – 1/22 | 4a / 4p | initials |
| EC ASA 325mg ī po qd × 90 days — 1-18-05 – 4/18/05 Darbouze/NP | 4a | initials |
| Maxzide 37.5/25 ī po qd × 90 days — 1/18/05 – 4/18/05 Darbouze/NP | 4a | initials; 1-24 #30 Larry Heath |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/2005 THROUGH 01/31/2005

Physician: RIGHTMYER, N.F., JOE
Alt. Physician:
Allergies: PENICILLINS
Diagnosis:

Complete Entries Checked By: Katie Bailey   Title: LPN   Date: 12/04/04

PATIENT: HEATH, LARRY   PATIENT CODE: 111835   ROOM NO: 1   FACILITY: KIL-4

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Tenormin 50mg ÷ po bid x 90 days 1/18/05 - 4/18/05 Dilbouze/NP | Ha AP | 1-24 A 6 [signature] |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 1/18/05  THROUGH: 1/31/05
Physician: Dilbouze
Alt. Physician:
Allergies: ALA PCN
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No.:

Medicaid Number: | Medicare Number: | Complete Entries Checked By: M. Payne | Title: RN | Date: 1-18-05

PATIENT: Heath, Larry
PATIENT CODE: 1110E
ROOM NO.:
BED:
FACILITY CODE: Franklin

MEDICATION ADMINISTRATION RECORD

| Medication | Time | Administration |
|---|---|---|
| Verapamil 240mg 1 PO BID x 180d  12-6-04 → 6-6-05 | 0900 / 1600 | (initials) |
| Vasotec 10mg 1 PO qd x 180d  12-7-04 → 6-7-05 | 0900 | (initials) |
| ASA EC 325mg 1 PO qd x 180d  12-7-04 → 6-7-05 | 0900 | (initials) |
| Bactrim DS 1 PO BID x 14d  12/9/04 | 0900 / 1800 | (initials) |
| TAO KOP x 14d  12/9/04 | | (initials) |
| Prednisone 20mg BID x 4d  12/9/04 — 12/14/04 | 0900 / 1800 | (initials) |
| Prednisone 10mg PO BID x 4d  12/15/04 — 12/19/04 | 0900 / 1800 | (initials) |
| Prednisone 5mg PO BID x 4d  12/19/04 — 12/23/04 | 0900 / 1800 | (initials) |
| Prednisone 5mg PO qd x 4d  12/23/04 — 12-27-04 | 0900 | (initials) |

CHARTING FOR: 12-1-04 THROUGH 12-31-04

Physician: J Right mft NP

Allergies: PCN

Medical Record No: 111835

Complete Entries Checked By: (signature)   Title: RN   Date: 12-6-04

Heath, Larry

## PRISON HEALTH SERVICES
### Alabama Department of Corrections
### KOP Medication Protocol

The KOP program will allow specific inmates to keep certain kinds of medications on their possession. If they are caught selling, trading, or not taking the medication correctly, they will be removed from the list and face possible disciplinary actions. The KOP medications will include formulary medications.

1. The inmate will have in his possession the medication in blister pack. The inmate should take the medication as directed on the package sticker.
2. The inmate is to bring the package to the infirmary when he gets down to the reorder row of pills so the nursing staff can pull the sticker off the card and reorder. If the inmate waits until they have finished the last row of pills before coming to the nurse, they are likely to run out before their order comes in. The card will be checked at this time against the MAR to determine if the number of pills remaining is accurate (not to many left, not to few). This will be noted by looking at the date the card was given. Each inmate is responsible for keeping their medication in a secure area. We will not be responsible for stolen medications.
3. When the inmate receives their card of medication, usually #30 tabs per card, they should pop them out in numerical order, i.e. #30, #29, etc.
4. In order to be eligible for KOP, the inmate must have a good history of compliance and voice understanding of how this system works. They will not be eligible if their medication is insulin or a psychotropic medication, or has been known to be non-complaint in the past. The inmate will be required to come to the infirmary and sign a KOP agreement that we have formulated. At this time the staff will explain the procedure to the inmate and document that the information was explained and the individual can again sign that the program has been explained in its entirety.
5. Once we have established the program, other will be free to request to be placed on KOP. If research finds that he will qualify, we will repeat the above with this individual.
6. We will not place just anyone on KOP. The individual must have past history evaluated first. This program will not include out-patient or inpatient mental health inmates.
7. Inmates may be requested to present for a medication check at any time to see that the correct number of pills are accounted for. The Medical Staff will be doing random checks for compliance.
8. The inmate holds harmless PHS and its healthcare providers for incidents that may result from the inmate taking medication improperly, exchanging the medicine with other inmates, and consuming drugs/medication provided by other individuals that result in drug interactions.

Inmate Signature: X _Jerry W. Heath_ AIS#: _____
Nurse Signature: _Ewin, LPN_ Date: 1/9/05

Case 2:05-cv-01068-MEF-SRW   Document 13-5   Filed 02/17/2006   Page 14 of 15



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Larry W. Heath   Date of Request: 12-16-05
ID # B/111835   Date of Birth: 1-18-54   Location: DID-B60
Nature of problem or request: I Have A Very Bad Toothe Ache It's The Left Top Jaw Toothe, I Kneed To Get It Pulled.

Larry W. Heath
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: 12/16/05
Time:
Receiving Nurse Intials: WP

**(S)ubjective:**

**(O)bjective   (V/S):   T:_____   P:_____   R:_____   BP:_____   WT:_____**

**(A)ssessment:**

See Note dated 12-19-05
W

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment.   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



## Nursing Evaluation Tool: Dental Complaint

Facility: EF
Patient Name: Heath, Larry
Inmate Number: 111835
Date of Birth: 1/18/54
Date of Report: 12/19/05
Time Seen: 0847 AM/**PM** Circle One

**Subjective:** Chief Complaint(s): "I've got a toothache."
Onset: 3 weeks
History: Also states my gums bleed a lot. States "I've got a jaw tooth that needs to be pulled." States tooth has been hurting since he had tooth beside it pulled. States he would like teeth cleaned.

Is the problem: ☐ New ☐ Chronic  Problem related to: ☐ Recent trauma ☑ Recent dental work ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate: ☑ NO ☐ YES (Requires notification of correctional staff)
Dental Pain: Right: ☐ Upper Back ☐ Upper Front ☐ Lower Back   Left: ☑ Upper Back ☐ Upper Front ☐ Lower Back
☐ Lower Front                                                                                                   ☐ Lower front
Type of Pain: ☑ Aching ☐ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☑ Intermittent
Sensitive to Hot or Cold: ☐ No ☐ Hot ☑ Cold ☐ Sensitive to both Hot & Cold   Pain Scale: (1-10) 6
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☐ Sore throat ☐ Other: _____

**Objective:** Vital Signs: (If Indicated) T: 97.8  P: 64  RR: 18  B/P: 104/70
Visual evidence of tooth decay/fracture    ☑ No ☐ Yes    Visible external swelling    ☑ No ☐ Yes
Visual evidence of missing filling            ☑ No ☐ Yes    Swelling/redness/pus surrounding affected tooth: ☑ No ☐ Yes
Pain upon opening jaw widely                ☑ No ☐ Yes    Evidence of trauma/injury to jaw/face   ☑ No ☐ Yes
☐ Additional Examination: _____

**Assessment:** (Referral Status)
☐ Referral Not Required
☑ Referral Required due to the following: (Check all that apply)
   ☐ Fever                                                   ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems    ☑ Recent dental surgery/(procedure)
   ☐ Pain upon opening mouth widely         ☐ Significant injury/trauma to jaw       ☐ Recurrent Complaint (More than 2 visits)
   ☐ Other: _____

Preliminary Determination(s): _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☑ Warm rinses PRN (Note: **DO NOT** apply warm compress to outside of face for dental abscess)
☐ Cold Compress PRN for minor trauma
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
Pt states "I don't need anything for pain"
☐ OTC Medications given ☑ NO ☐ YES (If Yes List): Currently on Tylenol
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Dentist    Date for referral: 12/19/05
Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _CWambles, RN_     Name: _CWambles, RN_
   Nurses Signature              Printed