

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Larry W. Heath_     Date of Request: _11-1-05_

ID # _B/11835_     Date of Birth: _1-18-54_ Location: _DID-B160_

Nature of problem or request: _I Have A Toothe Ache And_
_I Kneed, To See The Dentist To Get_
_It Pulled. "EMERGENCY"_

_Larry W. Heath_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date:                          │
│  Time: NOV 2 2005    CW         │
│  Receiving Nurse Initials       │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**   _See NET_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:     Yes ( )     No ( )
          Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**                    <u>Dental Complaint</u>

Facility:

Patient Name: _He Ath_ _____ _Larry_ _____ _W_
                    Last                    First              MI

Inmate Number: _111835_ _____ Date of Birth: _1 18 154_
                                                  MM  DD   YYYY

Date of Report: _11 12 05_         Time Seen: _1140_ AM / PM  Circle One
                MM  DD  YYYY

---

<u>Subjective</u>: Chief Complaint(s): "I have a toothache facial swelling, loose tooth

Onset: X 3 days hard to swallow

History: Lupus HTN
(Continue on back if necessary)

☐ Check Here if additional notes on back

Is the problem: ☒ New  ☐ Chronic  Problem related to: ☐ Recent trauma ☐ Recent dental work ☐ Other: _____
Injury sustained in altercation with custody staff, or other inmate: ☐ NO  ☐ YES (Requires notification of correctional staff)
Dental Pain: Right: ☐ Upper Back ☐ Upper Front ☐ Lower Back   Left: ☒ Upper Back ☐ Upper Front ☐ Lower Back
                  ☐ Lower Front                                       ☐ Lower front
Type of Pain: ☐ Aching ☐ Throbbing ☐ Dull ☐ Sharp ☐ Constant ☐ Intermittent     Pain Scale: (1-10) _7/8 throat pn_
Sensitive to Hot or Cold: ☒ No ☐ Hot ☐ Cold ☐ Sensitive to both Hot & Cold
Associated Symptoms: ☐ Sinus problems ☐ Difficulty chewing ☐ Earache ☒ Sore throat ☐ Other: _____

<u>Objective</u>: Vital Signs: (If Indicated) T: _97.5_ P: _52_ RR: _20_ B/P: _146 / 88_

Visual evidence of tooth decay/fracture          ☐ No  ☐ Yes   Visible external swelling              ☐ No  ☐ Yes
Visual evidence of missing filling               ☐ No  ☐ Yes   Swelling/redness/pus surrounding affected tooth:  ☐ No  ☐ Yes
Pain upon opening jaw widely                     ☐ No  ☐ Yes   Evidence of trauma/injury to jaw/face  ☐ No  ☐ Yes

☒ Additional Examination: _Facial swelling noted to (L) side of face_
Continue on back if necessary)

☐ Check Here if continued on back

<u>Assessment</u>: *(Referral Status)*                    Preliminary Determination(s): _____
☐ Referral Not Required

☐ **Referral Required** due to the following: (Check all that apply)
   ☐ Fever                                    ☐ Evidence of pus collection or swelling
   ☐ Earache/sore throat/sinus problems       ☐ Recent dental surgery/procedure
   ☐ Pain upon opening mouth widely           ☐ Significant injury/trauma to jaw      ☐ Recurrent Complaint (More than 2 visits)
   ☐ Other: _____
        (Describe)
        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the
                 appropriate care to be given.

<u>Plan</u>: Check All That Apply:
☒ For tooth pain; instruct patient to avoid hot/cold food; to chew on the opposite side of the tooth pain and to do salt water gargles PRN
☐ Warm rinses PRN (Note: <u>DO NOT</u> apply warm compress to outside of face for dental abscess)
☐ Cold Compress PRN for minor trauma
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well
   as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
        (Describe)
☒ OTC Medications given  ☐ NO  ☒ YES (If Yes List): _Motrin 400mg TID X 5days_

Referral: ☐ NO  ☐ YES (If Yes, Whom/Where): _____ Date for referral: __/__/__
                                                                              MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent  (if emergent who was contacted?): _____ Time _____

X _Stacy Baker RN_     Name: _Stacey Baker RN_
     Nurses Signature                    Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Larry Heath_     Date of Request: _10-25-05_
ID # _B/111835_     Date of Birth: _1-18-54_ Location: _D10-B60_
Nature of problem or request: _I Kneed To See Dr. For Him_
_To Refill Prescriptions, And To Get Profile_
_To Be Able To Use Bathroom Whenever I_
_Have To Go._

_Larry Heath_
          *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────────┐
│            RECEIVED             │
│  Date:                          │
│  Time:                          │
│  Receiving Nurse Intials _____ │
└─────────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**   **(V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
**CIRCLE ONE**
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**Nursing Evaluation Tool:**  <u>General Sick Call</u>

Facility: _ECF_

Patient Name: _Heath_                    _Larry_
                     Last                              First

Inmate Number: _111835_

Date of Birth: _1_ / _18_ / _154_
                       MM    DD    YYYY    MI

Date of Report: ___ / ___ / ___
                       MM    DD    YYYY

Time Seen: _9:30_  AM /(PM) Circle One

<u>Subjective</u>:  Chief Complaint(s): _Requesting profile and Medication Renewal_

Onset: _____

Brief History: _" I need a profile so I can use the bathroom_
(Continue on back if necessary)
_because I am taking diuretics while I am in_
_my classes & I also need my Tagament renewed_

<u>Objective</u>:  Vital Signs: (As Indicated) T: _98_  P: _56_  RR: _18_  B/P: _118_ / _64_    ☐ Check Here if additional notes on back

Examination Findings: _Requesting profile d/t taking diuretics_
(Continue on back if necessary)
_et having to frequently use bathroom_
_in class_
_also request renew medicine for stomach_
_pain_                    ☐ Check Here if additional notes on back

<u>Assessment</u>: *(Referral Status)* Preliminary Determination(s): _____

   ☐ Referral <u>NOT REQUIRED</u>

   ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
       ☑ Recurrent Complaint (More than 2 visits for the same complaint)
       ☐ Other: _____

   _____
   _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>:  Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)

OTC Medications given  ☐ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Dr Darbouze_    Date for referral: _11_ / _1_ / _05_
                                                                                        MM    DD    YYYY

Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time

x _____                    Name: _C Garcia_
   Nurses Signature                           Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Larry Heath                Date of Request: 8-16-05

ID # 111835                Date of Birth: 1-18-54 Location: DID-B60

Nature of problem or request: I Kneed Dr. To Decrease Prednisone
From 10 mg - Too S mg, I Also Kneed To Talk
With Him About My Health & Medical
Profiles I Also I'm Having Problem With Indigestion Every day

Larry Heath
                                        Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 8/18/05

Time: _____ AM PM

Allergies: PCN

| RECEIVED | |
|---|---|
| Date: | 8/18/05 |
| Time: | |
| Receiving Nurse Intials | MP |

**(S)ubjective:** "I need to talk to the Dr about getting my
Prednisone lowered. I also need some renewals of
my profiles."

**(O)bjective  (V/S): T:** 98   **P:** 80   **R:** 18   **BP:** 124/80   **WT:** 189

Pt to S/C c request to get his prednisone ↓. States he would
like to speak c the Dr about profiles. Pt inquiring about a renewal

**(A)ssessment:** Appd c AXO x3. Skin W/D to touch. Resp o ease.

Health Maint___

**(P)lan:** MD appt given

Refer to: MD/PA  Mental Health  Dental  Daily Treatment        Return to Clinic PRN
                              **CIRCLE ONE**

Check One:  ROUTINE ( )   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )    No ( )

Was MD/PA on call notified:   Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Larry W. Heath_  Date of Request: _7-27-05_
ID # _111835_  Date of Birth: _1-18-54_ Location: _D9-B20_
Nature of problem or request: _I'm Having Problems Injurys-_
_Arthritis, Everyday Some Swelling Is Floring up_
_Dr My Body, Head, Elbows, Rist, Some Kidd Of_
_Rash Is Speading On my Hands. I Also Have Ear Ache_
_Larry W. Heath_
_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _7/28/05_
Time: _2200_ AM PM
Allergies: _NKA_

| RECEIVED |
| --- |
| Date: 7/28/05 |
| Time: 2200 |
| Receiving Nurse Intials MS |

**(S)ubjective:** _"I Have Bumps on my head & face & I cant hear out of my ear ©"_

**(O)bjective** (V/S): T: _97⁴_ P: _72_ R: _20_ BP: _120/80_ WT: _193_
_Awake alert + oriented. Has 1+ Edema in © arm & states the edema moves_
_around from arm to arm then up to neck. No other Edema noted © this_
_time. Has a large amount of Wax (Black) on © ear Drum. Strength in Bil hand sequal_

**(A)ssessment:**
_altered Comfort_

**(P)lan:** _Dubrox Ear gtts to © Ear BID X 7 Days Return to HCU to_
_have Ear Washed if problem continues p̄ 7 Days_

Refer to: (MD/PA  Mental Health   Dental   Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓   EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No (✓)
Was MD/PA on call notified:  Yes ( )  No (✓)

_A 7/29/05_

_Stat Dubrox_
_gtts given_
_8/8/05_
_Larry_
_Heath 111835_

_M Saunders RN_
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Larry W. Heath    Date of Request: 3-8-05
ID # B/111835    Date of Birth: 1-18-54 Location: D9-B3le
Nature of problem or request: I Have Fungis In Rectury
I also Have Hemorhoid Problem

Signature: *Larry W. Heath*

**DO NOT WRITE BELOW THIS LINE**

Date: 3, 9, 05
Time: 755 AM PM
Allergies: PCN

```
RECEIVED
Date: 3/9
Time:
Receiving Nurse Intials  MM
```

**(S)ubjective:** "I've got the Same thing as before in my Rectum. The Antibodics + Crem helped before. I need it agn. I also have Lemourhords"

**(O)bjective (V/S): T:** 98  **P:** 74  **R:** 18  **BP:** 114/84  **WT:** 190

Pt & S/C C Rquest & See the Dr about ther Same problen c his Rectur thgt he was trd for ¹ Jannuay. Also has C/O Lemourhords. Stats also has Bright red Blood noted on tissue when wipes. Area + 3 Skc w/o to tous. Reg to ease - no robs c/o vasd.

**(A)ssessment:** Healty Mentur

**(P)lan:** Hemorhord Supp & Oint Bid @ 9Am & 4pm x 5 days
MD appt gvn

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Larry W. Heath_     Date of Request: _1-19-05_
ID # _118351_     Date of Birth: _1-18-54_ Location: _9D-26B_
Nature of problem or request: _My Throat Is Sore, Left Jaw_
_Is Swollen, Can Barely Swallow, Also I Knee d_
_To See Dr. About My High Blood Pressure)_
_medicine)_

_Larry W. Heath_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _1-20-05_
Time: _830_ AM (PM)
Allergies: _PCN_

_B/p 110/78  P 54 R 18 T 98⁴  WT 183_

| | RECEIVED |
|---|---|
| | Date: |
| | Time: |
| | Receiving Nurse Intials _____ |

**(S)ubjective:** 4 I have lupus & my throat is sore & my jaw is swollen. I need some steroids or something. I also want to talk to the Dr about coming to the window & get

**(O)bjective** Catapres & get off the Mexside.
Pt is requesting to talk to the Dr about getting off the Mexside & getting back on the Catapres. Also has some swelling

**(A)ssessment:** Noted to (L) jaw area & c/o sore throat - Afox3
Pt c/o to tend, keep to clean
Health Maint.

**(P)lan:** MD appt gin

Refer to: (MD/PA)  Mental Health  Dental  Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
  If Emergency was PHS supervisor notified:  Yes ( )   No ( )
  Was MD/PA on call notified:  Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Larry W. Heath_   Date of Request: _1-8-05_
ID # _117835_   Date of Birth: _1-18-54_ Location: _D7-B72_
Nature of problem or request: _A Fluid Substance Is Draining_
_From My Rectom, I Have Bleeding Hemmt-_
_hoids, I also Has "Jock Itch._

_Larry W. Heath_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _1 / 10 / 05_
Time: _12:10_ AM (PM)
Allergies: _NKOA_

```
RECEIVED
Date:
Time: JAN 10 2004
Receiving Nurse Intials _____
```

**(S)ubjective:** My hemorrhoids have been bleeding I also
have jock itch. It's been bleeding off & on X 6 days

**(O)bjective   (V/S):** T: _98_   P: _80_   R: _16_   BP: _24/80_   WT: _181 #_
① external hemorrhoids noted. Skin excoriaton noted to onus-penes
trauma a to sites.

**(A)ssessment:** Alteration to skin

**(P)lan:** Refer to mo

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )      _1/11/05_

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 12/28/04 8p | P. Access to health care, pw heard @ Eastory — DShier |
| 01805 | D-ccdone — DSher |
| 04805 | D-ccdone — DReah |
| 04205 | O-BP v 185/109 — Not taking meds as ordered, thinks it is too strong. Informed of consequences, m/c CVA death, pt c verbal animosity close vertes understanding — RDeh |

---

INMATE NAME (LAST, FIRST, MIDDLE)  Heath Larry

| DOC# | DOB | R/S | FAC. |
|---|---|---|---|
| 111835 | 1/18/54 | B/m | E.R.Stortz |

PHS-MD-70049          Complete Both Sides Before Using Another Sheet

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _EAStutes_

Date: _12/8/04_  Time: _820_  AM/PM

RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_KCF_

RECEIVING MEDICAL STATUS
☑ Population
☐ Infirmary
☐ Isolation

RELEASED: Inmate/Health Record

Institution. _KCF_

Date: _12/27/04_  Time: _____  AM/PM

RELEASE FROM:
☐ Infirmary    ☐ Segregation
☑ Population    ☐ Mental Health
☐ Other _____

RELEASE TO:
☐ DOC    ☐ Infirmary    ☐ Mental Health

Institution/Work Release Center/Free-World Hospital

ALLERGIES:
_PCN_

PHYSICAL EXAMINATION
Date of last exam: _12/3/04_
Chest X-Ray Date: _____  Result: _NUN_
PPD Reading _12/6/04_
Classification: _____
Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | ☐ | ☐ |
| Urinalysis | 12/6/04 | ☐ | ☐ |
| | | ☐ | ☐ |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ☑ | ☐ |
| Dental Prosthesis | ☐ | ☐ |
| Hearing Aide | ☐ | ☐ |
| Other Prosthesis | ☐ | ☑ |

_D Shy_ Receiving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS

HTN, Lupus

CURRENT MEDICATION - - DOSAGE AND FREQUENCY

Bactrim DS PO Bid
Prednisone (see Mar)
Verapamil 240mg PO Bid
Vasotec 10mg PO QD
ASA EC 325mg PO QD

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____  LAST CLINIC: _____

| | Sent w/inmate | Not sent w/inmate |
|---|---|---|
| MEDICATIONS | ☐ | ☐ |
| X-RAY FILM | ☐ | ☐ |
| HEALTH RECORD | ☐ | ☐ |

Released to: _____

Date: _____  Time: _____  AM/PM

| | Received | Not Received |
|---|---|---|
| MEDICATIONS | ☑ | ☐ |
| X-RAY FILM | ☐ | ☐ |
| HEALTH RECORD | ☑ | ☐ |
| CHART REVIEWED | ☑ YES | ☐ NO |

Received by: _____ Signature of Receiving Nurse

Date: _12/8/04_  Time: _820_  AM/PM

FOLLOW-UP CARE NEEDED

| | Date | Time | With Whom - - Location (Sending Nurse) | Date/Appt. Made w/Whom (Rec. Nurse) |
|---|---|---|---|---|
| ☐ Medical    ☐ Dental | | | | |
| ☐ Mental Health | | | | |

NURSING ASSESSMENT (SENDING NURSE)
(Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

STATUS
| | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

_A. DeDane LPN_
Signature of Nurse Completing Assessment    _12/27/04_  Date

NURSING ASSESSMENT (RECEIVING NURSE)
(Noted from inmate assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | ✓ |
| Lice | | ✓ |
| Edema _Lupus_ | ✓ | |
| Warm & Dry | ✓ | |
| Cool & Moist | | |

CONDITION
| | | |
|---|---|---|
| Alert | ✓ | |
| Oriented | ✓ | |
| Uncooperative | | |
| Depressed | | |

INTAKE
Sick Call Procedures Explained ☑
Height _6'0"_
Weight _190_
Blood Pressure _148/80_
Temperature _968_
Pulse Resp. _70/18_
Other _____

_D Shy_
Signature of Intake Screening Nurse (Receiving Nurse)    _12/28/04_  Date

INMATE NAME (LAST, FIRST, MIDDLE)

| | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| | | | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Larry W. Heath_  Date of Request: _12-8-04_
ID # _111835_  Date of Birth: _1-18-54_ Location: _South Dorm_
Nature of problem or request: _My Glands be Swollen Haren't Eaten 3 dys Pain In my Chest, Back In All my Joints my Energy Levels Down I Suffer/Lupus-r-Arthritis, High Blood Pressure_
_Larry W. Heath_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _12 9 04_
Time: _8:30_ (AM) PM
Allergies: _PCN_

> RECEIVED
> Date: _12-9-04_
> Time: _8:30A_
> Receiving Nurse Intials _JJ_

(S)ubjective: ① _My glands are swollen. not able to eat. 18 mos off + on my glands have been swelling @ feet infected ③_

(O)bjective  (V/S): T: _99_  P: _86_  R: _24_  BP _130/90_  WT: _180_
_Hx of Lupus, skin off 3rd toe on Lt foot._

(A)ssessment: _alt. in comfort r/t above statement_

(P)lan: _See NP_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  (Return to Clinic PRN)
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
*SIGNATURE AND TITLE*

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Heath Harry | D.O.B.: 1 /18 /54 |
|-----------|---------------------------|-------------------|

1/4/05    Wt. 182    B/P 142/100    P 60    R 16 T 98²

Newpt. R/S 1/5/05

1/5/05    WT-182    BP 120/80    60    16    98²

S    58 BM ~ ~% "Lupus" - recurrent c/o Rash/swelling at
multiple joints controlled with Prednisone - diagnosed as lupus at
the VAB in 1994 - He also c/o recurrent edema of the skin.
~% HTN (Verapamil 240mg BID + Vasotec 10mg QD).
Also to inquiry for renewal on Zantac + Rx.

O- NAD, VSS

L N~? ~ CTA            genant 2 nave
cont. V V V/V/V          Abd: brig.

Heath  V V V,  V/ Lupus~         LBR : 97
                                 4BR : 45

P  Renew Zantac current Rx
   - Zantac B.R × 60 days
   - Request for copy of Med record.

Complete Both Sides Before Using Anoth. Sheet

60111 (5/85)

| Date/Time | Inmate's Name: | D.O.B.:     /     / |
|-----------|----------------|---------------------|
|           |                |                     |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: | D.O.B.: 1 / 18 /54 |
|---|---|---|

4-20-05  BP- 130/82  T-97⁴  P- 72  R-18  Wt-192#

0830  S  51 BM ¢/o swelling of Rt tongue and Mouth since yesterday - He has been being treated with Y-stec, thrush and Herz - He was also diagnosed with Mixed connective tissue disease for which he used to be on Prednisone, Plaquenil and Motrin. He has no sob.

O. NAD x Re
   throat, Ronchi anterior
   Oral = mild soft tissue edema involving the periarea - at the gum
   Lungs: CTA          extremities non

A/P  Myxoedema vs MCTD.
     Rx: - Prednisone 20 mg Rx QD x 14 days then
              10 mg Rx QD.
          - Dc Herz and Vistec.
          - Labs Myxoedem 15/30
          - f/u 1 week



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Heath, Larry | D.O.B.: 1 1 8154 |
|---|---|---|

6/24/05  Wt 187    BP 150/94    P 62    R 18    T 98⁴

730ᵃ  F/U MCTD, HTN  pt's BP has been elevated
160/100 6/16/05, 180/110 3/4/05  150/94 today
He is c/o chronic pain now to his R hip and
low back

O- NAD, BP as above
Lung : CTA        HEART : RRR
Not: ⌀ ↑/↑/↓

A/P  HTN, MCTD
Rx - Clonidine 0.1mg R BID.
- Tylenol PRN
- Continue prednisone 20mg QD

7/18/05  CCC completed. See Sheet for Suggested Plan CCMT ———



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Heath Larry | D.O.B.: 1 / 18 / 74 |
|-----------|------|------|

8/24   Wt 196   BP 140/104   P 70   R 16   T 98⁴
S/c meds

S   51 y/o - c/o retrosternal burning, - req'ts
for 2 dose of Prednisone 2° to swelling of
face

O: neck, ____

_____ _____               _____ _____
_____ _____

A/P   Meds given
      _____ ! ↓ Prednisone to 5mg CPD
      - Start Motrin, Zantac, Hytrin.
      - Dc Aldomet

      _____                    _____

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Heath, Larry | D.O.B.: 1/18/54 |
|---|---|---|

| | |
|---|---|
| 11/8/05 | Wt 200    BP 136/88  P 60    R 18  T 98² |
| 820am | SC |
| S | 51 BM - +/ SNS, has been treated with Predisone 5 y QD, Verapimil 240 y QD and Catrex 400 y QD, tell 10 mg QD, Zantac + Reglan - He states to be doing fine - request for refill on Zantac, reglan and profile to be able to use the restroom during class |
| O | NAD, A&O heart; CTA   HEENT; nm Ext; ⌀ adm-- |
| A/P | SNS, HTN, dyslip    BP; continue Rx prof(e) |

60111 (5/85)          omplete Both Sides Before Using Another S

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

**Date/Time** | **Inmate's Name:** Heath Larry | **D.O.B.:** 1/18/54

| Date/Time | |
|---|---|
| 1/4/05 | Wt. 182 B/P 142/100 P 60 R 16 T 98² |
| | New pt. R/S 1/5/05 |
| 1/5/05 | WT-182 BP 120/80 60 16 98² |
| | S 50 y/o m - c/o "Lupus" - recurrent c/o pain/swelling at multiple joints controlled with Prednisone - diagnosed as lupus at the VA in 1994 - he also c/o recurrent [illegible] of the skin. - h/o HTN (Verapamil 240mg BID, + Vasotec 10mg QD). Also c/o [illegible] for renewal on Lortab [illegible] |
| | O - NAD, VSS |
| | [illegible] [illegible] |
| | [illegible] [illegible] |
| | [illegible] :97 |
| A/P | [illegible], [illegible] [illegible] [illegible] :95 |
| | [illegible] [illegible] [illegible] |
| | - Lortab [illegible] x 60 days |
| | - Request for copy of med record. |

60111 (5/85)

Complete Both Sides Before Using Anoth[er] Sheet

| Date/Time | Inmate's Name: | D.O.B.: / / / |
|---|---|---|

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: D.O.B.: 1/18/57 |
|---|---|
| 4-20-05 | BP- 130/82 T-97.4 P- 72 R-18 Wt-192# |
| 0820 S | 51 BM c/o swelling of R tongue and mouth since yesterday. He has not been treated with V-stec, [illegible] and Hctz. He was also diagnosed with mixed connective tissue disease for which he used to be on Prednisone, Plaquenil and Motrin. He has no SOB |
| O | NAD, AxO |
| | Head: Normocephalic, Atraumatic |
| | Oral: mild soft tissue edema involving the [illegible] - of the tongue |
| | Lungs: CTA Heart: RRR |
| A/P | Angioedema vs MCTD |
| | Rx: - Prednisone 20 mg po QD x14 days then 10 mg po QD. |
| | - D/c Hctz and V-stec. |
| | - ~~[illegible]~~ Maxzide 75/50 |
| | - f/u 1 week |

60111 (5/85)

Co[mpl]ete Both Sides Before Using Another Si[d]e

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Heath, Larry D.O.B.: 1 / 8/54 |
|---|---|
| 6/24/05 | Wt 187 BP 150/94 P 62 R 18 T 98.4 |
| 730 S | F/U MCTD, HTN pt's BP has been elevated |
| | 160/100 6/10/05, 180/110 7/7/05 150/94 today |
| | He is c/o chronic pain now to his R hip and |
| | lower back |
| | |
| O- | NAD, [illegible] as above |
| | Lungs CTA HEART: RRR |
| | Motor: [illegible] |
| A/P | HTN, MCTD |
| | Rx: - Clonidine 0.1mg po BID. |
| | - Tylenol prn |
| | - Continue Prednisone 20mg QD |
| | [signature] |
| 7/18/05 | CCC completed see sheet for Suppl Hlq Conv |

60111 (5/85) Complete Both Sides Before Using Another Sheet

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Heath Larry D.O.B.: 1/18/57 |
|---|---|
| 8/24 | Wt 196 BP 140/104 P 70 R 14 T 98.4 |
| | S/C meds |
| S | 51 y/o M - c/o retroorbital burning, - [illegible], for ↓ dose of prednisone 2° to swelling of face |
| O | neck, [illegible] [illegible] |
| | [illegible] |
| A/P | [illegible] |
| | Plan: ↓ prednisone to 5mg QOD, start Motrin, [illegible], [illegible]. [illegible] [illegible] |
| | [illegible signature] |

60111 (5/85)

Complete Both Sides Before Using Anoth Sheet

PHS
PRISON HEALTH SERVICES INCORPORATED

# PROGRESS NOTES

| Date/Time | Inmate's Name: Heath, Larry D.O.B.: 1 / 18 / 54 |
|---|---|
| 11/8/05 | Wt 200 BP 136/88 P 60 R 18 T 98.2 |
| 820am | Sk |
| S | 51 BM - h/o Sz, HTN being treated with Prednisone 5mg QD, Verapamil 240mg QD and Lasix 40mg QD, KCl 10meq QD, Zantac + Reglan - He states he [illegible] doing fine - request for refill on Zantac, Reglan and [illegible] to be able to [illegible] the [illegible] during class |
| O | NAD, x4? lungs: CTA Heart: RRR Ext: [illegible] edema |
| A/P | Sz, HTN, [illegible] Rx: continue [illegible] profiles |
| | [signature] |

60111 (5/85)

[Co]mplete Both Sides Before Using Another S[heet]

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Last    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Fourth    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  /  | |
| ALLERGIES: | |
| Use Third    Date  /  / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Heath Lawry | DIAGNOSIS (If Chg'd) |
|---|---|
| #111835 | Prednisone 5mg po qd X 90 |
| D.O.B. 1 12 06 | |
| ALLERGIES: PCN | VO Dr Dabourel / Pinnoy R |
| Use Second    Date 1 12 06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    1/7/06 |

| NAME: Heath-Larry | DIAGNOSIS |
|---|---|
| | Verapamil HCL CR 240m Tab CR Tab T po daily X90 day |
| | Lasix 40m Tab T po daily X 90 day |
| D.O.B. 1 18 54 | Potassium Chloride 10 mg Tab CR/Tab T po daily X Day |
| ALLERGIES: PCN | DR Dahrie I.D. Adhawin |
| Use First    Date 12 22 2005 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    12/27/05 |

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Heath, Larry
111835
noted
L. Ewis
12/10/05
8A

D.O.B. 1/18/54
ALLERGIES: PCN

Use Last   Date 12/01/05

DIAGNOSIS (If Chg'd)
PPD
optometry Exam
Rectal Chemow/t ( M.D refered)
v/o Dr. Darbouze / L. Ewis

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   12/12/05

---

NAME: Heath Larry
#111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Fourth   Date 12/9/05

DIAGNOSIS (If Chg'd) SLV2, Uvternava
Bengay BID x 14 days ( 1 tube) Top
Benadryl 50 mg + Po BID x 90 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Heath Larry

D.O.B. 1/18/54
ALLERGIES: PCN

Use Third   Date 11/8/05

DIAGNOSIS (If Chg'd) SLV2, HTN, Gerd
Zantac 150 mg + Po BID x 90 days
Reglan 10 mg + Po TID x 90 days
Tylenol 1g Po TID PRN x 90 days
f/u 1 Month ✓

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Heath, Larry
#111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Second   Date 11/8/05

DIAGNOSIS (If Chg'd) SLV2, HTN, Gerd
Bottom bunk, no prolonged standing,
Lay in profile x 6 Months
On water pill, may need to use the restroom
during Class

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Heath Larry

D.O.B. 1/18/54
ALLERGIES: NKDA

Use First   Date 11/2/05

DIAGNOSIS
Motrin 400 mg TID x 5 days f/o Dr Ambrose

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED   Mr DD   11/2/05

---

(/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Heath Larry <br> 111835 <br><br> D.O.B. 1/18/54 <br> ALLERGIES: PCN <br><br> Use Last    Date 10/17/05 | DIAGNOSIS (If Chg'd)    Hx Lupus HTN <br> HC cream 0.5% topical BIDX <br> 1 mo t <br> AFC BID to Bil feet topical <br> X 1 month <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    Taylor MD |
| NAME: Heath Larry <br><br> noted <br> McKinnon <br> 10/13/05 <br> NAM <br> D.O.B. 1/18/54 <br> ALLERGIES: PCN <br><br> Use Fourth    Date 10/13/05 | DIAGNOSIS (If Chg'd) <br> DPI, total CPK in 3 weeks <br><br><br><br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M |
| NAME: HEATH - LARRY <br><br> D.O.B. 1/18/54 <br> ALLERGIES: PCN    Noted Sw <br><br> Use Third    Date 10/11/2005 | DIAGNOSIS (If Chg'd) <br> CATApress 0.1 mg TAB 1 PO BID X 180 days <br> Dr Page / D. Sam <br><br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M 10/3/05 |
| NAME: Heath Larry <br> 111835 <br><br> noted <br> B Smith <br> 9/28/05 <br> D.O.B. 1/18/54 <br> ALLERGIES: PCN <br><br> Use Second    Date 9/28/05 | DIAGNOSIS (If Chg'd) <br> ↓ Prednisone to 5 mg 1 To QD X 90 days <br> PRN <br><br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M |
| NAME: Heath Larry <br> # 111835 <br><br> noted <br> 9/17/05 <br> Whipple <br> D.O.B. 1/18/54    quanabo <br> ALLERGIES: PCN <br><br> Use First    Date 9/16/05 | DIAGNOSIS MCTD, HTN <br> ↑ Prednisone to 10 mg 1 To QD X 90 days <br> BP + P QD X 3 days <br> CXR <br><br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED    M |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: Heath Larry
#111835

*Noted 9/27/05 MPayment 9am*

D.O.B. 1/18/54
ALLERGIES: PCN

Use Last    Date 9/26/05

DIAGNOSIS (If Chg'd) HTN, MCTD.

DC Maxzide and Tenormin ✓
Verapamil 240 mg ⨍ P₀ QD X 90 days
Lasix 40 mg ⨍ P₀ QD X 90 days
KCL 10 meg ⨍ P₀ QD X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
111835

*Noted Dr McKinnon 9/20/05*

D.O.B. 1/18/54
ALLERGIES: PCN

Use Fourth    Date 9/20/05

DIAGNOSIS (If Chg'd)

Benadryl 50mg b.i.d X 90 days
(Profile)

V. O. Dr. Darbouze / Dr McKinnon R

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Third    Date 9/14/05

DIAGNOSIS (If Chg'd) MCTD

Zantac 150 mg ⨍ P₀ BID X 60 days
Reglan 10 mg ⨍ P₀ TID X 60 days
Maalox 30 cc P₀ TID prn X 5 days
Flu 1 MAR

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

*Noted 8/24/05*

D.O.B. 1/18/54
ALLERGIES: PCN

Use Second    Date 8/24/05

DIAGNOSIS (If Chg'd) MCTD.

DC Feldene
↓ Prednisone to 10 mg ⨍ P₀ QD X 14 days
Then 5 mg ⨍ P₀ QD X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

*Noted MPayment 8/13/05 1:10 pm*

D.O.B. 1/18/54
ALLERGIES: PCN

Use First    Date 8/13/05

DIAGNOSIS MCTD

DP III, Sed rate, rheumatoid profile (097379)
Feldene 20 mg ⨍ P₀ QD X 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

DIAGNOSIS (If Chg'd)

NAME:

D.O.B.   /   /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

Use Last    Date   /   /

---

DIAGNOSIS (If Chg'd)

NAME:

D.O.B.   /   /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

Use Fourth    Date   /   /

---

DIAGNOSIS (If Chg'd)

NAME:

D.O.B.   /   /
ALLERGIES:

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

Use Third    Date   /   /

---

NAME: Heath  Larry
#111835

D.O.B. 1/8/54
ALLERGIES: PCN

DIAGNOSIS (If Chg'd)  D/C maxzide 37.5mg po Pt
Pt Reject

Vb Dr Dabour/ Rumor  Dr 9/16/05

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

Use Second    Date 9/16/05

---

NAME: Heath- Larry

D.O.B. 1/8/54
ALLERGIES: Penicillin

DIAGNOSIS
Tenormin 50mg P.O. BID X 180 days
Dr. Darbour / D- Dowumller

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

Use First    Date 9/14/2005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B.    /    /
ALLERGIES:

Use Last        Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME:

D.O.B.    /    /
ALLERGIES:

Use Fourth        Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: HeATh LARRY
        111835

D.O.B. 1/18/54
ALLERGIES: Penicillin

Use Third        Date 7/25/ 2005

DIAGNOSIS (If Chg'd)
MAXzide 37.5/25m THT PO dAily X 90d
DR DARbouze / D. Bowman Lpn

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    7/25/0

---

NAME: Heath LARRY
        111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Second        Date 7/8/05

DIAGNOSIS (If Chg'd)
↑ Catapres to 0.2 mg ps B/d
BP ↓ 2od X/week
thaT profile X 6month- Hx Skin
tissue cond
                        Hayl Clar

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED

---

NAME: HeATh LARRY

D.O.B. 1/18/54
ALLERGIES: Penicillin

Use First        Date 6/27/2005

DIAGNOSIS
Tenormin 50mg THT P.O. BID X 90 dAys/
DR DARbouze /D. Rowman Lpn

☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED    6/27/5

---

MEDICAL RECORDS COPY

60110 (4/03)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PHYSICIANS' ORDERS

NAME: Heath, Larry
# 111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Last    Date 6/24/05

DIAGNOSIS (If Chg'd)   MCTD

Clonidine 0.1mg ↑ Po BID x 90 days } not
Tylenol 1g i Po TID prn x 90 days } KOP
BP QD x 5 days

noted 6/24/05 JMcpaper Rx 1115am

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry

D.O.B. 1/18/54
ALLERGIES: PCN

Use Fourth    Date 6/10/05

DIAGNOSIS (If Chg'd)   HTN, MCTD, Urticaria

r/o 2 weeks

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
# 111835

D.O.B. 1/18/54
ALLERGIES: PCN

noted 8/10/05

Use Third    Date 6/10/05

DIAGNOSIS (If Chg'd)   MCTD, Urticaria

Bottom bunk, no prolonged standing,
leg in profile x 6 months
Benadryl 50mg Po BID x 90 days
DBP ↑ ? QOD x 2 week,

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
# 111835

D.O.B. 1/8/54
ALLERGIES: PCN

noted 8/6/05

Use Second    Date 6/6/05

DIAGNOSIS (If Chg'd)   MCTD

DC Prednisone 10 mg
Prednisone 20 mg Po QD x 90 days
to start after the 40 mg, x 3 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath, Larry
111835

D.O.B. 1/18/54
ALLERGIES: PCN

noted JMcpaper 6/6/05 11:30am

Use First    Date 6/4/05

DIAGNOSIS

↑ Prednisone 60mg qd x 3 days then
40mg qd x 3 dsp then
20mg qd x 3 days then
10mg qd x qd
BP √ QOD x 5   f/u c mo next week

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

6/6/05

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

NAME: Heath, Larry
111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Last    Date  /  /

DIAGNOSIS (If Chg'd)

↑ Prednisone 60mg po x3 then
40mg qd x3 then
20mg qd x3 then

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Fourth    Date 5/4/05

DIAGNOSIS (If Chg'd) HTN, MCTD.

↓ Maxzide to 37.5/25 ÷ po QD x 90 days
BF + P. Q w x 3

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

D.O.B. 1/18/54
ALLERGIES: PCN

Use Third    Date 4/20/05

DIAGNOSIS (If Chg'd) MCTD.

Prednisone 60 mg ÷ po QD x 4 days then
40 mg ÷ po QD x 4 days then
20 mg ÷ po QD x 4 days then
10 mg ÷ po QD x 90 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

D.O.B. 1/18/54
ALLERGIES: PCN

noted
4/20/05 130

Use Second    Date 4/20/05

DIAGNOSIS (If Chg'd) MCTD

DC Vasotec and HCTZ
Maxzide 75/50 ÷ po QD x 90 days
DC Benadryl
DC Solumedrol

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
#111835

D.O.B. 1/18/54
ALLERGIES: (_____) PCN

Use First    Date 4/20/05

DIAGNOSIS   MCTD.

Prednisone 20mg ÷ po Now then QD
x 14 days then 10 mg ÷ po QD x 90 days
t/m 2 weeks
DC to Population

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME: Heath Larry
111835

D.O.B. 1/8/54
ALLERGIES: PCN

Use Last    Date 4/19/05

DIAGNOSIS (If Chg'd)   Swollen tongue/neck
See DR in Am
Cont to hold in Inf/x mag
Vitals q 4° Pulse Ox q 2°
Benadryl 50mg IM q 4hrs X 3 doses
Solumedrol 40mg IM q 4hrs X 3 doses
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
111835

D.O.B. 1/8/54
ALLERGIES: PCN

Use Fourth    Date 4/12/05

DIAGNOSIS (If Chg'd)   Uncontrolled BTN   9AM 4PM
Pepto Bismol 30cc PO BID X 5 days
Catapres 0.1 mg po X 1 dse now
BP V in one hr
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
HS
111835

D.O.B. 1/8/54
ALLERGIES: PCN

Use Third    Date 4/11/05

DIAGNOSIS (If Chg'd)   HTN
DC Maxzide
HCTZ 25 mg q PO QD X 90 days
Vasotec 5 mg q PO BID X 90 days
BP + P QD X 3, then q M 3 week
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
111835

D.O.B. 1/8/54
ALLERGIES: PCN

Use Second    Date 3/31/05

DIAGNOSIS (If Chg'd)   EC ASA 325mg q qd X 90 days
Maxide 37.5mg/25mg q qd X 90 days
Tenormin 50mg q BID X 90 days
VO Dr. Osbourne / Scott
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Heath Larry
111835

D.O.B. 1/8/54
ALLERGIES: PCN

Use First    Date  /  /

DIAGNOSIS   Tinea Cruris
Myolog oint BID X 30 days
Colace 100 mg q PO QD X 30 days
CBC
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Heath Larry | DIAGNOSIS (If Chg'd) |
| --- | --- |
| # 111835 | May have Rx KOP |
| D.O.B. 1/18/54 | *noted Smckins 1/21/05* |
| ALLERGIES: PCN | |
| Use Last    Date 1/21/05    11:3 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Heath Larry | DIAGNOSIS (If Chg'd) HTN |
| --- | --- |
| D.O.B. 1/18/54 | DC ASA 325mg c̄ Po CLD X 90 days |
| ALLERGIES: NKDA *noted 1-18-05 MBayer 1330* | KOP + P Qd X 3 |
| Use Fourth    Date 1/18/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Heath Larry | DIAGNOSIS (If Chg'd) HTN |
| --- | --- |
| D.O.B. 1/18/54 | DC Vasotec |
| ALLERGIES: PCN | DC Calan SR |
|  | Maxzide 37-5/25 c̄ Po CLD X 90 days |
|  | Tenormin 50mg c̄ Po BID X 90 days |
| Use Third    Date 1/18/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Heath Larry | DIAGNOSIS (If Chg'd) |
| --- | --- |
| # 111835 | Mycolog oint BID X 30 days |
| D.O.B. 1/18/54 *noted 88 1/12/05 1130* | Bactrim DS BID X 10 days |
| ALLERGIES: PCN | Doxycycline 100 mg c̄ Po BID X 10 days |
| Use Second    Date 1/12/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: Heath Larry | DIAGNOSIS |
| --- | --- |
| D.O.B. 1/18/54 *noted 1-5-05 MBayer 205PM* | Request for copy of Medical Record (Lupus) |
|  | DC ASA during |
| ALLERGIES: PCN | Zantac 150 mg c̄ Po BID X 60 days during |
|  | Bottom trunk profile X 90 days during |
| Use First    Date 1/05/05 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| **D.O.B.** / / | |
| **ALLERGIES:** | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| | |
| **D.O.B.** / / | |
| **ALLERGIES:** | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Heath, Larry | DIAGNOSIS (If Chg'd)  Lupus |
| 111835 | Decadron 5 mg IM now |
| 12/9/04 11:30 AM | Bactrim DS ī PO BID X 14 days |
| **D.O.B.** 1 /8 /54 | TMP NMP X 14 days |
| **ALLERGIES:** PCN | Prednisone 20 m BID X 4 d / 10 m AM |
| | X 4 d / 5 m BID X 4 d / 5 m QD X 4 |
| Use Third    Date 12 / 9 / 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   JB, MD |

| NAME: Heath Larry | DIAGNOSIS (If Chg'd) |
| 111835 | Verapamil 240 m ī PO BID X 180 d |
| | Vasotec 10 m ī PO QD X 180 d |
| **D.O.B.** 1 /8 /54 | ASA EC 325 m ī PO QD X 180 d |
| **ALLERGIES:** PCN | |
| | |
| Use Second    Date 12 / 6 / 04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   JB, MD |

| NAME: Heath, Larry | DIAGNOSIS |
| 111835 | CMP, CHO, PSA, Mag 097279 |
| | EKG, CXR |
| **D.O.B.** 1 18 54 | Td 0.5cc IM now |
| **ALLERGIES:** PCN | CCC - HTN |
| | BP's QD X 7 d |
| Use First    Date 12 /6 /04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   JB, MD |

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Menth Lally | D.O.B.: 1/18/54 |
|---|---|---|

12/9/07  S: C/o Throat ḡ neck swelling
O: Hx of Lupus - pt claims this is an "attack"
of his Lupus. ANA work-up pending
Throat inflammed but does not appear very
swollen

A: Lupus
possible pharyngitis

P: Pediven
Bactrim

E: Tx plan

12/10/05 8A A/y done.                              L. Ewing

**Complete Both Sides Before Using Another Sheet**