IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LARRY HEATH (AIS #111835),        *

                                  *

    Plaintiff,              *

V.                                         2:05-CV-1068-F
                                  *

JEAN DARBOUZE, M.D.,              *

    Defendant.              *

                            *

## **AFFIDAVIT OF JEAN DARBOUZE, M.D.**

**BEFORE ME,** Linda E. Teal, a notary public in and for said County and State, personally appeared **JEAN DARBOUZE, M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Jean Darbouze. I am a medical doctor and am over twenty-one years of age. I have been a licensed physician in Alabama since 1996 and have been board certified in internal medicine since 1997. From February of 2000 through February of 2004, and again from April 16, 2004 through the present, have I served as the Medical Director for Easterling Correctional Facility in Clio, Alabama. Since November 3, 2003, and at all times relevant to this case, my employment as Easterling's Medical Director has been with Prison Health Services, Inc., the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Larry Heath (AIS #111835) is an inmate who has been incarcerated at Easterling Correctional Facility since December 28, 2004. I am familiar with Mr. Heath and have

been involved with the medical services provided to him at Easterling. In addition, I have reviewed Mr. Heath's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

Mr. Heath has a history that is significant for chronic hypertension (high blood pressure) and systemic lupus erythematosus ("Lupus"). Mr. Heath has suffered from Lupus since at least November of 1995. In his Complaint, Mr. Heath claims that I have failed to properly treat his conditions and that I have failed to refer him for specialty evaluation. Mr. Heath's claims are completely untrue; however, as I have provided Mr. Heath with excellent care for his Lupus and hypertension at all times.

Lupus is an autoimmune disorder that causes the body to attack its own organ systems including the central and peripheral nervous systems and muscle joints. While there is no cure for Lupus, the disease is treated by slowing its progression and controlling its symptoms. In order to insure that Mr. Heath has been receiving appropriate care for this condition, I have referred him to James T. Jakes, M.D., a Montgomery, Alabama rheumatologist for specialty evaluation. Dr. Jakes evaluated Mr. Heath on September 28, 2005 and recommended that Mr. Heath be treated with Plaquenil, a prescription medication indicated for slowing the progression of Lupus. Mr. Heath has refused to take Plaquenil as recommended by Dr. Jakes. I have prescribed him Prednisone, an anti-inflammatory and immune suppressing medication that is also recommended by Dr. Jakes.

In order to treat Mr. Heath's intermittent pain, I have prescribed numerous pain relieving medications including Tylenol, Feldene and Bengay (analgesic balm). Mr. Heath's prescription for Feldene has been discontinued, due to negative side effects and

tendency to cause gastritis. Mr. Heath complained of stomach and intestinal burning while taking Feldene. He reported having the same symptoms while taking Vioxx and Celebrex. The use of any non-steroidal anti-inflammatory drugs (NSAIDS) such as Feldene, or Cox II inhibitors such as Vioxx, and Celebrex would not be indicated while Mr. Heath is having symptoms consistent with gastritis due to the increased risk of ulcer and gastrointestinal bleeding.

Mr. Heath's high blood pressure is routinely monitored in our chronic care program for long-term management in regular three-month intervals. In order to treat Mr. Heath's hypertension (high blood pressure) he has been prescribed numerous medications including Lasix, KCL, Verapamil, Clonidine, and Vasotec. In order to treat Mr. Heath's gastritis, I have prescribed Zantac, Reglan and Maalox. Also, I have discontinued any medication that may worsen his stomach condition.

Moreover, in order to make Mr. Heath's time in prison more comfortable, I have provided a multitude of specialty profiles on his behalf including: "bottom bunk," "no prolonged standing," "lay-in," and "restroom" profiles. All of Mr. Heath's medications have been appropriately adjusted as warranted by his changing condition.

Based on my review of Mr. Heath's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate fashion. Mr. Heath has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling Correctional Facility.

At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Easterling Correctional Facility denied Mr. Heath any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Heath. At all times, Mr. Heath's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayeth not.

_____
JEAN DARBOUZE, M.D.

STATE OF ALABAMA    )
                    )
COUNTY OF Barbour   )

Sworn to and subscribed before me on this the 9th day of February, 2006.

_____
Linda E. Deal
Notary Public
MyCommissionExpires
7-15-07