IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LARRY HEATH (AIS #111835), | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | 2:05-CV-1068-F |
| | * | |
| JEAN DARBOUZE, M.D., | * | |
| | * | |
| Defendant. | * | |

**AFFIDAVIT OF LINDA FLOYD, C.R.N.P.**

STATE OF ALABAMA

COUNTY OF Barbour

**BEFORE ME,** Grace M. Maloy a notary public in and for said County and State, personally appeared **LINDA FLOYD, C.R.N.P.,** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Linda Floyd. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this affidavit. I have been a licensed, registered nurse in Alabama since 2002. I obtained a master's degree from the University of Southern Mississippi in Hattiesburg, Mississippi and became certified as a nurse practitioner in 2003. I have served as a nurse practitioner at Easterling Correctional Facility located in Clio, Alabama since April of 2004. At all pertinent times, my employment at Easterling has been with Prison Health Services, Inc. ("PHS"), the

company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

At all pertinent times, Larry Heath (AIS# 111835) has been incarcerated as an inmate at Easterling Correctional Facility. I am familiar with Mr. Heath's medical history and conditions, and have seen and evaluated him as a patient on numerous occasions. I have also reviewed Mr. Heath's medical records, certified copies of which are being produced to the Court along with this Affidavit.

It is my understanding that Mr. Heath has made an allegation in this matter that I have failed to provide him with appropriate treatment for Lupus or that I have somehow told him something about his condition that is untrue. While I am not responsible for designing a plan of treatment for Mr. Heath's Lupus, I do have the opportunity to evaluate and treat him within our chronic care program for maintenance of his hypertension (high blood pressure). Any statement I have made to Mr. Heath has been true to the best of my knowledge and in furtherance of his treatment

As a patient in Easterling's chronic care program, Mr. Heath's chronic hypertension is continuously monitored in regular three-month intervals. Mr. Heath's hypertension has been treated with numerous medications including: Lasix, KCL, Verapamil, Clonidine and Vasotec. These medications have been modified as appropriate to control Mr. Heath's condition. Mr. Heath's high hypertension is well controlled.

Based on my review of Mr. Heath's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints have been evaluated and treated in a timely and appropriate

fashion. Mr. Heath has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any health complaints at Easterling Correctional Facility.

At all times, myself and the other healthcare providers at Easterling have exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Easterling Correctional Facility denied Mr. Heath any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Mr. Heath. At all times, Mr. Heath's medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_Linda Floyd, CRNP_
LINDA FLOYD, C.R.N.P.

STATE OF ALABAMA    )

COUNTY OF Barbour   )

Sworn to and subscribed before me on this the 13th day of February, 2006.

_Grace M. Maloy_
Notary Public
MyCommissionExpires
03/31/07

3