IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

LARRY W. HEATH, #111 835          *

    Plaintiff,                    *

    v.                             *     2:05-CV-1068-MEF

DR. JEAN DARBOUZE, *et al.*,      *

    Defendants.                   *

_____

**ORDER ON MOTION**

Upon consideration of Defendants Motion for Extension of Time, and for good cause, it is

ORDERED that the motion (Doc. No. 10) is GRANTED *nunc pro tunc*.

DONE, this 10th day of April, 2006.

        /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE