IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY W. HEATH, #111835, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:05cv1068-MEF |
| | )                (WO) |
| DR. JEAN DARBOUZE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on April 3, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice.

Done this the 25th day of April, 2006.

                                      /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE