IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY W. HEATH, #111835, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CAE NO. 2:05cv1068-MEF |
| | )  (WO) |
| DR. JEAN DARBOUZE, et al., | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the order of the court entered on this date adopting the recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that this case is DISMISSED without prejudice.

Done this the 25th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE